| Fill in this information to identify the case: |
| --- |

Debtor name   RIC (Austin), LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   24-10264

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................   $   51,148,826.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................   $   1,353,058.59

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................   $   52,501,884.59

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $   149,774,559.05

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$   3,361,983.22

4.  Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b                                                                                   $   153,136,542.27

| Fill in this information to identify the case: |
|---|
| Debtor name    RIC (Austin), LLC |
| United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS |
| Case number (if known)    24-10264 |

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $0.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | TD Canada Trust | Checking | 8363 | $896,756.43 |
| 3.2. | Bank of America | Checking | 9390 | $415,960.25 |
| 3.3. | M&T Bank | Checking | 7950 | $0.00 |
| 3.4. | M&T Bank | Checking | 7943 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $1,312,716.68

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

Debtor   RIC (Austin), LLC            Case number *(If known)*_____
        Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

   8.1.  Prepaid insurance _____      $39,341.91

9.  **Total of Part 2.**                               $39,341.91
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Building products (tile, piping, steel, lighting, exterior sheeting, wall panels, studs, cinder blocks, rebar, etc.) | | Unknown | | Unknown |

23.  **Total of Part 5.**                             $0.00
    Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

| Debtor | RIC (Austin), LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Desks, chairs, tables | Unknown | | Unknown |
| | Miscellaneous obsolete office furniture | $0.00 | | Unknown |
| | Quiet pod, safe | Unknown | | Unknown |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $0.00 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

Debtor  RIC (Austin), LLC
_____  Case number (If known) _____
Name

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Fitness equipment | Unknown | | Unknown |
| Uninstalled air handlers, dampers, levers, elevator components, exhaust fans, roof vents, electrical breakers and other building equipment | Unknown | | Unknown |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 3443 Ed Bluestein Blvd. | Fee simple | | Tax records | $51,148,826.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$51,148,826.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

Debtor ___RIC (Austin), LLC_____ Case number *(If known)* _____
     Name

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** Construction permits, regulatory approvals | Unknown | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Construction, development, architectural designs and plans. | Unknown | | Unknown |
| 65. **Goodwill** | | | |

66. **Total of Part 10.** | | | $0.00
   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                     **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

| Debtor | RIC (Austin), LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
Causes of action against Panache Development and affiliates, et al.                                                                                     Unknown
Nature of claim
Amount requested                    $0.00

Causes of action against subcontractors                                                                                                                         Unknown
Nature of claim
Amount requested                    $0.00

Causes of action against Central Texas Regional Mobility Authority for condemnation / taking                                                      Unknown
Nature of claim
Amount requested                    $0.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
Travis County Appraisal District property tax appellate procedures                                                                                        Unknown
Nature of claim
Amount requested                    $0.00

**76.** **Trusts, equitable or future interests in property**
Property interest and related claims against third parties affiliated with and/or including Panache Development  and Adam Zarafshani for Debtor property held                                                                                 Unknown

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

unfunded capital contribution                                                                                                                                  $1,000.00

**78.** **Total of Part 11.**

| $1,000.00 |
|---|

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | RIC (Austin), LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,312,716.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $39,341.91 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $51,148,826.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,353,058.59 | + 91b. $51,148,826.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $52,501,884.59 |

**Fill in this information to identify the case:**

Debtor name ___RIC (Austin), LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF TEXAS___

Case number (if known) ___24-10264___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** ACM Services, LLC<br><sub>Creditor's Name</sub><br><br>P O Box 1208<br>Taylor, TX 76574<br><sub>Creditor's mailing address</sub><br><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>3443 Ed. Bluestein Blvd. - 101.6497 acres - raw land and improvements<br><br>**Describe the lien**<br>Mechanic's Lien<br>**Is the creditor an insider or related party?**<br>☐ No<br>■ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $3,897.00 | $51,148,826.00 |
| **2.2** AFMN Investments, LLC<br><sub>Creditor's Name</sub><br>625 Norwood Tower<br>114 West 7th Street<br>Austin, TX 78701-3000 | **Describe debtor's property that is subject to a lien**<br>All Assets | Unknown | $51,148,826.00 |

Debtor  RIC (Austin), LLC
         _____        Case number (if known)  _____
         Name

| Creditor's mailing address | Describe the lien |
|---|---|

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.3 | Austin GC Construction Inc. | Describe debtor's property that is subject to a lien | $168,000.00 | $51,148,826.00 |
|---|---|---|---|---|

Creditor's Name
901 S. Mopac Expressway
Suite 410
Austin, TX 78746

3443 Ed. Bluestein Blvd. - 101.6497 acres - raw land and improvements

Creditor's mailing address

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Contingent

■ Yes. Specify each creditor, including this creditor and its priority.

■ Unliquidated

■ Disputed

---

| 2.4 | Central Texas Regional Mobility Authorit | Describe debtor's property that is subject to a lien | Unknown | $51,148,826.00 |
|---|---|---|---|---|

Creditor's Name
State of Texas
3300 N. Interstate 35
Frontage Rd.
Austin, TX 78705

3443 Ed. Bluestein Blvd. - 101.6497 acres - raw land and improvements

Creditor's mailing address

**Describe the lien**
Lis Pendens

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    RIC (Austin), LLC

Name                       Case number (if known)

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.5** **Panache Development and Construction, In**

Creditor's Name

P O Box 26539
Austin, TX 78755

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
3443 Ed. Bluestein Blvd. - 101.6497 acres - raw land and improvements

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

$10,063,705.69     $51,148,826.00

---

**2.6** **Romspen Mortgage Limited Partnership**

Creditor's Name

Two North Central Avenue,
Suite 2100
Phoenix, AZ 85004-4533

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$87,171,533.77     $51,148,826.00

---

**2.7** **Romspen Mortgage Limited Partnership**

Creditor's Name

Two North Central Avenue,
Suite 2100
Phoenix, AZ 85004-4533

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All Assets

**Describe the lien**

$51,444,027.44     $51,148,826.00

---

| Debtor | RIC (Austin), LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Deed of Trust

**Is the creditor an insider or related party?**

☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Summer Legacy, LLC | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

P O Box 26539
Austin, TX 78755

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
3443 Ed. Bluestein Blvd. - 101.6497 acres - raw land and improvements

$149,857.65   $51,148,826.00

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**

☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.9 | Sunstate Equipment Company LLC | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

5552 East Washington St.
Phoenix, AZ 85007-2000

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
3443 Ed. Bluestein Blvd. - 101.6497 acres - raw land and improvements

$23,085.74   $51,148,826.00

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**

☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    RIC (Austin), LLC
_____          Case number (if known) _____
          Name

☐ No
■ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 0 | Texas Air Industries, Inc. | Describe debtor's property that is subject to a lien | $71,740.71 | $51,148,826.00 |
|---|---|---|---|---|

**Creditor's Name**

P O Box 141172
Austin, TX 78741

**Creditor's mailing address**

3443 Ed. Bluestein Blvd. - 101.6497 acres - raw land and improvements

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 1 | Travis County Tax Office | Describe debtor's property that is subject to a lien | $678,711.05 | $51,148,826.00 |
|---|---|---|---|---|

**Creditor's Name**

850 E. Anderson Ln.
Austin, TX 78752

**Creditor's mailing address**

3443 Ed. Bluestein Blvd. - 101.6497 acres - raw land and improvements

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $149,774,559.05 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor    RIC (Austin), LLC
          Name

Case number (if known)

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name ___RIC (Austin), LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF TEXAS___

Case number (if known) ___24-10264___

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Airco Mechanical Ltd.<br>P O Box 1598<br>Round Rock, TX 78680-1598<br><br>**Date(s) debt was incurred** _3/6/2024_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Services Provided_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $597.93 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>AREM<br>P O Box 170191<br>Austin, TX 78717<br><br>**Date(s) debt was incurred** _2/15/2024_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Services Provided_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $227.33 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>ATX Alarm Company<br>820 Marbella Vista Way<br>Leander, TX 78641<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Services Provided_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $104.97 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Austin Porta Potty Rentals<br>212 N Blue Ridge Pkwy.<br>Cedar Park, TX 78613<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Services Provided_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,395.60 |

| Debtor | RIC (Austin), LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,214.76**

City of Austin
P O Box 2267
Austin, TX 78783-2267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/25/2024

**Basis for the claim:** Utilities

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$92,049.99**

CNA Insurance
P O Box 74007619
Chicago, IL 60674-7619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/24/2024

**Basis for the claim:** Insurance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,700.00**

D & G Tree and Landscaping Services
309 Amanecer Dr.
Lockhart, TX 78644

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/15/2024

**Basis for the claim:** Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,710.00**

MJ Structures, PLLC
Richard Martin
3005 South Lamar Blvd.
Ste. D109 #467
Austin, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/16/2024

**Basis for the claim:** Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,181,293.70**

Panache Development and Construction Inc
P O Box 26539
Austin, TX 78755

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,153.73**

Pro-Vigil Inc.
P O Box 677107
Dallas, TX 75267-7107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/15/2024

**Basis for the claim:** Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,289.00**

Ranger Security Agency, LLP
1258 Chad Dr.
Round Rock, TX 78665

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/24/2004

**Basis for the claim:** Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RIC (Austin), LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address**
Shermco Industries Inc.
2425 East Pioneer Dr.
Irving, TX 75061

**Date(s) debt was incurred** 2/16/2024

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

**Is the claim subject to offset?** ☑ No ☐ Yes

$12,896.82

---

**3.13** | **Nonpriority creditor's name and mailing address**
Spectrum Business
P O Box 60074
City of Industry, CA 91716

**Date(s) debt was incurred** 3/5/2024

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

**Is the claim subject to offset?** ☑ No ☐ Yes

$347.34

---

**3.14** | **Nonpriority creditor's name and mailing address**
Texas Disposal Systems
P O Box 574080
Dallas, TX 75267

**Date(s) debt was incurred** 2/28/2024

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

**Is the claim subject to offset?** ☑ No ☐ Yes

$216.82

---

**3.15** | **Nonpriority creditor's name and mailing address**
Texas Gas Service
P O Box 219913
Kansas City, MO 64121

**Date(s) debt was incurred** 2/29/2024

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?** ☑ No ☐ Yes

$249.42

---

**3.16** | **Nonpriority creditor's name and mailing address**
The Bug Master
1912 Smith Rd.
Austin, TX 78721

**Date(s) debt was incurred** 2/29/2024

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

**Is the claim subject to offset?** ☑ No ☐ Yes

$345.32

---

**3.17** | **Nonpriority creditor's name and mailing address**
The Montgomery Design Consultancy, LLC
P O Box 300939
Austin, TX 78703

**Date(s) debt was incurred** 2/15/2024

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

**Is the claim subject to offset?** ☑ No ☐ Yes

$33,190.49

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor    RIC (Austin), LLC
_____
          Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ _____ 3,361,983.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 3,361,983.22 |

**Fill in this information to identify the case:**

Debtor name      RIC (Austin), LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)     24-10264

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Rental Agreement<br><br>State the term remaining — month-to-month<br><br>List the contract number of any government contract | Austin Porta Potty Rentals<br>212 N Blue Ridge Pkwy<br>Cedar Park, TX 78613 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Service Order Form and Surveillance Service Agreement Terms and Conditions<br><br>State the term remaining — Month-to-mont<br><br>List the contract number of any government contract | Pro-Vigil, Inc.<br>P O Box 677107<br>Dallas, TX 75267 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Agreement for Security Services<br><br>State the term remaining — December 2024, 30-day cancellation<br><br>List the contract number of any government contract | Ranger Security Agency, LLC<br>5555 North Lamar Blvd.<br>Ste. L 119<br>Austin, TX 78751 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Front Load Dumpster Service Agreement<br><br>State the term remaining — January 2027<br><br>List the contract number of any government contract | Texas Disposal Systems, Inc.<br>P. O. Box 17126<br>Austin, TX 78760 |

| Debtor 1 | RIC (Austin), LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — General Pest Control Service Agreement - F&H<br><br>State the term remaining<br><br>List the contract number of any government contract | The Bug Master<br>1912 Smith Road<br>Austin, TX 78721 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — General Pest Control Service Agreement - Rodent Bait Stations<br><br>State the term remaining<br><br>List the contract number of any government contract | The Bug Master<br>1912 Smith Road<br>Austin, TX 78721 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — General Pest Control Service Agreement - V<br><br>State the term remaining<br><br>List the contract number of any government contract | The Bug Master<br>1912 Smith Road<br>Austin, TX 78721 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — Standard Form of Agreement between Owner and Architect<br><br>State the term remaining — Cancellable with 7 days notice<br><br>List the contract number of any government contract | The Montgomery Design Consultancy<br>1201 W. 24th St., #105<br>Austin, TX 78705 |

**Fill in this information to identify the case:**

Debtor name _____ RIC (Austin), LLC _____

United States Bankruptcy Court for the: _____ WESTERN DISTRICT OF TEXAS _____

Case number (if known) _____ 24-10264 _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Adam Zarafshani | | Romspen Mortgage Limited Partnership | ■ D __2.6__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | Adam Zarafshani | | Romspen Mortgage Limited Partnership | ■ D __2.7__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | Panache Development and Construction, In | P O Box 26539 <br> Austin, TX 78755 | ACM Services, LLC | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | Panache Development and Construction, In | P O Box 26539 <br> Austin, TX 78755 | Austin GC Construction Inc. | ■ D __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 | Panache Development and Construction, In | P O Box 26539 <br> Austin, TX 78755 | Summer Legacy, LLC | ■ D __2.8__ <br> ☐ E/F ____ <br> ☐ G ____ |

| Debtor | RIC (Austin), LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Panache Development and Construction, In | P O Box 26539 Austin, TX 78755 | Sunstate Equipment Company LLC | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.7 | Panache Development and Construction, In | P O Box 26539 Austin, TX 78755 | Texas Air Industries, Inc. | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name        RIC (Austin), LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)    24-10264

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.   See Exhibit SOFA 3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

| Debtor | RIC (Austin), LLC | | Case number *(if known)* | |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   See Exhibit SOFA 4 | | $0.00 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Central Texas Regional Mobility Authority and The State of Texas vs. MOS8 GP LLC C-1-CV-15-010397 | Condemnation | Probate Court of Travis County, Texas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   ACM Services, LLC, et al vs. Panache Development and Construction, Inc., et al D-1-GN-23-007379 | Debt | 201st Judicial District Court of Travis | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | RIC (Austin), LLC | Case number (if known) |
|--------|-------------------|------------------------|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | RIC (Austin), LLC | Case number *(if known)* | |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | RIC (Austin), LLC | Case number *(if known)* | |
|---|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Elm Development<br>1931 Highway 7<br>Concord, ON L4K1V5 | |
| 26a.2.   Romspen (Reomaster) Holdings Inc.<br>162 Cumberland St., Ste. 300<br>Toronto, ON M5R 3N5<br>CANADA | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | RIC (Austin), LLC | | Case number *(if known)* | |

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Elm Development<br>1931 Highway 7<br>Concord, ON L4K 1V5<br>CANADA | |
| 26c.2. Romspen (Reomaster) Holdings Inc.<br>162 Cumberland St., Ste. 300<br>Toronto, ON M5R 3N5<br>CANADA | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Romspen (Reomaster) Holdings Inc. | 162 Cumberland St., Ste. 300<br>Toronto, ON M5R 3N5<br>CANADA | Managing Member  / Equity | 75% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Adam Zarafshani | c/o George Brothers Kincaid & Horton LLP<br>402 West Seventh Street<br>Austin, TX 78701 | Owner, control person, and affilate of Panache Development and Vesta Texas LLC, person acting for and on behalf and agent of the Debtor | |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Debtor | RIC (Austin), LLC | Case number *(if known)* | |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Romspen (Reomaster) Holdings Inc | EIN:     35-2666745 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 23, 2024

| | |
|---|---|
| Signature of individual signing on behalf of the debtor | Gregory S. Milligan, CRO |
| | Printed name |

Position or relationship to debtor    Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

SOFA Exhibit 3

| Name | Reason | Date | Sum of Amoun |
|------|--------|------|------------|
| Byrne Byrne & Company | Services | 1/31/2024 | -25,666.00 |
| Byrne Byrne & Company | Services | 3/4/2024 | -49,650.78 |
| **Byrne Byrne & Company Total** | | | **-75,316.78** |
| The Montgomery Design Consultancy, LLC | Services | 12/15/2023 | -22,197.53 |
| The Montgomery Design Consultancy, LLC | Services | 1/15/2024 | -15,000.00 |
| The Montgomery Design Consultancy, LLC | Services | 2/12/2024 | -15,856.47 |
| **The Montgomery Design Consultancy, LLC Total** | | | **-53,054.00** |
| HMG & Associates, Inc. | Services | 11/17/2023 | -49,360.00 |
| **HMG & Associates, Inc. Total** | | | **-49,360.00** |
| Borden Ladner Gervais, LLP | Services | 1/23/2024 | -46,808.93 |
| **Borden Ladner Gervais, LLP Total** | | | **-46,808.93** |
| City of Austin (via conduit of The Montgomery Design Consultancy) | Services | 1/16/2024 | -12,575.14 |
| City of Austin (via conduit of The Montgomery Design Consultancy) | Services | 2/12/2024 | -14,748.18 |
| City of Austin (via conduit of The Montgomery Design Consultancy) | Services | 3/5/2024 | -17,010.06 |
| **City of Austin (via conduit of The Montgomery Design Consultancy) Total** | | | **-44,333.38** |
| Ranger Security Agency, LLP | Services | 1/16/2024 | -14,938.50 |
| Ranger Security Agency, LLP | Services | 2/26/2024 | -15,912.75 |
| **Ranger Security Agency, LLP Total** | | | **-30,851.25** |
| First Insurance Funding | Insuranc | 1/19/2024 | -22,808.92 |
| **First Insurance Funding Total** | | | **-22,808.92** |
| Richard Rodrigues and Skeith | Services | 11/17/2023 | -14,159.55 |
| **Richard Rodrigues and Skeith Total** | | | **-14,159.55** |
| Elm Developments Corp. | Services | 1/11/2024 | -2,174.72 |
| Elm Developments Corp. | Services | 1/16/2024 | -3,493.79 |
| Elm Developments Corp. | Services | 2/12/2024 | -2,087.73 |
| Elm Developments Corp. | Services | 3/4/2024 | -3,673.40 |
| **Elm Developments Corp. Total** | | | **-11,429.64** |
| McCord Engineering, Inc | Services | 11/17/2023 | -8,551.47 |
| **McCord Engineering, Inc Total** | | | **-8,551.47** |

SOFA EXHIBIT 4

| Date | Transferee | Amount |
|---|---|---|
| 2023-04-05 | Panache Development | 46,758.29 |
| 2023-04-23 | Panache Development | 349,886.28 |
| 2023-04-20 | Panache Development | 208,629.69 |
| 2023-05-02 | Panache Development | 349,977.15 |
| 2023-05-08 | Panache Development | 31,615.41 |
| 2023-05-26 | Panache Development | 54,928.10 |
| 2023-06-12 | Panache Development | 350,232.03 |
| 2023-06-29 | Panache Development | 133,493.38 |
| 2023-07-07 | Panache Development | 66,508.19 |
| 2023-07-21 | Panache Development | 350,042.30 |
| 2023-09-28 | Panache Development | 5,672.96 |
| 2023-09-28 | Panache Development | 15,269.36 |
| | **TOTAL** | **1,963,013.14** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**_____DIVISION**

In Re:                   §       Case No. _____

                          §

                          §

                          §       **Chapter _____**

_____     §

**LIST OF CREDITORS VERIFICATION**

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

_____        _____
Debtor                                                   Date
By: Gregory S. Milligan
Chief Restructuring Officer

_____        _____
Joint Debtor                                              Date

Label Matrix for local noticing
0542-1
Case 24-10264-cgb
Western District of Texas
Austin
Mon Sep 23 16:41:15 CDT 2024

RIC (Austin) LLC
c/o CT Corporation System
1999 Bryan St #900
Dallas, TX 75201-3140

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

AFMN Investments, LLC
625 Norwood Tower, 114 West 7th Street
Austin, TX 78701

AREM
PO Box 170191
Austin, TX 78717-0012

ATX Alarm Company
820 Marbella Vista Way
Leander, TX 78641-2505

Adam Zarafshani
625 Norwood Tower, 114 West 7th Street
Austin, TX 78701

Airco Mechanical Ltd.
PO Box 1598
Round Rock, TX 78680-1598

AquaLogic Water Consulting
1638 Hwy 620 Ste F-232
Austin TX 78734

Assessment Technologies
40 NE Loop 410, Ste. 607
San Antonio, Texas 78216-5883

Austin Porta Potty Rentals
212 N Blue Ridge Pkwy
Cedar Park, TX 78613-3059

Byrne Byrne & Company
217 N Jefferson St Suite #450
Chicago, IL 60661-1316

C & C Restoration Services, Inc.
307 E Walnut St.
Hillsboro TX 76645-3332

CNA Insurance
PO Box 74007619
Chicago IL 60674-7619

Chaparral Professional Land Surveying
5725 W Hwy 290, Suite 103
Austin TX 78735-8722

(p)CITY OF AUSTIN   AUSTIN ENERGY
ATTN COLLECTIONS DEPARTMENT
4815 MUELLER BLVD
AUSTIN TX 78723-3573

D & G Tree and Landscaping Services
309 Amanecer Dr
Lockhart TX 78644-2065

D and D Specialty Services, LLC
721 W.Briarwood Dr.
Brenham, TX 77833-6543

Days End Lawn Sprinkler
P.O. Box 5893
Austin, TX 78763-5893

Doucet & Associates, Inc.
7401 B Highway 71 West, Suite 160
Austin, TX 78735-8201

Elm Developments Corp.
1931 Highway 7
Concord ON L4K 1V5

(p)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

GeoSolutions
7011 West Bee Cave Rd.
Austin TX 78746-5011

Grass Works Lawn Care
11318 Trails End Rd.
Leander TX 78641-5843

HMG & Associates, Inc.
12515 Research Blvd., Te 7-140
Austin, TX 78759-2228

Kilgore Industries, LP
10050 Houston Oaks Drive
Houston, TX 77064-3520

Koetter Fire Protection
16069 Central Commerce Drive
Pflugerville TX 78660-2005

MJ Structures, PLLC
3005 South Lamar Boulevard, Suite D109 &
Austin TX 78704-4785

McCord Engineering, Inc.
916 Southwest Parkway East
College Station, TX 77840-4018

(p)MCMINN LAND SURVEYING COMPANY  CORP
4008 GREENMOUNTIAN LN
AUSTIN TX 78759-7570

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 4000
Dallas TX 75201-6605

Office of U.S. Trustee
903 San Jacinto Blvd. #230
Austin, TX 78701-2450

PRO-VIGIL INC.
P.O. BOX 677107
Dallas, TX 75267-7107


Panache Development and Construction, Inc.
901 S. Mopac Expy Bldg 1 Ste 300
Austin, TX 78746-5883

Plan M Advisory Services
3876 Vandorf Sideroad
Stouffville, ON, L4A 4K3

Quiddity
3100 Alvin Devane Blvd, Suite 150
Austin Texas 78741-7409


RIC (Austin), LLC
1717 West 6th Street, Suite 250
Austin, TX 78703-4777

Ranger Security Agency, LLP
1258 Chad Dr.
Round Rock, TX 78665-2038

Richard Rodrigues and Skeith LLP
611 W 15th Street
Austin, TX 78701-1513


Romspen Mortgage Limited Partnership
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4533

SCI Engineering Inc.
130 Popint West Blvd.
St.Charles, MO 63301-4408

Safeguard Print and Promo
330 Cranston Crescent
Midland, ON  L4R 4V9


Shermco Industries Inc.
2425 East Pioneer Dr.
Irving TX 75061-8919

Snow Environmental Solutions, LLC
1375 Braided Rope Drive
Austin Texas 78727-4630

Spaseco Inc.
9575 W. Higgins Road, Suite 700
Rosemont, IL 60018-4998


Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074

StructuresPE, LLP
4315 Guadalupe St, Ste 301
Austin, TX 78751-3644

Texas Disposal Systems
PO Box 674080
Dallas TX 75267-4080


Texas Gas Service
PO Box 219913
Kansas City, MO 64121-9913

The Bug Master
1912 Smith Rd,
Austin, TX 78721-3547

The Davey Tree Expert Company
P.O. Box 94532
Cleveland OH 44101-4532


The Montgomery Design Consultancy, LLC
PO Box 300939
Austin, Texas 78703-0016

Travis County Tax Office
PO Box 149328
Austin, TX 78714-9328

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450


Vesta Texas, LLC
2901 Via Fortuna Bldg 6, Suite 450
Austin, TX 78746-0007

Ware Malcomb
Accounts Receivable, 10 Edelman
Irvine, CA 92618-4312

Waste Connections Lone Star Inc.
PO Box 17608
Austin, TX 78760-7608


Winstead PC
2728 N. Harwood St., Suite 500
Dallas, TX 75201-1743

Wylie Engineering
1 Greenway Plaza, Suite 1100
Houston TX 77046-0104

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513

Jay Ong
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street
Suite 250
Austin, TX 78703-4777

Jonathan Petree
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street Suite 4000
Dallas, TX 75201-6605

Thomas D. Berghman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St.
Ste. 3800
Dallas, TX 75201-6659


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


City of Austin
PO Box 2267
Austin TX 78783-2267

First Insurance Funding
450 Skokle Blvd., Ste 1000
Northbrook, IL 60062-7917

McMinn Land Surveying Company
4008 Greenmountain Lane
Austin, TX 78759


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Safeguard Business Systems Limited
Lockbox T57624C
PO Box 57624, Stn A
MISSING CITY, STATE, ZIP

(u)Sara Schaefer
Austin Law Department
sara.schaefer@austintexas.gov

End of Label Matrix
Mailable recipients      62
Bypassed recipients       2
Total                    64