RIC (Austin) LLC

Case No 24-10264-cgb

**MOR Exhibit C**

*September 9 - September 30, 2024*

## CASH RECEIPTS

| Date | Amount | Purpose | Bank Account |
| --- | --- | --- | --- |

*[none]*

RIC (Austin) LLC

Case No 24-10264-cgb

**MOR Exhibit D**

*September 9 - September 30, 2024*

## CASH DISBURSEMENTS

| Date | Amount | Purpose | Clear Date |
|---|---|---|---|
| 9/19/24 | $3,098.96 | Airco Mechanical Ltd | 9/24/24 |
| 9/19/24 | $34.99 | ATX Alarm Company | 10/2/24 |
| 9/19/24 | $69.98 | ATX Alarm Company | 10/2/24 |
| 9/19/24 | $2,598.00 | The Davey Tree Expert Company | 9/25/24 |
| 9/19/24 | $345.32 | The Bug Master | 9/24/24 |
| 9/19/24 | $2,440.68 | Pro-Vigil, Inc | 9/25/24 |
| 9/19/24 | $697.80 | Austin Porta Potty Rentals | |
| 9/19/24 | $240.22 | Texas Disposal Systems | 9/26/24 |
| 9/19/24 | $117.41 | Texas Gas Service | 9/26/24 |
| 9/26/24 | $40,914.62 | City of Austin | 10/3/24 |
| 9/26/24 | $1,016.70 | City of Austin | 10/3/24 |
| 9/30/24 | $400.00 | Bank and Technology Services Fee | 9/30/24 |
| | **$51,974.68** | | |

RIC (Austin) LLC

Case No 24-10264-cgb

**MOR Exhibit E**

*September 9 - September 30, 2024*

## ACCOUNTS PAYABLE

| Invoice Date | Due Date | Vendor | Invoice Amount |
|---|---|---|---|
| 07/31/24 | 8/10/2024 | City of Austin | 1,016.70 |
| 08/22/24 | 9/21/2024 | The Bug Master | 194.85 |
| 08/22/24 | 9/21/2024 | The Bug Master | 55.21 |
| 08/22/24 | 9/21/2024 | The Bug Master | 95.26 |
| 08/25/24 | 9/4/2024 | Ranger Security | 13,639.00 |
| 08/25/24 | 9/7/2024 | Texas Gas Service | 116.95 |
| 08/28/24 | 9/7/2024 | Austin Porta Potty | 697.80 |
| 08/28/24 | 9/7/2024 | Chaparral Professional | 13,250.00 |
| 09/01/24 | 9/1/2024 | ATX Alarm Company | 34.99 |
| 09/01/24 | 9/11/2024 | Travis County Tax | 4.79 |
| 09/03/24 | 9/13/2024 | Austin Porta Potty | 697.80 |
| 09/06/24 | 9/16/2024 | Wylie Engineering | 10,500.00 |
| 09/09/24 | 9/19/2024 | Capital Geotechnical | 3,779.00 |
| 09/10/24 | 9/20/2024 | Quiddity | 2,962.00 |
| 09/10/24 | 9/20/2024 | Quiddity | 577.50 |
| 09/12/24 | 9/22/2024 | Elm Developments | 2,700.00 |
| 09/21/24 | 10/1/2024 | C&C Restoration | 4,250.00 |
| 09/21/24 | 10/1/2024 | City of Austin | 1,016.70 |
| 09/21/24 | 10/21/2024 | Pro-Vigil, Inc | 5,079.09 |
| 09/21/24 | 10/21/2024 | The Bug Master | 95.26 |
| 09/21/24 | 10/21/2024 | The Bug Master | 194.85 |
| 09/21/24 | 10/21/2024 | The Bug Master | 55.21 |
| 09/24/24 | 10/24/2024 | Pro-Vigil, Inc | 3,442.16 |
| 09/24/24 | 10/4/2024 | Ranger Security | 14,289.00 |
| | | | **78,744.12** |

RIC (Austin) LLC

Case No 24-10264-cgb

**MOR Exhibit F**

*September 9 - September 30, 2024*

*[none]*

**RIC (Austin) Inc.**
**Balance Sheet**
September 30, 2024
**Unaudited**

**ASSETS**

| | Sept 2024 |
|---|---|
| Current assets: | |
| Operating Bank Account | 680,578.97 |
| Other Receivables | 0.00 |
| Claims Receivable | 11,047,959.58 |
| Inventory Land | 37,120,042.68 |
| Inventory Building | 63,256,402.30 |
| WIP 1 Development Costs | 38,612,281.38 |
| Total current assets | 150,717,264.91 |
| | |
| Fixed assets: | |
| Consulting Fees | 0.00 |
| | 0.00 |
| | |
| Other assets: | |
| Due From Shareholder | 1,000.00 |
| | 1,000.00 |
| | 150,718,264.91 |

**LIABILITY AND SHAREHOLDER'S EQUITY**

| | |
|---|---|
| Current liabilities: | |
| Accounts Payable | 78,744.12 |
| Total current liabilities | 78,744.12 |
| | |
| Long term liabilities: | |
| Mortgage Payable RMLP 8864 | 88,146,533.77 |
| Mortgage Payable RMLP 88641 | 51,444,027.44 |
| Debt payable Panache | 11,047,959.58 |
| | 150,638,520.79 |
| | |
| Shareholder's equity: | |
| Equity Capital | 1,000.00 |
| Total shareholder's equity | 1,000.00 |
| | 150,718,264.91 |

TRISTATE CAPITAL

**TriState Capital Bank**
One Oxford Centre STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
September 01, 2024 - September 30, 2024
Page 1 of 5

Gregory Scott Milligan
8911 N. Capital of Texas Highway
Suite 2120
Austin TX 78759

| | |
|---|---|
| Case Number | 24-10264-CGB |
| Case Name | RIC (AUSTIN), LLC - D.I.P. DEBTOR |
| Trustee Number | 631344 |
| Trustee Name | Gregory Scott Milligan TRUSTEE |

**Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5295 | $643,304.56 | $723,348.05 |
| **Total** | | **$643,304.56** | **$723,348.05** |

## TRUSTEE CHECKING

**Account Number: 5295**

| | | | |
|---|---|---|---|
| Enclosures | 6 | **Beginning Balance** | **$643,304.56** |
| | | + Total Additions | $297,180.19 |
| | | - Total Subtractions | $217,136.70 |
| | | **Ending Balance** | **$723,348.05** |

* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 1013 | 09-24 | $3,098.96 |
| 1016* | 09-25 | $2,440.68 |
| 1017 | 09-26 | $240.22 |
| 1018 | 09-26 | $117.41 |
| 1019 | 09-24 | $345.32 |
| 1020 | 09-25 | $2,598.00 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 09-04 | OUTGOING WIRE TO THE MONTGOMER Y DESIGN CONSULTANCY 452918 | $15,000.00 |
| 09-04 | OUTGOING WIRE TO HARNEY PARTNE RS 452919 | $7,380.00 |
| 09-04 | OUTGOING WIRE TO CHAPARRAL PRO FESSIONAL LAND 452922 | $25,124.06 |
| 09-04 | OUTGOING WIRE TO MUNSCH HARDT KOPF & HARR PC 452917 | $58,016.64 |
| 09-04 | OUTGOING WIRE TO ELM DEVELOPME NT CORP 452929 | $3,557.62 |
| 09-05 | OUTGOING WIRE TO MUNSCH HARDT KOPF & HARR PC 453204 | $52,207.79 |
| 09-05 | OUTGOING WIRE TO HARNEY PARTNE RS 453206 | $26,110.00 |
| 09-05 | OUTGOING WIRE TO THE MONTGOMER Y DESIGN CONSULTANCY 453208 | $15,000.00 |
| 09-05 | OUTGOING WIRE TO WYLIE & ASSOC IATES 453209 | $3,000.00 |
| 09-05 | OUTGOING WIRE TO SNOW ENVIRONM ENTAL SOLUTIONS LLC 453361 | $2,500.00 |
| 09-30 | BANK & TECH FEE | $400.00 |



TriState Capital Bank
301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
September 01, 2024 - September 30, 2024


## Credits

| Date | Description | Additions |
|---|---|---|
| 09-05 | INCOMING WIRE FROM RIC AUSTIN LLC 78893786 | $12,452.36 |
| 09-05 | INCOMING WIRE FROM RIC (AUSTIN ) LLC-CORPORATE ACCOUNT 789023 76 | $280,250.90 |
| 09-05 | INCOMING WIRE FROM RIC (AUSTIN ) LLC-ELM ACCOUNT 78902378 | $1,476.93 |
| 09-05 | INCOMING WIRE FROM RIC (AUSTIN ) LLC 78902979 | $3,000.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | $643,304.56 | 09-04 | $534,226.24 | 09-05 | $732,588.64 |
| 09-24 | $729,144.36 | 09-25 | $724,105.68 | 09-26 | $723,748.05 |
| 09-30 | $723,348.05 | | | | |

TriState Capital Bank
301 Grant Street STE 2700
Pittsburgh PA 15219

Member FDIC



THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

TriState Capital Bank
Pittsburgh, PA

1013
08-1900 / 430

RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

VOID AFTER 90 DAYS

Regarding: RIC (AUSTIN), LLC - D.I.P.
Inv 0157188, 0158644, 0155363

Date 09/19/2024
$ *******3,098.96

***Three Thousand Ninety-Eight Dollars and 96/100

Pay to the Order of: Airco Mechanical Ltd
PO Box 1598
Round Rock TX 78680

Gregory Milligan

⑈00001013⑈ ⑆043019003⑆ [redacted] 5295⑈

09/24/2024 1013 $3,098.96

For Remote Deposit Only
R Bank 114926012
For Deposit Only
AIRCO MECHANICAL LTD DBA

09/24/2024 1013 $3,098.96

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

TriState Capital Bank
Pittsburgh, PA

1016
08-1900 / 430

RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

No detail/No invoice

VOID AFTER 90 DAYS

Regarding: RIC (AUSTIN), LLC - D.I.P.
IN-336310

Date 09/19/2024
$ *******2,440.68

***Two Thousand Four Hundred Forty Dollars and 68/100

Pay to the Order of: Pro-Vigil, Inc
PO Box 677107
Dallas TX 75267-7107

Gregory Milligan

⑈00001016⑈ ⑆043019003⑆ [redacted] 5295⑈

09/25/2024 1016 $2,440.68

CIBC Bank USA DAL
dep. to cr. payee
abs. of end. gtd.
20240924
677107

09/25/2024 1016 $2,440.68

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

TriState Capital Bank
Pittsburgh, PA

1017
08-1900 / 430

RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

VOID AFTER 90 DAYS

Regarding: RIC (AUSTIN), LLC - D.I.P.
Acct 1-3116107

Date 09/19/2024
$ *********240.22

***Two Hundred Forty Dollars and 22/100

Pay to the Order of: Texas Disposal Systems
PO Box 674090
Dallas TX 75267

Gregory Milligan

⑈00001017⑈ ⑆043019003⑆ [redacted] 5295⑈

09/26/2024 1017 $240.22

PNC Bank
DEP. TO CR. PAYEE
ABS. OF END. GTD.

09/26/2024 1017 $240.22

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

TriState Capital Bank
Pittsburgh, PA

1018
08-1900 / 430

RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

VOID AFTER 90 DAYS

Regarding: RIC (AUSTIN), LLC - D.I.P.
Account 9130079841382987 45

Date 09/19/2024
$ *********117.41

***One Hundred Seventeen Dollars and 41/100

Pay to the Order of: Texas Gas Service
PO Box 219913
Kansas City MO 64121-9913

Gregory Milligan

⑈00001018⑈ ⑆043019003⑆ [redacted] 5295⑈

09/26/2024 1018 $117.41

Credited to the Account of the named Payee
092524 >101000695<

09/26/2024 1018 $117.41

TRISTATE CAPITAL

TriState Capital Bank
Pittsburgh PA 15219

Member FDIC

Period Covered:
September 01, 2024 - September 30, 2024


TriState Capital Bank
Pittsburgh, PA

1019
08-1900 / 430

RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

VOID AFTER 90 DAYS

Regarding
RIC (AUSTIN), LLC - D.I.P.
Account 240839

Date 09/19/2024

$ *********345.32

---Three Hundred Forty-Five Dollars and 32/100

Pay to the Order of The Bug Master
1912 Smith Road
Austin TX 78721

Gregory Milligan

⑈00001019⑈ ⑆043019003⑆ [redacted]5295⑈

09/24/2024 1019 $345.32




09/24/2024 1019 $345.32

TriState Capital Bank
Pittsburgh, PA
Phone: 1-866-680-8721 option 2

1020
08-1900 / 430

RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

VOID AFTER 90 DAYS

Regarding
RIC (AUSTIN), LLC - D.I.P.
Inv 918751484

Date 09/19/2024

$ *******2,598.00

---Two Thousand Five Hundred Ninety-Eight Dollars and 00/100

Pay to the Order of The Davey Tree Expert Company
PO Box 94532
Cleveland OH 44101-4532

Gregory Milligan

⑈00001020⑈ ⑆043019003⑆ [redacted]5295⑈

09/25/2024 1020 $2,598.00

DDA 000000000526248 Lbx 0092934 CLE Batch 8168042 Seq 000008 Date 20240924

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK ID NATIONAL ASSOCIATION
LB 0092934>000000000526248<CLE

09/25/2024 1020 $2,598.00

**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC



ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com