RIC (Austin) LLC
Case No 24-10264-cgb
**MOR Exhibit C**
*October 2024*

## CASH RECEIPTS

| Date | Amount | Purpose | Bank Account |
|---|---|---|---|

*[none]*

RIC (Austin) LLC
Case No 24-10264-cgb
**MOR Exhibit D**
*October 2024*

## CASH DISBURSEMENTS

| Date | Amount | Purpose | Clear Date |
|---|---|---|---|
| 10/1/24 | $8,521.25 | Pro-Vigil, Inc | 10/9/24 |
| 10/1/24 | $14,289.00 | Ranger Security Agency, LLC | 10/8/24 |
| 10/1/24 | $345.32 | The Bug Master | 10/9/24 |
| 10/1/24 | $4,250.00 | C&C Restoration Services, INc | 10/22/24 |
| 10/1/24 | $1,016.70 | City of Austin | 10/8/24 |
| 10/2/24 | $13,250.00 | Chaparral Professional Land Surveying | 10/7/24 |
| 10/2/24 | $2,700.46 | Elm Developments Corp | 10/7/24 |
| 10/2/24 | $34.99 | ATX Alarm Company | 10/18/24 |
| 10/2/24 | $1,395.60 | Austin Porta Potty Rentals | 10/10/24 |
| 10/2/24 | $3,779.00 | Capital Geotechnical Services PLLC | 10/9/24 |
| 10/2/24 | $3,540.00 | Quiddity Engineering LLC | 10/8/24 |
| 10/2/24 | $13,639.50 | Ranger Security Agency, LLC | 10/8/24 |
| 10/2/24 | $116.95 | Texas Gas Service | 10/9/24 |
| 10/2/24 | $345.32 | The Bug Master | 10/9/24 |
| 10/2/24 | $10,500.00 | Wylie Engineering | 10/9/24 |
| 10/17/24 | $34.99 | ATX Alarm Company | 10/8/24 |
| 10/17/24 | $697.80 | Austin Porta Potty Rentals | |
| 10/17/24 | $3,442.16 | Pro-Vigil, Inc | 10/30/24 |
| 10/17/24 | $119.48 | Texas Disposal Systems | 10/31/24 |
| 10/17/24 | $115.42 | Texas Gas Service | 10/30/24 |
| 10/28/24 | $3,172.14 | Elm Development | 10/28/24 |
| 10/28/24 | $15,360.00 | The Montgomery Design Consultancy | 10/28/24 |
| 10/31/24 | $400.00 | Bank and Technology Services Fee | 10/31/24 |
| | **$101,066.08** | | |

RIC (Austin) LLC

Case No 24-10264-cgb

**MOR Exhibit E**

*October 2024*

## ACCOUNTS PAYABLE

| Invoice Date | Due Date | Vendor | Invoice Amount |
|---|---|---|---|
| 10/21/24 | 11/20/2024 | Airco Mechanical Ltd | 1,604.08 |
| 10/26/24 | 10/26/24 | DAD's Lawn Service | 7,795.64 |
| 10/18/24 | 12/16/2024 | The Bug Master | 345.32 |
| 09/01/24 | 9/11/2024 | Travis County Tax | 4.79 |
| | | | **9,749.83** |

RIC (Austin) LLC

Case No 24-10264-cgb

**MOR Exhibit F**

*October 2024*

## ACCOUNTS RECEIVABLE

*[none]*

**RIC (Austin) Inc.**
**Balance Sheet**
October 31, 2024
**Unaudited**

**ASSETS**

| | **Oct 2024** |
|---|---|
| Current assets: | |
| Operating Bank Account | 579,512.89 |
| Other Receivables | 0.00 |
| Claims Receivable | 11,047,959.58 |
| Inventory Land | 37,120,042.68 |
| Inventory Building | 63,256,402.30 |
| WIP 1 Development Costs | 38,644,353.17 |
| Total current assets | 150,648,270.62 |
| | |
| Fixed assets: | |
| | 0.00 |
| | |
| Other assets: | |
| Due From Shareholder | 1,000.00 |
| | 1,000.00 |
| | 150,649,270.62 |

**LIABILITY AND SHAREHOLDER'S EQUITY**

| | |
|---|---|
| Current liabilities: | |
| Accounts Payable | 9,749.83 |
| Total current liabilities | 9,749.83 |
| | |
| Long term liabilities: | |
| Mortgage Payable RMLP 8864 | 88,146,533.77 |
| Mortgage Payable RMLP 88641 | 51,444,027.44 |
| Debt payable Panache | 11,047,959.58 |
| | 150,638,520.79 |
| | |
| Shareholder's equity: | |
| Equity Capital | 1,000.00 |
| Total shareholder's equity | 1,000.00 |
| | 150,649,270.62 |
| | - |



TRISTATE CAPITAL

**TriState Capital Bank**
301 Grant Street STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
October 01, 2024 - October 31, 2024

Gregory Scott Milligan
8911 N. Capital of Texas Highway
Suite 2120
Austin TX 78759

| | |
|---|---|
| Case Number | 24-10264-CGB |
| Case Name | RIC (AUSTIN), LLC DEBTOR |
| Trustee Number | 631344 |
| Trustee Name | Gregory Scott Milligan TRUSTEE |

**Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5295 | $723,348.05 | $580,943.48 |
| **Total** | | **$723,348.05** | **$580,943.48** |

## TRUSTEE CHECKING

**Account Number: 5295**

| | | | |
|---|---|---|---|
| Enclosures | 21 | **Beginning Balance** | **$723,348.05** |
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $142,404.57 |
| | | **Ending Balance** | **$580,943.48** |

* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 1001 | 10-02 | $34.99 |
| 1014* | 10-02 | $34.99 |
| 1021* | 10-02 | $69.98 |
| 1022 | 10-03 | $40,914.62 |
| 1023 | 10-03 | $1,016.70 |
| 1024 | 10-09 | $8,521.25 |
| 1025 | 10-08 | $14,289.00 |
| 1026 | 10-09 | $345.32 |
| 1027 | 10-22 | $4,250.00 |
| 1028 | 10-08 | $1,016.70 |
| 1029 | 10-18 | $34.99 |
| 1030 | 10-10 | $1,395.60 |
| 1031 | 10-09 | $3,779.00 |
| 1032 | 10-08 | $3,540.00 |
| 1033 | 10-08 | $13,639.50 |
| 1034 | 10-09 | $116.95 |
| 1035 | 10-09 | $345.32 |
| 1036 | 10-09 | $10,500.00 |
| 1040* | 10-30 | $3,442.16 |
| 1041 | 10-31 | $119.48 |
| 1042 | 10-30 | $115.42 |



**TriState Capital Bank**
301 Grant Street STE 2700
Pittsburgh PA 15219

Member FDIC

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 10-07 | OUTGOING WIRE TO CHAPARRAL PRO FESSIONAL LAND 459470 | $13,250.00 |
| 10-07 | OUTGOING WIRE TO ELM DEVELOPME NTS CORP 459474 | $2,700.46 |
| 10-28 | OUTGOING WIRE TO THE MONTGOMER Y DESIGN CONSULTANCY 463699 | $15,360.00 |
| 10-28 | OUTGOING WIRE TO ELM DEVELOPME NT CORP 463728 | $3,172.14 |
| 10-31 | BANK & TECH FEE | $400.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | $723,348.05 | 10-02 | $723,208.09 | 10-03 | $681,276.77 |
| 10-07 | $665,326.31 | 10-08 | $632,841.11 | 10-09 | $609,233.27 |
| 10-10 | $607,837.67 | 10-18 | $607,802.68 | 10-22 | $603,552.68 |
| 10-28 | $585,020.54 | 10-30 | $581,462.96 | 10-31 | $580,943.48 |

TriState Capital Bank
Pittsburgh PA 15219

Member FDIC

Period Covered:
October 01, 2024 - October 31, 2024

| Date | Check | Amount |
|---|---|---|
| 10/02/2024 | 1001 | $34.99 |
| 10/02/2024 | 1014 | $34.99 |
| 10/02/2024 | 1021 | $69.98 |
| 10/03/2024 | 1022 | $40,914.62 |



TriState Capital Bank
Pittsburgh PA 15219

Member FDIC

Period Covered:
October 01, 2024 - October 31, 2024



TriState Capital Bank
Pittsburgh PA 15219

Member FDIC

Period Covered:
October 01, 2024 - October 31, 2024

TriState Capital Bank
1027
VOID AFTER 90 DAYS
Date 10/01/2024
$ *******4,250.00
---Four Thousand Two Hundred Fifty Dollars and 00/100
C&C Restoration Services, INC
307 E Walnut St
Hillsboro TX 76645

10/22/2024 1027 $4,250.00

10/22/2024 1027 $4,250.00

TriState Capital Bank
1028
VOID AFTER 90 DAYS
Date 10/01/2024
$ *******1,016.70
---One Thousand Sixteen Dollars and 70/100
City of Austin
P. O. Box 2267
Austin TX 78783-2267

10/08/2024 1028 $1,016.70

For Deposit Only City of Austin

10/08/2024 1028 $1,016.70

TriState Capital Bank
1029
VOID AFTER 90 DAYS
Date 10/02/2024
$ **********34.99
---Thirty-Four Dollars and 99/100
ATX Alarm Company
820 Marbella Vista Way
Leander TX 78641

10/18/2024 1029 $34.99

10/18/2024 1029 $34.99

TriState Capital Bank
1030
VOID AFTER 90 DAYS
Date 10/03/2024
$ *******1,395.60
---One Thousand Three Hundred Ninety-Five Dollars and 60/100
Austin Porta Potty Rentals
212 N Blue Ridge Pkwy
Cedar Park TX 78613

10/10/2024 1030 $1,395.60

FOR MOBILE DEPOSIT ONLY

10/10/2024 1030 $1,395.60



THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

TriState Capital Bank
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

1031
08-1900 / 430

RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

VOID AFTER 90 DAYS

Regarding
RIC (AUSTIN), LLC - D.I.P.
24-0072; Sept 9, 2024

Date 10/02/2024

$ *******3,779.00

---Three Thousand Seven Hundred Seventy-Nine Dollars and 00/100

Pay to the Order of Capital Geotechnical Services PLLC
13200 Pond Springs Rd, Suite G-56
Austin TX 78729

Gregory Milligan

⑈00001031⑈ ⑆043019003⑆ [redacted] 5295⑈

10/09/2024 1031 $3,779.00

JPMorganChaseBank [redacted]

CREDITED TO ACCOUNT OF [redacted]

10/09/2024 1031 $3,779.00

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

TriState Capital Bank
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

1032
08-1900 / 430

RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

VOID AFTER 90 DAYS

Regarding
RIC (AUSTIN), LLC - D.I.P.
Proj 28776-0002-01

Date 10/02/2024

$ *******3,540.00

---Three Thousand Five Hundred Forty Dollars and 00/100

Pay to the Order of Quiddity Engineering LLC
PO Box 664080
Dallas TX 75266-4080

Gregory Milligan

⑈00001032⑈ ⑆043019003⑆ [redacted] 295⑈

10/08/2024 1032 $3,540.00

CREDIT TO WITHIN NAMED PAYEE
LACK OF END GTD TRUST BANK [redacted]

10/08/2024 1032 $3,540.00

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

TriState Capital Bank
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

1033
08-1900 / 430

RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

VOID AFTER 90 DAYS

Regarding
RIC (AUSTIN), LLC - D.I.P.
Inv 819

Date 10/02/2024

$ ******13,639.50

---Thirteen Thousand Six Hundred Thirty-Nine Dollars and 50/100

Pay to the Order of Ranger Security Agency, LLC
1258 Chad Drive
Round Rock TX 78665

Gregory Milligan

⑈00001033⑈ ⑆043019003⑆ [redacted] 5295⑈

10/08/2024 1033 $13,639.50

11469402216

10/08/2024 1033 $13,639.50

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

TriState Capital Bank
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

1034
08-1900 / 430

RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

VOID AFTER 90 DAYS

Regarding
RIC (AUSTIN), LLC - D.I.P.
Account 910007984 1182087 45

Date 10/02/2024

$ *********116.95

---One Hundred Sixteen Dollars and 95/100

Pay to the Order of Texas Gas Service
PO Box 219913
Kansas City MO 64121-9913

Gregory Milligan

⑈00001034⑈ ⑆043019003⑆ [redacted] 5295⑈

10/09/2024 1034 $116.95

Credited to the Account of the named Payee [redacted]

10/09/2024 1034 $116.95

TriState Capital Bank
301 Grant Street STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
October 01, 2024 - October 31, 2024
Page 7 of 9

TriState Capital Bank
Pittsburgh, PA
1035
RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732
VOID AFTER 90 DAYS
Regarding
RIC (AUSTIN), LLC - D.I.P.
Account 241839
Date 10/02/2024
$ *********345.32
---Three Hundred Forty-Five Dollars and 32/100
Pay to the Order of The Bug Master
1912 Smith Road
Austin TX 78721
Gregory Milligan

10/09/2024 1035 $345.32

For Deposit only
Cust: Bug Master Exterminating Service, Ltd
Loc: North Austin
Location Code: 1

10/09/2024 1035 $345.32

TriState Capital Bank
Pittsburgh, PA
1036
RIC (AUSTIN), LLC - D.I.P.
c/o Greg Milligan
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732
VOID AFTER 90 DAYS
Regarding
RIC (AUSTIN), LLC - D.I.P.
Inv 028694
Date 10/02/2024
$ ******10,500.00
---Ten Thousand Five Hundred Dollars and 00/100
Pay to the Order of Wylie Engineering
1 Greenway Plaza, Suite 1100
Houston TX 77046
Gregory Milligan

10/09/2024 1036 $10,500.00

Wylie Consulting Engineers
For Deposit Only

10/09/2024 1036 $10,500.00

TriState Capital Bank
Pittsburgh, PA
1040
No invoice/No Detail
RIC (AUSTIN), LLC
Debtor in Possession
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732
VOID AFTER 90 DAYS
Regarding
RIC (AUSTIN), LLC (Case No. 24-10264-CGB)
IN-366108
Date 10/17/2024
$ *******3,442.16
---Three Thousand Four Hundred Forty-Two Dollars and 16/100
Pay to the Order of Pro-Vigil, Inc
PO Box 677107
Dallas TX 75267-7107
Gregory Milligan

10/30/2024 1040 $3,442.16

10/30/2024 1040 $3,442.16

TriState Capital Bank
Pittsburgh, PA
No invoice/No details
1041
RIC (AUSTIN), LLC
Debtor in Possession
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732
VOID AFTER 90 DAYS
Regarding
RIC (AUSTIN), LLC (Case No. 24-10264-CGB)
Acct 1-3116107
Date 10/17/2024
$ *********119.48
---One Hundred Nineteen Dollars and 48/100
Pay to the Order of Texas Disposal Systems
PO Box 674090
Dallas TX 75267
Gregory Milligan

10/31/2024 1041 $119.48

10/31/2024 1041 $119.48



TriState Capital Bank
301 Grant Street STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
October 01, 2024 - October 31, 2024
Page 8 of 9

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

TriState Capital Bank
Pittsburgh, PA

1042

BIC (AUSTIN), LLC
Debtor in Possession
8911 N. Capital of Texas Hwy, Ste 2120
Austin TX 78732

VOID AFTER 90 DAYS

Regarding
BIC (AUSTIN), LLC (Case No. 24-10264-CGB)

Date 10/17/2024

$ *********115.42

---One Hundred Fifteen Dollars and 42/100

Pay to the Order of Texas Gas Service
PO Box 219913
Kansas City MO 64121-9913

Gregory Milligan

10/30/2024 1042 $115.42

Credited to the Account
of the named Payee

10/30/2024 1042 $115.42

TriState Capital Bank
301 Grant Street STE 2700
Pittsburgh PA 15219

Member FDIC

ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com