**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-10264-cgb |
| RIC (AUSTIN), LLC | § | |
| | § | Chapter 11 Subchapter V |
| Debtor. | § | |

**SECOND FEE SUMMARY OF MUNSCH HARDT KOPF & HARR, P.C.**

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses* (Docket No. 83) ("Order"), Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") hereby files this *Fee Summary* and requests compensation (80%) and reimbursement of expenses (100%) for the professional services rendered as bankruptcy counsel to RIC (Austin), LLC ("Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11, Subchapter V, bankruptcy case (the "Bankruptcy Case"). In support of this *Fee Summary*, Munsch Hardt relies on Invoice #10546101, attached hereto as **Exhibit "A"** and incorporated herein by reference for all purposes, and respectfully states:

**I.     CLIENT**

RIC (Austin), LLC, the Debtor

**II.    REQUESTING FIRM**

Munsch Hardt Kopf & Harr, P.C., general bankruptcy counsel to the Debtor

**III.   TOTAL AMOUNT OF FEES REQUESTED**

a. Fees: $85,058.00
b. Expenses: $2,455.99
c. Pre-petition retainer, if any: $150,000.00
d. Time period covered: November 1, 2024 through November 30, 2024
e. Voluntary Reductions: $1,519.50

## IV. BREAKOUT OF CURRENT APPLICATION

| Name | Capacity | Total Hours | Rate | Total |
|---|---|---|---|---|
| James Ray | Shareholder | 6.70 | $605.00 | $4,053.50 |
| Jay Ong | Shareholder | 43.10 | $750.00 | $32,325.00 |
| Thomas D. Berghman | Shareholder | 37.20 | $700.00 | $26,040.00 |
| Walter A. Buchanan | Shareholder | 11.20 | $750.00 | $8,400.00 |
| Beverly A. Bass | Associate | 5.10 | $440.00 | $2,244.00 |
| Jacob J. King | Associate | 7.50 | $400.00 | $3,000.00 |
| Jonathan S. Petree | Associate | 17.80 | $475.00 | $8,455.00 |
| Heather J. Valentine | Paralegal | 2.30 | $235.00 | $540.50 |
| | | 130.90 | | $85,058.00 |

Minimum Fee Increment: 0.1

### Expenses

| | |
|---|---|
| Westlaw Research | 70.00 |
| Postage | 00.00 |
| Pacer Research | 3.35 |
| Mailings | 1,489.51 |
| Parking/Cab/Mileage | 00.00 |
| Color Copies | 00.00 |
| Meals | 00.00 |
| Subpoenas | 00.00 |
| Software, Hardware & Support/Maint. Agreements | 858.77 |
| Filings Fees | 00.00 |
| Photocopies | 00.00 |
| Courier Service | 34.36 |
| | $2,455.99 |

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE SUMMARY: $0.00[1]

## V. PRIOR FEE SUMMARIES / APPLICATIONS

The *Fee Summary of Munsch Hardt Kopf & Harr, P.C.* for the time period September 6, 2024 through October 31, 2024 (Docket No. 95) indicated that the Debtor incurred $165,205.50 in fees and $7,404.22 in expenses during the interim fee period for Munsch

---

[1] Certain amounts allocated for preparation of this Fee Summary have not been incurred during the time period applicable to this Fee Summary and therefore are not encompassed or requested pursuant to this Fee Summary but will be separately disclosed under a subsequent fee summary and/or application(s) for any requested payment thereof. Munsch Hardt reserves all rights with respect to same.

The amount allocated for the preparation of the *Fee Summary of Munch Hardt Kopf & Harr, P.C.* for the time period September 6, 2024 through October 31, 2024 (Docket No. 95) was 0.80 hours.

Hardt's professional services. Munsch Hardt requested and received reimbursement for 80% of its fees and 100% of its expenses.

## VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE

Other administrative expense priority claims include fees to the Subchapter V Trustee, the Debtor's financial consultant (HMP Advisory Holdings, LLC) and corresponding Chief Restructuring Officer, and certain ordinary course professionals (*see* Docket No. 81). Munsch Hardt is not aware of other administrative expense priority claims in this Bankruptcy Case. Allowance of this application is not anticipated to result in the Debtor's estate being unable to pay all co-equal or superior administrative claims in the Bankruptcy Case.

Dated: December 19, 2024

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas D. Berghman*
Thomas D. Berghman
Texas Bar No. 24082683
Jay H. Ong
Texas Bar No. 24028756
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
E-mail: tberghman@munsch.com
jong@munsch.com

*Counsel for RIC (Austin), LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 19, 2024, a true and correct copy of the foregoing document and all exhibits attached thereto was served by electronically filing the same with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system, and on the parties shown on the attached service list, via first class U.S. Mail.[2]

*/s/ Thomas D. Berghman*
Thomas D. Berghman

---

[2] To save photocopying and postage expenses, Munsch Hardt is not serving Exhibit "A" on all parties to this bankruptcy case receiving notice (only) by U.S. mail. Any party wishing to obtain a copy of said Exhibit "A" may obtain one free of charge by contacting the undersigned counsel.