## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-10264-cgb** |
| **RIC (Austin), LLC** | § | |
| | § | **Chapter 11, Subchapter V** |
| *Debtor.* | § | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that an interim hearing on the *Motion for Entry of an Order (I) Authorizing Debtor to (A) Obtain Senior Secured Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral, and (D) Grant Adequate Protection; and (II) Granting Related Relief* [ECF 111] (the "Motion") has been scheduled for **January 28, 2025, at 10:00 a.m. (CT)** (the "Interim Hearing"), to take place before the Honorable Christopher G. Bradley, U.S. Bankruptcy Judge, at Austin Courtroom 2, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Austin, Texas 78701.

**PLEASE TAKE FURTHER NOTICE** that prior Court approval through the Court's CM/ECF system is required to appear by Zoom for the Interim Hearing.

RESPECTFULLY SUBMITTED on this 16th day of January, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas D. Berghman*
Thomas D. Berghman
Texas Bar No. 24082683
Jay H. Ong
Texas Bar No. 24028756
1717 W. 6th St, Ste 250
Austin, Texas 78703
Telephone: (512) 391

***Counsel to the Debtor and
Debtor-in-Possession***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 16th day of January, 2025, he personally caused true and correct copies of the foregoing document to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system. A true and correct copy of the document was also served via U.S. first class mail, postage prepaid, on the attached service list.

*/s/ Jonathan S. Petree*

Jonathan S. Petree

Label Matrix for local noticing
0542-1
Case 24-10264-cgb
Western District of Texas
Austin
Thu Jan 16 16:19:04 CST 2025

RIC (Austin) LLC
c/o Gregory S. Milligan, CRO
8911 N. Capital of Texas Highway
Ste 2120
Austin, TX 78759-7200

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

ACM Services, LLC
P.O. Box 1208
Taylor, TX 76574-6208

AFMN Investments, LLC
625 Norwood Tower, 114 West 7th Street
Austin, TX 78701

AFMN Investments, LLC
c/o Russ Horton
114 W 7th Street Ste 625
Austin, TX 78701-3010

AREM
PO Box 170191
Austin, TX 78717-0012

ATX Alarm Company
820 Marbella Vista Way
Leander, TX 78641-2505

Adam Zarafshani
625 Norwood Tower, 114 West 7th Street
Austin, TX 78701

Airco Mechanical Ltd.
PO Box 1598
Round Rock, TX 78680-1598

Airgas USA LLC
P.O. 1152
Tulsa, Oklahoma 74101-1152

Airgas USA, LLC
11111 N Lamar Boulevard
Austin, Texas 78753-3058

Allied Sales Company
P.O. 6116
Austin, Texas 78762-6116

Angela VanDeWalle
8003 Weldon Springs Court
Austin, Texas 78726-4016

AquaLogic Water Consulting
16238 Highway 620, Ste. F Ste. 232
Austin, Texas 78717-5215

AquaLogic Water Consulting
1638 Hwy 620 Ste F-232
Austin TX 78734

Armbrust & Brown, PLLC
100 Congress Avenue #1300
Austin, Texas 78701-2744

Assessment Technologies
40 NE Loop 410, Ste. 607
San Antonio, Texas 78216-5883

Atx Alarm Company
820 Marbella Vista Way
Leander, Texas 78641-2505

Austin CG Construction Services, Inc.
901 S Mopac Expressway, Ste. 410
Austin, Texas 78746-5776

Austin Glass & Mirror, Inc.
6308 Decker Lane
Austin, Texas 78724-5102

Austin Porta Potty Rentals
212 N Blue Ridge Pkwy
Cedar Park, TX 78613-3059

BTY US, LLC
2180 Satellite Boulevard, Ste. 400
Duluth, Georgia 30097-4927

Bates Backhoe, Inc.
P.O. 156
Hutto, Texas 78634-0156

Blu Fish Collaborative Inc.
P.O. Box 40792
Austin, TX 78704-0014

Bordan Ladner Gervais LLP
World Exchange Plaza, 100 Queen Street
Ottawa, Ontario K1P 1B1

Bryan Cave Leighton Paisner LLP
P.O. 503089
St. Louis, Missouri 63150-3089

Byrne Byrne & Company
217 N Jefferson St Suite #450
Chicago, IL 60661-1316

C & C Restoration Services, Inc.
307 E Walnut St.
Hillsboro TX 76645-3332

C Kyle Pugh PC
4015 Main Street, Ste. 100
Dallas, Texas 75226-1231

CNA Insurance
PO Box 74007619
Chicago IL 60674-7619

CT Corporation
P.O. 4349
Carol Stream, Illinois 60197-4349

Chaparral Professional Land Surveying
5725 W Hwy 290, Suite 103
Austin TX 78735-8722

Christina Brinch Clark
# W 122nd Street, Apt 2A
New York, New York 10027

(p)CITY OF AUSTIN   AUSTIN ENERGY
ATTN COLLECTIONS DEPARTMENT
4815 MUELLER BLVD
AUSTIN TX 78723-3573

Coster Realty Information Inc.
2563 Collection Center Drive
Chicago, Illinois 60693-0025

D & G Tree and Landscaping Services
309 Amanecer Dr
Lockhart TX 78644-2065

D and D Specialty Services, LLC
721 W.Briarwood Dr.
Brenham, TX 77833-6543

Days End Lawn Sprinkler
P.O. Box 5893
Austin, TX 78763-5893

Doucet & Associates
7401 B Highway 71 West, Ste. 160
Austin, Texas 78735-8201

Doucet & Associates, Inc.
7401 B Highway 71 West, Suite 160
Austin, TX 78735-8201

EFI Global, Inc.
500 Sandau Road, Ste. 300
San Antonio, Texas 78216-3636

ELM Development Corp.
1931 Highway 7
Concord, Ontario L4K 1V5

Elm Developments Corp.
1931 Highway 7
Concord ON L4K 1V5

Ferguson Enterprises LLC
P.O. 847411
Dallas, Texas 75284-7411

(p)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

Foley & Lardner LLP
P.O. 78470
Milwaukee, Wisconsin 53278-8470

GSC Architects
3100 Alvin DeVane Boulevard, Building A,
Austin, Texas 78741-7406

GeoSolutions
7011 West Bee Cave Rd.
Austin TX 78746-5011

Glass.com of Illinois
910 Riverside Drive, Unit 4
Elmhurst, Illinois 60126-4979

Grass Works Lawn Care
11318 Trails End Rd.
Leander TX 78641-5843

H2MG
8000 I-10 #1002
San Antonio, Texas 78230-4449

HMG & Associates, Inc.
12515 Research Blvd., Te 7-140
Austin, TX 78759-2228

Hilco Real Estate Apraisal, LLC
5 Revere Drive, Ste. 300
Northbrook, Illinois 60062-8014

Hill Country Electric Supply
P.O. 577
San Antonio, Texas 78292-0577

Hoang Willis
709 Stevenage Drive
Pflugerville, Texas 78660-8062

Inglewood
9242 Headlands Road
Mentor, Ohio 44060-1026

Kilgore Industries, LP
10050 Houston Oaks Drive
Houston, TX 77064-3520

Koetter Fire Protection
16069 Central Commerce Drive
Pflugerville TX 78660-2005

L&W Supply
503 Industrial Boulevard
Austin, Texas 78745-1210

Law Office of Terrence L. Irion
15113 Bat Hawk Circle
Austin, Texas 78738-6862

Lawrence Group
319 N. 4th Street, Ste. 1000
St. Louis, Missouri 63102-1937

MJ Structures, PLLC
3005 S Lamar Blvd #D109 #467
Austin TX 78704-8864

MNP LTD
1500, 640 - 5th Avenue SW
Calgary, Alberta

McCord Engineering, Inc.
916 Southwest Parkway East
College Station, TX 77840-4018

(p)MCMINN LAND SURVEYING COMPANY  CORP
4008 GREENMOUNTIAN LN
AUSTIN TX 78759-7570

Michel Gray & Rogers
824 W 10th Street, Ste. 101
Austin, Texas 78701-2039

Mint Engineering
107 RR 620 South, Ste. 350
Austin, Texas 78734-3980

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 4000
Dallas TX 75201-6605

Nathan Olson
11308 Wet Season Drive
Austin, Texas 78754-5855

Nuveen Green Capital
19 Old Kings Highway South, Ste. 210
Darien, Connecticut 06820-4532

O&L Development Corp.
1931 Highway 7
Concord, Ontario L4k 1V5

Office of U.S. Trustee
903 San Jacinto Blvd. #230
Austin, TX 78701-2450

Osler, Hoskin & Harcourt LLP
225-6th Avenue SW, Ste. 2700
Calgary, Alberta T2P 1N2

PLC Group
2701 S County Road 1180
Midland, Texas 79706-4032

PRO VIGIL
P.O. 26539
Austin, Texas 78755-0539

Panache Development & Construction, Inc.
P.O. 26539
Austin, Texas 78755-0539

Panache Development and Construction Inc
901 S Mopac Expy Bldg 1 #300
Austin TX 78746-5883

Plan M Advisory Services
3876 Vandorf Sideroad
Stouffville, ON, L4A  4K3

Power Labor Staffing LLC
206 W Main Street
Round Rock, Texas 78664-5874

Pro-Vigil Inc
P.O. BOX 677107
Dallas, TX 75267-7107

Quiddity
3100 Alvin Devane Blvd, Suite 150
Austin Texas 78741-7409

RCLCO Real Estate Consulting
7200 Wisconsin Avenue, Ste. 1110
Bethesda, Maryland 20814-4800

RIC (Austin), LLC
1717 West 6th Street, Suite 250
Austin, TX 78703-4777

RIC (Austin), LLC
c/o Gregory S. Milligan
8911 N. Capital of Texas Highway, Ste. 2
Austin, TX 78759-7247

Ranger Security Agency, LLP
1258 Chad Dr.
Round Rock, TX 78665-2038

ResolveDesigns LLC
120 Saint Richie Lane
Austin, Texas 78737-4612

Richard Rodrigues and Skeith LLP
611 W 15th Street
Austin, TX 78701-1513

Romspen Mortgage LP
c/o Kyle S Hirsch
Bryan Cave Leighton Paisner LLP
2200 Ross Ave #4200W
Dallas TX 75201-2763

Romspen Mortgage Limited Partnership
Two North Central Ave #2100
Phoenix AZ 85004-4533

SCI Engineering Inc
130 Point West Boulevard
St. Charles, Missouri 63301-4408

SCI Engineering Inc.
130 Popint West Blvd.
St.Charles, MO 63301-4408

Safeguard Business Systems Limited
330 Cranston Crescent
Midland, Ontario L4R 4V9

Safeguard Print and Promo
330 Cranston Crescent
Midland, ON  L4R 4V9

Sara Schaefer
301 W 2nd Street
Austin, Texas 78701-4652

Shermco Industries Inc.
2425 East Pioneer Dr.
Irving TX 75061-8919

Snow Environmental Solutions, LLC
1375 Braided Rope Drive
Austin Texas 78727-4630

Spaseco Inc.
9575 W. Higgins Road, Suite 700
Rosemont, IL 60018-4998

Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074

Sprouse Shrader Smith
805 Las Cimas Pkwy, Ste. 350
Austin, Texas 78746-6177

Structures PE LLP
4408 Burnet Road
Austin, Texas 78756-3319

StructuresPE, LLP
4315 Guadalupe St, Ste 301
Austin, TX 78751-3644

Summer Legacy, LLC
108 Wild Basin, Ste. 250
Austin, Texas 78746-3468

(p)SUNSTATE EQUIPMENT CO   LLC
ATTN MELISSA CHACON
5552 E WASHINGTON
PHOENIX AZ 85034-2134

Texas Air Industries Inc.
1 Chisholm Trail Road, Ste. 400
Round Rock, Texas 78681-5039

Texas Disposal Systems
PO Box 674080
Dallas TX 75267-4080

Texas Gas Service
P.O 219913
Kansas City, Missouri 64121-9913

Texas Gas Service
PO Box 219913
Kansas City, MO 64121-9913

The Bug Master
1912 Smith Rd,
Austin, TX 78721-3547

The Chapman Firm
3410 Far West Boulevard, Ste. 210
Austin, Texas 78731-3273

The Davey Tree Expert Company
P.O. Box 94532
Cleveland OH 44101-4532

The Montgomery Design Consultancy LLC
PO Box 300939
Austin TX 78703-0016

Traffic Impact Group LLC
165 Sabal Palm Drive, Ste. 141
Longwood, Florida 32779-2591

Travis County Tax Office
PO Box 149328
Austin, TX 78714-9328

Travis County c/o Jason A. Starks
PO Box 1748
Austin, Texas 78767-1748

(p)INTSEL STEEL
ATTN LORI DOYLE
11310 WEST LITTLE YORK
HOUSTON TX 77041-4917

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Vesta Texas, LLC
2901 Via Fortuna Bldg 6, Suite 450
Austin, TX 78746-0007

Victor Saucedo
5501 Night Chinook Drive
Buda, Texas 78610

Ware Malcomb
Accounts Receivable, 10 Edelman
Irvine, CA 92618-4312

Waste Connections Lone Star Inc.
PO Box 17608
Austin, TX 78760-7608

Winstead PC
2728 N. Harwood St., Suite 500
Dallas, TX 75201-1743

Witten LLP
10303 Jasper Avenue
Edmonton, Alberta T5J 3N6


Wylie Engineering
1 Greenway Plaza, Suite 1100
Houston TX 77046-0104

Yareht Abigial Ruvalcaba Hernandez
6531 County Road 110, Apt 132
Round Rock, Texas 78665-1628

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513


Jay Ong
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th St #250
Austin, TX 78703-4777

Jonathan Petree
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street #4000
Dallas, TX 75201-6605

Thomas D. Berghman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St. #3800
Dallas, TX 75201-6659


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


City of Austin
PO Box 2267
Austin TX 78783-2267

First Insurance Funding
450 Skokie Blvd., Ste 1000
Northbrook, IL 60062-7917

McMinn Land Surveying Company
4008 Greenmountain Lane
Austin, TX 78759


Sunstate Equipment Co.
5552 East Washington Street
Phoenix, Arizona 85072

Triple S Steel
2042 West Thompson Place
San Antonio, Texas 78226


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Allied Sales Company
P.O. 6116
Austin, Texas 78762-6116

(u)Safeguard Business Systems Limited
Lockbox T57624C
PO Box 57624 #A

(u)Sara Schaefer
Austin Law Department
sara.schaefer@austintexas.gov


End of Label Matrix
Mailable recipients   128
Bypassed recipients     3
Total               131