# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-10264-cgb |
| RIC (AUSTIN), LLC | § | |
| | § | Chapter 11 Subchapter V |
| Debtor. | § | |

## FEE SUMMARY OF BLACKWELL & DUNCAN, PLLC

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses* (Docket. No. 83) ("Order"), Blackwell & Duncan, PLLC, ("B&D") hereby files this *First Fee Summary* and requests compensation (80%) and reimbursement of expenses (100%) for the professional services rendered as Special Tax Counsel for RIC (Austin), LLC ("Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11, Subchapter V, bankruptcy case (the "Bankruptcy Case"). In support of this Fee Summary, B&D relies on Invoices #39552, #39709, #39839, and #39977, attached hereto as **Exhibit "A"** and incorporated herein by reference for all purposes, and respectfully states:

I. **CLIENT**

   RIC (Austin), LLC, the Debtor

II. **REQUESTING FIRM**

   Blackwell & Duncan, PLLC

III. **TOTAL AMOUNT OF FEES REQUESTED**

   a. Fees: $1,114.50
   b. Expenses: $459.15
   c. Pre-petition retainer, if any:
   d. Time period covered: November 1, 2024 through January 31, 2025
   e. Voluntary Reductions: $0.00

## IV. BREAKOUT OF CURRENT APPLICATION

| Name | Capacity | Total Hours | Rate | Total |
|---|---|---|---|---|
| Melinda D. Blackwell | Partner | 1.1 | $415.00 | $456.50 |
| Rick L. Duncan | Partner | 0.4 | $415.00 | $166.00 |
| Laura M. Nickol | Legal Assistant | 1.3 | $205.00 | $266.50 |
| Ashley Creighton | Legal Assistant | 0.1 | $205.00 | $20.50 |
| Doreen L. Lungren | Legal Assistant | 1.0 | $205.00 | $205.00 |
| | | 3.9 | | $1,114.50 |

Minimum Fee Increment: 0.1

| | Expenses |
|---|---|
| Filing Fee | $459.15 |
| | $459.15 |

## V. PRIOR FEE SUMMARIES / APPLICATIONS

N/A

## VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE

Other administrative expense priority claims include fees to the Subchapter V Trustee, the Debtor's general bankruptcy counsel, and Debtor's financial consultant (HMP Advisory Holdings, LLC) and corresponding Chief Restructuring Officer. B&D is not aware of other administrative expense priority claims in this Bankruptcy Case. Allowance of this application is not anticipated to result in the Debtor's estate being unable to pay all co-equal or superior administrative claims in the Bankruptcy Case.

Dated: February 7, 2025

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jay Ong*
Thomas D. Berghman
Texas Bar No. 24082683
Jay H. Ong
Texas Bar No. 24028756
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
E-mail: tberghman@munsch.com
jong@munsch.com

*Counsel for RIC (Austin), LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 7, 2025, a true and correct copy of the foregoing document and all exhibits attached thereto was served by electronically filing the same with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system, and on the parties shown on the attached service list, via first class U.S. Mail.[1]

*/s/ Jay Ong*
Jay H. Ong, Esq.

---

[1] To save photocopying and postage expenses, B&D is not serving Exhibit "A" on all parties to this bankruptcy case receiving notice (only) by U.S. mail. Any party wishing to obtain a copy of said Exhibit "A" may obtain one free of charge by contacting the undersigned counsel.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10264-cgb<br>Western District of Texas<br>Austin<br>Fri Feb  7 13:31:12 CST 2025 | RIC (Austin) LLC<br>c/o Gregory S. Milligan, CRO<br>8911 N. Capital of Texas Highway<br>Ste 2120<br>Austin, TX 78759-7200 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| ACM Services, LLC<br>P.O. Box 1208<br>Taylor, TX 76574-6208 | AFMN Investments, LLC<br>625 Norwood Tower, 114 West 7th Street<br>Austin, TX 78701 | AFMN Investments, LLC<br>c/o Russ Horton<br>114 W 7th Street Ste 625<br>Austin, TX 78701-3010 |
| AREM<br>PO Box 170191<br>Austin, TX 78717-0012 | ATX Alarm Company<br>820 Marbella Vista Way<br>Leander, TX 78641-2505 | Adam Zarafshani<br>625 Norwood Tower, 114 West 7th Street<br>Austin, TX 78701 |
| Airco Mechanical Ltd.<br>PO Box 1598<br>Round Rock, TX 78680-1598 | Airgas USA LLC<br>P.O. 1152<br>Tulsa, Oklahoma 74101-1152 | Airgas USA, LLC<br>11111 N Lamar Boulevard<br>Austin, Texas 78753-3058 |
| Allied Sales Company<br>P.O. 6116<br>Austin, Texas 78762-6116 | Angela VanDeWalle<br>8003 Weldon Springs Court<br>Austin, Texas 78726-4016 | AquaLogic Water Consulting<br>16238 Highway 620, Ste. F Ste. 232<br>Austin, Texas 78717-5215 |
| AquaLogic Water Consulting<br>1638 Hwy 620 Ste F-232<br>Austin TX 78734 | Armbrust & Brown, PLLC<br>100 Congress Avenue #1300<br>Austin, Texas 78701-2744 | Assessment Technologies<br>40 NE Loop 410, Ste. 607<br>San Antonio, Texas 78216-5883 |
| Atx Alarm Company<br>820 Marbella Vista Way<br>Leander, Texas 78641-2505 | Austin CG Construction Services, Inc.<br>901 S Mopac Expressway, Ste. 410<br>Austin, Texas 78746-5776 | Austin Glass & Mirror, Inc.<br>6308 Decker Lane<br>Austin, Texas 78724-5102 |
| Austin Porta Potty Rentals<br>212 N Blue Ridge Pkwy<br>Cedar Park, TX 78613-3059 | BTY US, LLC<br>2180 Satellite Boulevard, Ste. 400<br>Duluth, Georgia 30097-4927 | Bates Backhoe, Inc.<br>P.O. 156<br>Hutto, Texas 78634-0156 |
| Blu Fish Collaborative Inc.<br>P.O. Box 40792<br>Austin, TX 78704-0014 | Bordan Ladner Gervais LLP<br>World Exchange Plaza, 100 Queen Street<br>Ottawa, Ontario K1P 1B1 | Bryan Cave Leighton Paisner LLP<br>P.O. 503089<br>St. Louis, Missouri 63150-3089 |
| Byrne Byrne & Company<br>217 N Jefferson St Suite #450<br>Chicago, IL 60661-1316 | C & C Restoration Services, Inc.<br>307 E Walnut St.<br>Hillsboro TX 76645-3332 | C Kyle Pugh PC<br>4015 Main Street, Ste. 100<br>Dallas, Texas 75226-1231 |

```
CNA Insurance                              CT Corporation                                    Chaparral Professional Land Surveying
PO Box 74007619                            P.O. 4349                                         5725 W Hwy 290, Suite 103
Chicago IL 60674-7619                      Carol Stream, Illinois 60197-4349                 Austin TX 78735-8722


Christina Brinch Clark                     (p)CITY OF AUSTIN   AUSTIN ENERGY                 City of Austin Law Department
# W 122nd Street, Apt 2A                   ATTN COLLECTIONS DEPARTMENT                       Attn: Sara Schaefer
New York, New York 10027                   4815 MUELLER BLVD                                 301 W. 2nd St.
                                           AUSTIN TX 78723-3573                              P.O. 1088
                                                                                             Austin, TX 78767-1088


Coster Realty Information Inc.             D & G Tree and Landscaping Services               D and D Specialty Services, LLC
2563 Collection Center Drive               309 Amanecer Dr                                   721 W.Briarwood Dr.
Chicago, Illinois 60693-0025               Lockhart TX 78644-2065                            Brenham, TX 77833-6543


Days End Lawn Sprinkler                    Doucet & Associates
P.O. Box 5893                              7401 B Highway 71 West, Ste. 160
Austin, TX 78763-5893                      Austin, Texas 78735-8201


EFI Global, Inc.                           ELM Development Corp.                             Elm Developments Corp.
500 Sandau Road, Ste. 300                  1931 Highway 7                                    1931 Highway 7
San Antonio, Texas 78216-3636              Concord, Ontario L4K 1V5                          Concord ON L4K 1V5


Ferguson Enterprises LLC                   (p)FIRST INSURANCE FUNDING                        Foley & Lardner LLP
P.O. 847411                                450 SKOKIE BLVD SUITE 1000                        P.O. 78470
Dallas, Texas 75284-7411                   NORTHBROOK IL 60062-7917                          Milwaukee, Wisconsin 53278-8470


GSC Architects                             GSC Architects                                    GeoSolutions
3100 Alvin DeVane Boulevard, Building A,   3100 Alvin Devane Boulevard, Suite 200-b          7011 West Bee Cave Rd.
Austin, Texas 78741-7406                   Austin, TX 78741-7406                             Austin TX 78746-5011


Glass.com of Illinois                                                                        Grass Works Lawn Care
910 Riverside Drive, Unit 4                                                                  11318 Trails End Rd.
Elmhurst, Illinois 60126-4979                                                                Leander TX 78641-5843


H2MG                                       HMG & Associates, Inc.                            Hilco Real Estate Apraisal, LLC
8000 I-10 #1002                            12515 Research Blvd., Te 7-140                    5 Revere Drive, Ste. 300
San Antonio, Texas 78230-4449              Austin, TX 78759-2228                             Northbrook, Illinois 60062-8014


Hill Country Electric Supply               Hoang Willis                                      Inglewood
P.O. 577                                   709 Stevenage Drive                               9242 Headlands Road
San Antonio, Texas 78292-0577              Pflugerville, Texas 78660-8062                    Mentor, Ohio 44060-1026
```

| | | |
|---|---|---|
| Kilgore Industries, LP<br>10050 Houston Oaks Drive<br>Houston, TX 77064-3520 | Koetter Fire Protection<br>16069 Central Commerce Drive<br>Pflugerville TX 78660-2005 | L&W Supply<br>503 Industrial Boulevard<br>Austin, Texas 78745-1210 |
| Law Office of Terrence L. Irion<br>15113 Bat Hawk Circle<br>Austin, Texas 78738-6862 | Lawrence Group<br>319 N. 4th Street, Ste. 1000<br>St. Louis, Missouri 63102-1937 | MJ Structures, PLLC<br>3005 S Lamar Blvd #D109 #467<br>Austin TX 78704-8864 |
| MNP LTD<br>1500, 640 - 5th Avenue SW<br>Calgary, Alberta | McCord Engineering, Inc.<br>916 Southwest Parkway East<br>College Station, TX 77840-4018 | (p)MCMINN LAND SURVEYING COMPANY CORP<br>4008 GREENMOUNTIAN LN<br>AUSTIN TX 78759-7570 |
| Michel Gray & Rogers<br>824 W 10th Street, Ste. 101<br>Austin, Texas 78701-2039 | Mint Engineering<br>107 RR 620 South, Ste. 350<br>Austin, Texas 78734-3980 | |
| Nathan Olson<br>11308 Wet Season Drive<br>Austin, Texas 78754-5855 | Nuveen Green Capital<br>19 Old Kings Highway South, Ste. 210<br>Darien, Connecticut 06820-4532 | O&L Development Corp.<br>1931 Highway 7<br>Concord, Ontario L4k 1V5 |
| Office of U.S. Trustee<br>903 San Jacinto Blvd. #230<br>Austin, TX 78701-2450 | Osler, Hoskin & Harcourt LLP<br>225-6th Avenue SW, Ste. 2700<br>Calgary, Alberta T2P 1N2 | PLC Group<br>2701 S County Road 1180<br>Midland, Texas 79706-4032 |
| PRO VIGIL<br>P.O. 26539<br>Austin, Texas 78755-0539 | Panache Development & Construction, Inc.<br>P.O. 26539<br>Austin, Texas 78755-0539 | Panache Development and Construction Inc<br>901 S Mopac Expy Bldg 1 #300<br>Austin TX 78746-5883 |
| Plan M Advisory Services<br>3876 Vandorf Sideroad<br>Stouffville, ON, L4A 4K3 | Power Labor Staffing LLC<br>206 W Main Street<br>Round Rock, Texas 78664-5874 | Pro-Vigil Inc<br>P.O. BOX 677107<br>Dallas, TX 75267-7107 |
| Quiddity<br>3100 Alvin Devane Blvd, Suite 150<br>Austin Texas 78741-7409 | RCLCO Real Estate Consulting<br>7200 Wisconsin Avenue, Ste. 1110<br>Bethesda, Maryland 20814-4800 | |
| | Ranger Security Agency, LLP<br>1258 Chad Dr.<br>Round Rock, TX 78665-2038 | ResolveDesigns LLC<br>120 Saint Richie Lane<br>Austin, Texas 78737-4612 |

| | | |
|---|---|---|
| Richard Rodrigues and Skeith LLP<br>611 W 15th Street<br>Austin, TX 78701-1513 | Romspen Mortgage LP<br>c/o Kyle S Hirsch<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Ave #4200W<br>Dallas TX 75201-2763 | Romspen Mortgage Limited Partnership<br>Two North Central Ave #2100<br>Phoenix AZ 85004-4533 |
| SCI Engineering Inc<br>130 Point West Boulevard<br>St. Charles, Missouri 63301-4408 | SCI Engineering Inc.<br>130 Popint West Blvd.<br>St.Charles, MO 63301-4408 | Safeguard Business Systems Limited<br>330 Cranston Crescent<br>Midland, Ontario L4R 4V9 |
| Safeguard Print and Promo<br>330 Cranston Crescent<br>Midland, ON  L4R 4V9 | Sara Schaefer<br>301 W 2nd Street<br>Austin, Texas 78701-4652 | Shermco Industries Inc.<br>2425 East Pioneer Dr.<br>Irving TX 75061-8919 |
| Snow Environmental Solutions, LLC<br>1375 Braided Rope Drive<br>Austin Texas 78727-4630 | Spaseco Inc.<br>9575 W. Higgins Road, Suite 700<br>Rosemont, IL 60018-4998 | Spectrum Business<br>PO Box 60074<br>City of Industry, CA 91716-0074 |
| Sprouse Shrader Smith<br>805 Las Cimas Pkwy, Ste. 350<br>Austin, Texas 78746-6177 | Structures PE LLP<br>4408 Burnet Road<br>Austin, Texas 78756-3319 | StructuresPE, LLP<br>4315 Guadalupe St, Ste 301<br>Austin, TX 78751-3644 |
| Summer Legacy, LLC<br>108 Wild Basin, Ste. 250<br>Austin, Texas 78746-3468 | (p)SUNSTATE EQUIPMENT CO   LLC<br>ATTN MELISSA CHACON<br>5552 E WASHINGTON<br>PHOENIX AZ 85034-2134 | Texas Air Industries Inc.<br>1 Chisholm Trail Road, Ste. 400<br>Round Rock, Texas 78681-5039 |
| Texas Disposal Systems<br>PO Box 674080<br>Dallas TX 75267-4080 | Texas Gas Service<br>P.O 219913<br>Kansas City, Missouri 64121-9913 | |
| The Bug Master<br>1912 Smith Rd,<br>Austin, TX 78721-3547 | The Chapman Firm<br>3410 Far West Boulevard, Ste. 210<br>Austin, Texas 78731-3273 | The Davey Tree Expert Company<br>P.O. Box 94532<br>Cleveland OH 44101-4532 |
| The Montgomery Design Consultancy LLC<br>PO Box 300939<br>Austin TX 78703-0016 | Traffic Impact Group LLC<br>165 Sabal Palm Drive, Ste. 141<br>Longwood, Florida 32779-2591 | Travis County Tax Office<br>PO Box 149328<br>Austin, TX 78714-9328 |
| Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767-1748 | (p)INTSEL STEEL<br>ATTN LORI DOYLE<br>11310 WEST LITTLE YORK<br>HOUSTON TX 77041-4917 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |

| | | |
|---|---|---|
| Vesta Texas, LLC<br>2901 Via Fortuna Bldg 6, Suite 450<br>Austin, TX 78746-0007 | Victor Saucedo<br>5501 Night Chinook Drive<br>Buda, Texas 78610 | Ware Malcomb<br>Accounts Receivable, 10 Edelman<br>Irvine, CA 92618-4312 |
| Waste Connections Lone Star Inc.<br>PO Box 17608<br>Austin, TX 78760-7608 | Winstead PC<br>2728 N. Harwood St., Suite 500<br>Dallas, TX 75201-1743 | Witten LLP<br>10303 Jasper Avenue<br>Edmonton, Alberta T5J 3N6 |
| Wylie Engineering<br>1 Greenway Plaza, Suite 1100<br>Houston TX 77046-0104 | Yareht Abigial Ruvalcaba Hernandez<br>6531 County Road 110, Apt 132<br>Round Rock, Texas 78665-1628 | Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 |