**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: _____   Date report filed: _____
                                         MM / DD / YYYY

Line of business: _____   NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:

Original signature of responsible party  *Eli White*

Printed name of responsible party  _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name  _____   Case number_____

17. Have you paid any bills you owed before you filed bankruptcy? ❏ ❏ ❏
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.            $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.            − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.            + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.            = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**            $ _____

    *(Exhibit E)*

Debtor Name  _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____
27. What is the number of employees as of the date of this monthly report? _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____
30. How much have you paid this month in other professional fees? $ _____
31. How much have you paid in total other professional fees since filing the case? $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | *Column B* **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month: $ _____
36. Total projected cash disbursements for the next month: − $ _____
37. Total projected net cash flow for the next month: = $ _____

Debtor Name  _____                    Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**RIC (Austin) Inc.**
**Balance Sheet**
March 31, 2025
**Unaudited**

|  | **March 2025** |
|---|---:|
| **ASSETS** | |
| Current assets: | |
|     Cash | 741,213.64 |
|     Other Receivables | |
|     Claims Receivable | 11,047,959.58 |
|     Inventory Land | 37,120,042.68 |
|     Inventory Building | 63,256,402.30 |
|     WIP 1 Development Costs | 39,976,895.53 |
|     Total current assets | 152,142,513.73 |
| Fixed assets: | |
| | 0.00 |
| Other assets: | |
|     Due From Shareholder | 1,000.00 |
| | 1,000.00 |
| | 152,143,513.73 |
| **LIABILITY AND SHAREHOLDER'S EQUITY** | |
| Current liabilities: | |
|     Accounts Payable | 3,992.91 |
|     Total current liabilities | 3,992.91 |
| Long term liabilities: | |
|     Promissory Note Due to RMLP 88642 | 1,500,000.03 |
|     Mortgage Payable RMLP 8864 | 88,146,533.77 |
|     Mortgage Payable RMLP 88641 | 51,444,027.44 |
|     Debt payable Panache | 11,047,959.58 |
| | 152,138,520.82 |
| Shareholder's equity: | |
|     Equity Capital | 1,000.00 |
|     Total shareholder's equity | 1,000.00 |
| | 152,143,513.73 |



**TriState Capital Bank**
301 Grant Street STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
March 04, 2025 - March 31, 2025 **
Page 1 of 9

| | | |
|---|---|---|
| Gregory Scott Milligan | Case Number | 24-10264-CGB |
| 8911 N. Capital of Texas Highway | Case Name | RIC (AUSTIN), LLC |
| Suite 2120 | | DEBTOR |
| Austin TX 78759 | | |
| | Trustee Number | 631344 |
| | Trustee Name | Gregory Scott Milligan |
| | | TRUSTEE |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period ** | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5295 | $513,456.80 | $765,802.84 |
| **Total** | | **$513,456.80** | **$765,802.84** |

** Please see balance notice at end of bank statement for March beginning balance(s).

## TRUSTEE CHECKING

Account Number: 5295

| | | | |
|---|---|---|---|
| Enclosures | 22 | **Beginning Balance** | **$513,456.80** |
| | | + Total Additions | $768,803.00 |
| | | - Total Subtractions | $516,456.96 |
| | | **Ending Balance** | **$765,802.84** |

**TriState Capital Bank**
301 Grant Street, Suite 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
March 04, 2025 - March 31, 2025 **
Page 2 of 9
* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 1077 | 03-07 | $29,674.00 |
| 1078 | 03-11 | $1,395.60 |
| 1079 | 03-04 | $13,350.17 |
| 1080 | 03-04 | $1,286.72 |
| 1081 | 03-12 | $32,277.50 |
| 1082 | 03-10 | $117.20 |
| 1083 | 03-05 | $345.32 |
| 1084 | 03-07 | $3,000.00 |
| 1085 | 03-05 | $472.24 |
| 1087* | 03-07 | $3,442.16 |
| 1088 | 03-06 | $307.88 |
| 1089 | 03-06 | $3,897.00 |
| 1090 | 03-04 | $150,000.00 |
| 1091 | 03-07 | $3,000.00 |
| 1092 | 03-06 | $345.32 |
| 1093 | 03-10 | $1,880.00 |
| 1094 | 03-06 | $3,304.87 |
| 1095 | 03-10 | $1,350.75 |
| 1097* | 03-25 | $78,173.82 |
| 1098 | 03-31 | $1,275.58 |
| 1099 | 03-31 | $11,211.85 |
| 1104* | 03-31 | $8,779.16 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-11 | OUTGOING WIRE TO THE MONTGOMER Y DESIGN CONSULTANCY 493064 | $15,360.00 |
| 03-11 | OUTGOING WIRE TO HARNEY PARTNE RS 493075 | $16,424.00 |
| 03-11 | OUTGOING WIRE TO MUNSCH HARDT KOPF & HARR PC 493081 | $35,922.41 |
| 03-24 | OUTGOING WIRE TO MUNSCH HARDT KOPF & HARR PC 495305 | $61,303.41 |
| 03-24 | OUTGOING WIRE TO HARNEY PARTNE RS 495306 | $22,800.00 |
| 03-24 | OUTGOING WIRE TO THE MONTGOMER Y DESIGN CONSULTANCY 495313 | $15,360.00 |
| 03-31 | BANK & TECH FEE | $400.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-10 | INCOMING WIRE FROM ROMSPEN INV ESTMENT CORPORATION 84125469 | $768,803.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-03 | $513,456.80 | 03-04 | $348,819.91 | 03-05 | $348,002.35 |
| 03-06 | $340,147.28 | 03-07 | $301,031.12 | 03-10 | $1,066,486.17 |
| 03-11 | $997,384.16 | 03-12 | $965,106.66 | 03-24 | $865,643.25 |
| 03-25 | $787,469.43 | 03-31 | $765,802.84 | | |

**TriState Capital Bank**
301/9th Street STE 2700
Pittsburgh PA 15219



Period Covered:
March 04, 2025 - March 31, 2025 **

Page 3 of 9



**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219


Member FDIC

Period Covered:
March 04, 2025 - March 31, 2025 **

Page 4 of 9



03/12/2025     1081     $32,277.50



03/10/2025     1082     $117.20



03/10/2025     1082     $117.20



03/05/2025     1083     $345.32



03/05/2025     1083     $345.32



03/07/2025     1084     $3,000.00



03/07/2025     1084     $3,000.00

**TriState Capital Bank**
301 Grant Street, Ste 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:

March 04, 2025 - March 31, 2025 **

Page 5 of 9





TriState Capital Bank
301 Grant St, Ste 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
March 04, 2025 - March 31, 2025 **

Page 6 of 9



03/04/2025     1090     $150,000.00



03/04/2025     1090     $150,000.00

03/07/2025     1091     $3,000.00

03/07/2025     1091     $3,000.00



03/06/2025     1092     $345.32



03/06/2025     1092     $345.32

03/10/2025     1093     $1,880.00

03/10/2025     1093     $1,880.00



**TriState Capital Bank**
301 Grant St., Ste. 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
March 04, 2025 - March 31, 2025 **

Page 7 of 9


03/06/2025    1094    $3,304.87


03/06/2025    1094    $3,304.87


03/10/2025    1095    $1,350.75


03/10/2025    1095    $1,350.75


03/25/2025    1097    $78,173.82


03/25/2025    1097    $78,173.82


03/31/2025    1098    $1,275.58


03/31/2025    1098    $1,275.58





03/31/2025    1099    $11,211.85

03/31/2025    1099    $11,211.85



03/31/2025    1104    $8,779.16

03/31/2025    1104    $8,779.16



**TriState Capital Bank**
300 4/21/25st, Ste 2700
Pittsburgh PA 15219


Member FDIC

Period Covered:
March 04, 2025 - March 31, 2025 **
Page 9 of 9

## BALANCE NOTICE

The March 2025 Bank statements have a beginning date of March 4, 2025. As a result, Banking activity will show three less days in March (28 Days).

In conjunction with the March statements showing three less days, the February 2025 statements cut off on March 3, 2025 and incorporated three additional days of activity (31 Days). Any transactional activity that occurred from March 1, 2025 to March 3, 2025 appears on the February statements.

The following balance(s) in the corresponding accounts as of March 1 2025 were:

   **Account: 8100135295**      **Balance:**      **$513,456.80 as of March 1, 2025**

If there are any additional questions or concerns related to this issue, please contact Deposit Operations Support at 1-866-680-8722 Option 2 or via email at DepositOperations@tscbank.com.

## ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 30 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com