IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-10264-cgb |
| RIC (Austin), LLC | § | |
| | § | Chapter 11, Subchapter V |
| *Debtor*. | § | |

NOTICE OF AMENDED PLAN CONFIRMATION DEADLINES
AND RESCHEDULED CONFIRMATION HEARING

**TO ALL PARTIES, PLEASE TAKE NOTICE** that ON April 23, 2025 the United States Bankruptcy Court in the above-captioned case entered its *Amended Order Setting Hearing on Confirmation of Plan and Related Deadlines, With Notice Thereof*, [ECF 169, 170] (the "Plan Scheduling Order"), pursuant to which the Bankruptcy Court has scheduled a hearing consider confirmation of the *Small Business Debtor's Plan Dated December 9, 2024* [ECF 97] (as may be amended, the "Plan"), and any objections thereto, to begin **August 26, 2025, at 9:00 a.m. (CT)** (the "Confirmation Hearing"), before the Honorable Christopher G. Bradley, U.S. Bankruptcy Judge, at the U.S. Bankruptcy Court, Courtroom 2, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., 3rd floor, Austin, Texas 78701.

**PLEASE TAKE FURTHER NOTICE** that the Plan Scheduling Order also establishes certain deadlines applicable to the Plan and Confirmation Hearing, including but not limited to the deadline for submitting votes on, and/or objections to, the Plan; which deadline is **July, 28, 2025, at 5:00 p.m. Central time**. A true and correct copy of the Plan Scheduling Order is attached hereto as **Exhibit "A"** and incorporated herein by reference for all purposes. All parties are encouraged to closely review the Plan Scheduling Order.

NOTICE             PAGE 1

**PLEASE TAKE FURTHER NOTICE** that should confirmation of the Plan be consensual and no unresolved objections are filed to the Plan, all counsel and parties may appear at the Confirmation Hearing by Zoom at www.zoomgov.com/my/bradley.txwb (Meeting ID: 160 1114 1085).

RESPECTFULLY SUBMITTED on this 25th day of April, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas D. Berghman*
Thomas D. Berghman
Texas Bar No. 24082683
Jay H. Ong
Texas Bar No. 24028756
1717 W. 6th Street, Ste. 250
Austin, Texas 78703
Telephone: (512) 391-6100
tberghman@munsch.com
jong@munsch.com

*Counsel to the Debtor
and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2025, he personally caused to be served true and correct copies of the foregoing document (and Exhibit "A") by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system, and also via U.S. first class mail, postage prepaid, on the parties shown on the attached service list.

*/s/ Jay H. Ong*
Jay H. Ong