**The relief described hereinbelow is SO ORDERED.**


**Signed September 16, 2025.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-10264-cgb |
| **RIC (AUSTIN), LLC** | § | |
| | § | Chapter 11 Subchapter V |
| Debtor. | § | |

### ORDER GRANTING
### AMENDED SECOND INTERIM APPLICATION OF
### MUNSCH HARDT KOPF & HARR, P.C. FOR THE
### ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES
### AS ATTORNEYS FOR THE DEBTOR AND REQUEST FOR PAYMENT OF SAME

CAME ON FOR CONSIDERATION, the _Amended Second Interim Application of Munsch Hardt Kopf & Harr, P.C. for the Allowance of Fees and Reimbursement of Expenses as Attorneys for the Debtor and Request for Payment of Same_ (the "Application"),[1] filed by Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") as general bankruptcy counsel to RIC (Austin), LLC (the "Debtor"), the debtor and debtor-in-possession in the above-styled Chapter 11 Subchapter V case (the "Bankruptcy Case").

---

[1] Capitalized terms used and not otherwise defined herein have the same definitions as are set forth in the Application.

Having considered the Application and the entire record before it, the Court finds and concludes[2] that: (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and a matter that arises exclusively under the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, as to which the Court accordingly has the power consistent with the United States Constitution to enter interim and/or final orders; (iii) proper and adequate notice of the Application and an opportunity for a hearing on the Application has been given and no other or further notice is necessary; (iv) no objections to the Application have been filed, or any such objections have been overruled in their entirety for the reasons stated by the Court on the record; and (v) good and sufficient cause exists for approving the relief requested in the Application as set forth herein. It is therefore:

ORDERED that the Application is APPROVED on an interim basis, and Munsch Hardt is hereby allowed compensation for professional fees incurred representing the Debtor in this Bankruptcy Case in the amount of $171,843.50, and reimbursement for expenses in the amount of $9,907.29, corresponding to this interim application period of February 1, 2025, through May 31, 2025; it is further

ORDERED that the Debtor is authorized, and directed, to pay to Munsch Hardt on an interim basis the unpaid balance of $34,368.70 remaining under the fees and expenses approved in the preceding paragraph; it is further

ORDERED that the Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; it is further

---

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

ORDERED that, notwithstanding anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order is immediately effective and enforceable upon its entry; it is further

ORDERED that the Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

Order Respectfully Submitted by (agreed as to form and substance):

*/s/ Jay H. Ong*
Jay H. Ong
Texas Bar No. 24028756
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149

*Counsel for the Debtor*

4905-3026-8256v.2