IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-10264-cgb** |
| **RIC (AUSTIN), LLC** | § | |
| | § | **Chapter 11 Subchapter V** |
| Debtor. | § | |

**SECOND FEE SUMMARY OF BLACKWELL & DUNCAN, PLLC**

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses* (Docket. No. 83) ("Order"), Blackwell & Duncan, PLLC, ("B&D") hereby files this *Second Fee Summary* and requests compensation (80%) and reimbursement of expenses (100%) for the professional services rendered as Special Tax Counsel for RIC (Austin), LLC ("Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11, Subchapter V, bankruptcy case (the "Bankruptcy Case"). In support of this Fee Summary, B&D relies on Invoices #42081, and #41872 attached hereto as **Exhibit "A"** and incorporated herein by reference for all purposes, and respectfully states:

I. **CLIENT**

RIC (Austin), LLC, the Debtor

II. **REQUESTING FIRM**

Blackwell & Duncan, PLLC

III. **TOTAL AMOUNT OF FEES REQUESTED**

a. Fees: $1,325.00
b. Expenses: $00.00
c. Pre-petition retainer, if any:
d. Time period covered: December 1, 2025 through January 31, 2026
e. Voluntary Reductions: $0.00

**IV. BREAKOUT OF CURRENT APPLICATION**

| Name | Capacity | Total Hours | Rate | Total |
|---|---|---|---|---|
| Melinda D. Blackwell | Partner | 2.6 | $415.00 | $1,079.00 |
| Laura M. Nickol | Legal Assistant | 1.1 | $205.00 | $225.50 |
| Ashley Creighton | Legal Assistant | .1 | $205.00 | $20.50 |
| Doreen L. Lungren | Legal Assistant | 0.0 | $205.00 | $00.00 |
| | | 3.8 | | $1,325.00 |

Minimum Fee Increment:   0.1

| | Expenses |
|---|---|
| None | $00.00 |
| | $00.00 |

**V. PRIOR FEE SUMMARIES / APPLICATIONS**

The *First Fee Summary of Blackwell & Duncan, PLLC* for the time period of October 1, 2024 through January 31, 2025 (Docket No. 134) indicated that B&D incurred $1,114.50 in fees and $459.15 in expenses during the interim fee period for B&D's professional services. B&D requested and received reimbursement for 80% of its fees and 100% of its expenses.

**VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE**

Other administrative expense priority claims include fees to the Subchapter V Trustee, the Debtor's general bankruptcy counsel, and Debtor's financial consultant (HMP Advisory Holdings, LLC) and corresponding Chief Restructuring Officer. B&D is not aware of other administrative expense priority claims in this Bankruptcy Case. Allowance of this application is not anticipated to result in the Debtor's estate being unable to pay all co-equal or superior administrative claims in the Bankruptcy Case.

Dated: February 20, 2026　　　　　　　　　　　　**MUNSCH HARDT KOPF & HARR, P.C.**

　　　　　　　　　　　　　　　　　　　　By: */s/ Jacob J. King*
　　　　　　　　　　　　　　　　　　　　　Thomas D. Berghman
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24082683
　　　　　　　　　　　　　　　　　　　　　Jay H. Ong
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24028756
　　　　　　　　　　　　　　　　　　　　　Jacob J. King
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24136951
　　　　　　　　　　　　　　　　　　　　　1717 West 6th Street, Suite 250
　　　　　　　　　　　　　　　　　　　　　Austin, Texas 78703
　　　　　　　　　　　　　　　　　　　　　Telephone: (512) 391-6100
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (512) 391-6149
　　　　　　　　　　　　　　　　　　　　　E-mail:　　tberghman@munsch.com
　　　　　　　　　　　　　　　　　　　　　　　　　　jong@munsch.com

　　　　　　　　　　　　　　　　　　　*Counsel for RIC (Austin), LLC*

## CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies that, on February 20, 2026, a true and correct copy of the foregoing document and all exhibits attached thereto was served by electronically filing the same with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system, and on the parties shown on the attached service list, via first class U.S. Mail.[1]

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jay Ong*
　　　　　　　　　　　　　　　　　　　　　　　Jay H. Ong, Esq.

---

[1] To save photocopying and postage expenses, B&D is not serving Exhibit "A" on all parties to this bankruptcy case receiving notice (only) by U.S. mail.  Any party wishing to obtain a copy of said Exhibit "A" may obtain one free of charge by contacting the undersigned counsel.