**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 24-10264-cgb** |
| | § | |
| **RIC (AUSTIN) LLC** | § | |
| | § | |
| | § | |
| **DEBTOR.** | § | **Chapter 11** |

### NOTICE OF DESELECTION OF SUBCHAPTER V DESIGNATION

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 1009(a)(1), RIC (Austin) LLC hereby deselects the prior agreed subchapter V designation in this case in favor of proceeding henceforth as a Chapter 11 debtor-in-possession.

RESPECTFULLY SUBMITTED this 26th day of February 2026.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jacob J. King*
Thomas D. Berghman
Texas Bar No. 24082683
Jay H. Ong
Texas Bar No. 24028756
Jacob J. King
Texas Bar No. 24136951
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
E-mail: tberghman@munsch.com
jong@munsch.com
jking@munsch.com

*Counsel for RIC (Austin) LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 26, 2026, he caused true and correct copies of this Notice to be served via the Bankruptcy Court's CM/ECF noticing system on all parties entitled to notice thereof.

By: */s/ Jacob J. King*
Jacob J. King