**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 24-10264-cgb |
| | § | |
| RIC (AUSTIN) LLC | § | |
| | § | |
| DEBTOR. | § | Chapter 11 |

**NOTICE OF (I) COMBINED HEARING TO CONSIDER FINAL APPROVAL OF THE DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; AND (II) RELATED VOTING AND OBJECTION DEADLINES**

On March 10, 2026, the United States Bankruptcy Court for the Western District of Texas entered its *Order Granting Expedited Motion for Entry of an Order (I) Scheduling Combined Hearing on (A) the Adequacy of Disclosure Statement, and (B) Confirmation of the Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; and (V) Granting Related Relief* (the "Order"): (i) authorizing the above-captioned debtor and debtor in possession (the "Debtor") to solicit votes on the *Debtor's Combined Disclosure Statement and Second Amended Plan of Reorganization* [Docket No. 288] (as may be amended, supplemented, or modified from time to time and including all exhibits and supplements thereto, the "Plan" and/or "Disclosure Statement" as applicable);[1] (ii) conditionally approving the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (iii) approving the solicitation and documents to be included in the solicitation packages; (iv) approving procedures for soliciting, receiving, and tabulating votes on the Plan (these "Solicitation and Voting Procedures") and for filing objections to the Plan; and (v) scheduling certain dates with respect thereto.

**The Combined Hearing.** The hearing to consider final approval of the Disclosure Statement and confirmation of the Plan (the "Combined Hearing") will commence on **April 22, 2026, at 9:30 a.m. (prevailing Central Time)**, before the Honorable Christopher G. Bradley, in the United States Bankruptcy Court for the Western District of Texas, located at 903 San Jacinto Boulevard, Austin, Texas 78701, (Courtroom #2), Austin, Texas 75242. Please be advised that you may participate at this hearing either in person or remotely by an audio/video connection.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

**Voting Deadline.** The deadline for voting on the Plan is **April 8, 2026, at 5:00 p.m. (prevailing Central Time)** (the "Voting Deadline"). If you received a Ballot and intend to vote on the Plan you must: (i) follow the instructions on the Ballot and in the Solicitation and Voting Procedures carefully; (ii) complete all of the required information on the Ballot; and (iii) execute

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan or the Order, as applicable.

NOTICE OF (I) COMBINED HEARING TO CONSIDER FINAL APPROVAL OF THE DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; AND (II) RELATED VOTING AND OBJECTION DEADLINES – PAGE 1

and return your completed Ballot so that it is actually received by the Debtor's counsel on or before the Voting Deadline. A failure to follow the instructions may disqualify your vote.

**Plan and Disclosure Statement Objection Deadline.** The deadline for filing objections to confirmation of the Plan, including with regard to the treatment of Executory Contracts and Unexpired Leases thereunder, and final approval of the adequacy of the Disclosure Statement is **April 8, 2026, at 5:00 p.m. (prevailing Central Time)** (the "Objection Deadline"). Any objection to the relief sought at the Combined Hearing must: (i) be in writing; (ii) comply with the Bankruptcy Rules and Bankruptcy Local Rules; (iii) state, with particularity, the legal and factual bases for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (iv) be filed with the Court on or before the Objection Deadline.

**Response Deadline**. Any response to any properly and timely filed objection shall be due on or before **April 16, 2026**.

## ADDITIONAL INFORMATION

**Obtaining Solicitation Materials.** If you would like to access or request electronic or paper copies of the Order, the Plan and Disclosure Statement, the Solicitation and Voting Procedures, or related documents, such materials are available (i) free of charge by written request to the Debtor's counsel, Jacob J. King (jking@munsch.com), or (ii) for a fee via PACER at https://ecf.txnb.uscourts.gov/ (a PACER account is required).

## BINDING NATURE OF THE PLAN

IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDERS WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, WHETHER OR NOT SUCH HOLDERS HAVE FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASE, AND WHETHER OR NOT SUCH HOLDERS FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.

RESPECTFULLY SUBMITTED this 10th day of March 2026.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jacob J. King*
Thomas D. Berghman
Texas Bar No. 24082683
Jay H. Ong
Texas Bar No. 24028756
Jacob J. King
Texas Bar No. 24136951
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
E-mail: tberghman@munsch.com
jong@munsch.com
jking@munsch.com

*Counsel for RIC (Austin) LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 10, 2026, he caused true and correct copies of this Notice to be served via the Bankruptcy Court's CM/ECF noticing system on all parties entitled to notice thereof, and, on the same date, he personally served the Notice by U.S. first class mail, postage prepaid, on the parties on the attached Service List.

By: */s/ Jacob J. King*
Jacob J. King