**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-10264-cgb** |
| **RIC (AUSTIN) LLC** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | **Subchapter V** |
| | § | |
| | § | |

---

**NOTICE AND SUMMARY OF FIRST AND FINAL APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**ERIC TERRY AS SUBCHAPTER V TRUSTEE**

**THE APPLICATION THAT IS THE SUBJECT OF THIS NOTICE REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.  A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, HOMER J. THORNBERRY FEDERAL JUDICIAL BUILDING, 903 SAN JACINTO BLVD., SUITE 322, AUSTIN, TX 78701. IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN SET A HEARING ON THE MOTION, AND YOU WILL BE PROVIDED WITH NOTICE OF THE DATE, TIME, AND PLACE OF THE HEARING. IF YOU DO NOT ATTEND THE HEARING, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION.**

TO:    THE U.S. TRUSTEE, CREDITORS AND PARTIES-IN-INTEREST WHO HAVE REQUESTED NOTICE UNDER BANKRUPTCY RULE 2002:

1.    YOU ARE HEREBY NOTIFIED THAT the Eric Terry, Subchapter V Trustee ("Trustee") in the above-styled and referenced Bankruptcy Proceeding, has filed his First and Final Application for Allowance of Compensation and Reimbursement of Expenses of Eric Terry as Subchapter V Trustee (the "Application") with the Bankruptcy Court.  In the Application, the Firm requests the allowance of its fees and expenses from September 23, 2024 through March 10, 2026, based upon the following:

    **a.**　　　**Total Amount of Fees Requested:**

| | | |
|---|---|---|
| (1) | Professional fees for which allowance is sought: | $32,175.00 |
| (2) | Out-of-pocket expenses: | $1,028.35 |

| | | | |
|---|---|---|---|
| (3) | Pre-Petition Retainer: | | $0 |
| (4) | Post-Petition Retainer: | | $42,800.00 |
| (5) | Time Period Covered: | | September 23, 2024 –March 10, 2026 |

**b.  Breakout of Current Application:**

| Subchapter V Trustee | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Eric Terry | 71.5 | $450.00 | $32,175.00 |

**c.  Minimum Fee Increments:**  .10 hours

**d.  Expenses:** Printing and Mailing of Fee Application:  $558.81

**e.  Amount Allocated for Preparation and Attendance at Hearings on all Fee Applications for Professionals:**  $810.00

**f.  Prior Applications:**  None

**g.  Other Co-Equal or Administrative Claimants in this Case:** Debtors' counsel.

**h.  Results Obtained and Estimated Amount Involved:** The Trustee acted consistently with his duties by assessing the financial viability of the debtor, attempting to facilitate a consensual plan of reorganization, and helping ensure that the debtor filed or submitted complete and accurate financial reporting.  The Trustee engaged in numerous discussions with bankruptcy counsel and other professionals to evaluate possibilities for a consensual plan.  The Trustee attended mandatory meetings and hearings to monitor the progress of the case and to address ongoing issues.  The Trustee examined fee statements and fee applications to ensure requested compensation was reasonable and compliant with statutory standards. Although the parties had intended that the sub v selection would facilitate consensus and narrow issues, based on a variety of factors including the litigation in the adversary, the debtor deselected the sub v election.

If you desire to review the Fee Application and any and all supplements thereto, it is available for review in United States Bankruptcy Clerk's Office, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Suite 322, Austin, TX 78701between the hours of 8:00 a.m. and 4:00 p.m. or you may request a copy from the undersigned attorney in writing.

Respectfully submitted on March 23, 2026,

**ERIC TERRY LAW, PLLC**
3511 Broadway
San Antonio, Texas 78209
Telephone: (210) 468-8274
eric@ericterrylaw.com

 /s/ Eric B. Terry
Eric B. Terry, State Bar No. 00794729

*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on March 23, 2026, via Court's ECF System and/or via U.S. First Class Mail to the parties on the attached service list in this case.

 */s/ Eric Terry*
Eric Terry