**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-10264-cgb** |
| **RIC (AUSTIN), LLC** | § | |
| | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |

**TWELFTH FEE SUMMARY OF**
**HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS**

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses* (Docket. No. 83) ("Order"), HMP Advisory Holdings, LLC d/b/a Harney Partners ("Harney Partners") hereby files this *Twelfth Fee Summary* and requests compensation (80%) and reimbursement of expenses (100%) for the professional services rendered as chief restructuring officer and financial advisors to RIC (Austin), LLC ("Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Bankruptcy Case"). In support of this *Twelfth Fee Summary*, Harney Partners relies on Invoice No. 74993 attached hereto as **Exhibit "A"** and incorporated herein by reference for all purposes, and respectfully states:

I.      **CLIENT**

RIC (Austin), LLC, the Debtor

II.     **REQUESTING FIRM**

HMP Advisory Holdings, LLC d/b/a Harney Partners

III.    **TOTAL AMOUNT OF FEES REQUESTED**

a.  Fees: $54,675.00
b.  Expenses: $2,414.65
c.  Pre-petition retainer, if any:  $64,890.00
d.  Time period covered: February 1, 2026, through February 28, 2026
e.  Voluntary Reductions: $0.00

## IV.    BREAKOUT OF CURRENT APPLICATION

| Name | Capacity | Total Hours | Rate | Total |
|---|---|---:|---:|---:|
| Carl Esterhuysen | Director | 5.0 | $550.00 | 2,750.00 |
| Edward Derengowski | Manager | 2.7 | $450.00 | 1,215.00 |
| Greg Milligan | Executive Vice President | 63.7 | $700.00 | 44,590.00 |
| Erik White | Managing Director | 10.2 | $600.00 | 6,120.00 |
| | | **81.6** | | **$54,675.00** |

Minimum Fee Increment:      0.1

### EXPENSES

| | |
|---|---:|
| Advertising for equity sale | 1,980.00 |
| Parking | 34.65 |
| Virtual Data Room | 400.00 |
| **TOTAL** | **$2,414.65** |

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION: $0.00[1]

---

[1] Certain amounts allocated for preparation of this Fee Summary have not been incurred during the time period applicable to this Fee Summary and therefore are not encompassed or requested pursuant to this Fee Summary but will be separately disclosed under a subsequent fee summary and/or application(s) for any requested payment thereof. Harney Partners reserves all rights with respect to same.

The amount allocated for the preparation of the *First Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period September 6, 2024 through October 31, 2024 (Docket No. 94) was 0.7 hours.

The amount allocated for the preparation of the *Second Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period November 1, 2024 through November 30, 2024 (Docket No. 108) was 0.0 hours.

The amount allocated for the preparation of the *Third Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period December 1, 2024 through December 31, 2024 (Docket No. 129) was 0.0 hours.

The amount allocated for the preparation of the *Fourth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period January 1, 2025 through January 31, 2025 (Docket No. 136) was 0.0 hours.

The amount allocated for the preparation of the *Fifth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period February 1, 2025 through February 28, 2025 (Docket No. 154) was 0.0 hours.

The amount allocated for the preparation of the *Sixth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period March 1, 2025 through March 31, 2025 (Docket No. 168) was 0.0 hours.

The amount allocated for the preparation of the *Seventh Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period April 1, 2025 through April 30, 2025 (Docket No. 179) was 0.0 hours.

The amount allocated for the preparation of the *Eighth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period May 1, 2025 through May 31, 2025 (Docket No. 190) was 0.0 hours.

The amount allocated for the preparation of the *Ninth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period June 1, 2025 through September 30, 2025 (Docket No. 216) was 0.0 hours.

The amount allocated for the preparation of the *Tenth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period October 1, 2025 through November 30, 2025 (Docket No. 245) was 0.0 hours.

The amount allocated for the preparation of the *Eleventh Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period December 1, 2025 through January 31, 2026 (Docket No. 277) was 0.0 hours.

## V. PRIOR FEE SUMMARIES / APPLICATIONS

The *Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period September 6, 2024 through October 31, 2024 (Docket No. 94) indicated that the Debtor incurred $58,945.00 in fees and $43.66 in expenses during the interim fee period for Harney Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Second Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period November 1, 2024 through November 30, 2024 (Docket No. 108) indicated that the Debtor incurred $32,355.00 in fees and $0.00 in expenses during the interim fee period for Harney Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Third Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period December 1, 2024 through December 31, 2024 (Docket No. 129) indicated that the Debtor incurred $20,460.00 in fees and $0.00 in expenses during the interim fee period for Harney Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Fourth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period January 1, 2025 through January 31, 2025 (Docket No. 136) indicated that the Debtor incurred $28,500.00 in fees and $0.00 in expenses during the interim fee period for Harney Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Fifth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period February 1, 2025 through February 28, 2025 (Docket No. 154) indicated that the Debtor incurred $29,630.00 in fees and $0.00 in expenses during the interim fee period for Harney Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Sixth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period March 1, 2025 through March 31, 2025 (Docket No. 168) indicated that the Debtor incurred $14,880.00 in fees and $0.00 in expenses during the interim fee period for Harney Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Seventh Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period April 1, 2025 through April 30, 2025 (Docket No. 179) indicated that the Debtor incurred $14,185.00 in fees and $0.00 in expenses during the interim fee period for Harney Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Eighth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period May 1, 2025 through May 31, 2025 (Docket No. 190) indicated that the Debtor incurred $13,170.00 in fees and $0.00 in expenses during the interim fee period for Harney

Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Ninth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period June 1, 2025 through September 30, 2025 (Docket No. 216) indicated that the Debtor incurred $52,530.00 in fees and $0.00 in expenses during the interim fee period for Harney Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Tenth Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period October 1, 2025 through November 30, 2025 (Docket No. 245) indicated that the Debtor incurred $49,220.00 in fees and $97.01 in expenses during the interim fee period for Harney Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Eleventh Fee Summary of HMP Advisory Holdings, LLC d/b/a Harney Partners* for the time period December 1, 2025 through January 31, 2026 (Docket No. 277) indicated that the Debtor incurred $89,040.00 in fees and $64.52 in expenses during the interim fee period for Harney Partners' professional services. Harney Partners requested and received reimbursement for 80% of its fees and 100% of its expenses.

## VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE

Other administrative expense priority claims include fees to the Subchapter V Trustee, the Debtor's general bankruptcy counsel, the special entitlements counsel (Drenner Group), and certain ordinary course professionals (*see* Docket No. 81). Harney Partners is not aware of other administrative expense priority claims in this Bankruptcy Case. Allowance of this application is not anticipated to result in the Debtor's estate being unable to pay all co-equal or superior administrative claims in the Bankruptcy Case.

Dated: March 23, 2026

**MUNSCH HARDT KOPF & HARR, P.C.**

By:  */s/ Jacob J. King*

Thomas D. Berghman
Texas Bar No. 24082683
Jay H. Ong
Texas Bar No. 24028756
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
E-mail:   tberghman@munsch.com
          jong@munsch.com

*Counsel for RIC (Austin), LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 23, 2026, a true and correct copy of the foregoing document and all exhibits attached thereto was served by electronically filing the same with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system, and on the parties shown on the attached service list, via first class U.S. Mail.[2]

/s/ *Jacob J. King*
Jacob J. King

---

[2] To save photocopying and postage expenses, Harney Partners is not serving Exhibit "A" on all parties to this bankruptcy case receiving notice (only) by U.S. mail.  Any party wishing to obtain a copy of said Exhibit "A" may obtain one free of charge by contacting the undersigned counsel.