**The relief described hereinbelow is SO ORDERED.**


**Signed April 21, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____


**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-10264-cgb** |
| **RIC (AUSTIN) LLC** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | **Subchapter V** |
| | § | |
| | § | |

**ORDER APPROVING  FIRST AND FINAL APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES OF ERIC TERRY AS**
**SUBCHAPTER V TRUSTEE**

Having considered the *First and Final Application for Compensation and Reimbursment of Expenses of Eric Terry as Subchapter V Trustee (*the "Application") filed by Eric Terry, Subchapter V Trustee ("Trustee") in the above referenced case (the "Case"), the Court finds that: (a) it has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) consideration of the Application is a core proceeding pursuant to 28 U.S.C. §157;  (c) notice of the Application was appropriate and no other or further notice of the Application need be given;  (d) no objections

were filed against the Application;  (e) the Trustee's services were substantial, necessary and beneficial to the chapter 11 estate; and, (f) the legal and factual basis set forth in the Application establish just cause to grant the relief requested in the Application. Accordingly, it is

**ORDERED** that the relief requested in the Application is GRANTED; and it is further

**ORDERED** that the Trustee is entitled to allowance on a final basis, of reasonable fees in the amount of $32,175.00 and $1,028.35 in allowed expenses for services performed for the estate during the Compensation Period (as defined in the Application); and it is further

**ORDERED** that the Trustee is authorized to apply the post-petition retainer in the amount of $33,203.35 to the awarded fees and expenses; and it is further

**ORDERED** that the Trustee is authorized to return the remaining balance of the post-petition retainer to the Debtor after payment of awarded fees and expenses; and it is further

**ORDERED** that these amounts are approved and allowed on a final basis; and it is further

**ORDERED** that the Trustee is discharged effective as of February 26, 2026, the date the Debtor filed its Notice of Deselection at Docket No. 286; and it is further

**ORDERED** that the Court shall retain exclusive jurisdiction over any dispute arising from or relating to the implementation of this Order.

### 

**Submitted by:**
Eric Terry
**ERIC TERRY LAW, PLLC**
3511 Broadway
San Antonio, Texas 78209
Telephone: (210) 468-8274
eric@ericterrylaw.com
**SUBCHAPTER V TRUSTEE**