**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-10264-cgb** |
| **RIC (AUSTIN), LLC** | § | |
| | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |

**SECOND FEE SUMMARY OF DRENNER GROUP**

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses* (Docket No. 83) ("Order"), Drenner Group ("Drenner") hereby files this *Second Fee Summary* and requests compensation (80%) and reimbursement of expenses (100%) for the professional services rendered as Special Entitlements Counsel to RIC (Austin), LLC ("Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Bankruptcy Case"). In support of this *Second Fee Summary*, Drenner relies on Invoice No. 39784 attached hereto as **Exhibit "A"** and incorporated herein by reference for all purposes, and respectfully states:

I.   **CLIENT**

RIC (Austin), LLC, the Debtor

II.   **REQUESTING FIRM**

Drenner Group, as Special Entitlements Counsel to the Debtor

III.   **TOTAL AMOUNT OF FEES REQUESTED**

a. Fees: $5,724.50
b. Expenses: $0.00
c. Pre-petition retainer, if any: $00.00
d. Time period covered: March 1, 2026, through March 31, 2026
e. Voluntary Reductions: $0.00

## IV.     BREAKOUT OF CURRENT APPLICATION

| Name | Rate | Total Hours | Total |
|------|------|-------------|-------|
| Stephen O. Drenner | $975.00 | 1.50 | $1,462.50 |
| Leah M. Bojo | $620.00 | 2.60 | $1,612.00 |
| Temaria Davis | $350.00 | 7.50 | $2,625.00 |
| Katie Gengler | $250.00 | 0.10 | $25.00 |
| **TOTAL** | | **11.70** | **$5,724.50** |

Minimum Fee Increment:     0.1

### EXPENSES

There were no expenses incurred during this time period.

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE SUMMARY: $0.00[1]

## V.     PRIOR FEE SUMMARIES / APPLICATIONS

The *First Fee Summary of Drenner Group* for the time period December 1, 2025 through February 28, 2026 (Docket No. 312) indicated that the Debtor incurred $27,328.50 in fees and $0.00 in expenses during the interim fee period for Drenner's professional services. Drenner requested and received reimbursement for 80% of its fees and 100% of its expenses.

## VI.     OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE

Other administrative expense priority claims include fees to the Subchapter V Trustee, the Debtor's general bankruptcy counsel, the Debtor's financial consultant (HMP Advisory Holdings, LLC) and corresponding Chief Restructuring Officer, the special entitlements counsel (Drenner Group), and certain ordinary course professionals (*see* Docket No. 81). Drenner is not aware of other administrative expense priority claims in this Bankruptcy Case. Allowance of this application is not anticipated to result in the Debtor's estate being unable to pay all co-equal or superior administrative claims in the Bankruptcy Case.

---

[1] Certain amounts allocated for preparation of this Fee Summary have not been incurred during the time period applicable to this Fee Summary and therefore are not encompassed or requested pursuant to this Fee Summary but will be separately disclosed under a subsequent fee summary and/or application(s) for any requested payment thereof. Munsch Hardt reserves all rights with respect to same.

The amount allocated for the preparation of the *First Fee Summary of Drenner Group.* for the time period December 1, 2025 through February 28, 2026 (Docket No. 312) was 0.00 hours.

Dated: May 6, 2026

**MUNSCH HARDT KOPF & HARR, P.C.**

By:  */s/ Jacob J. King*
    Thomas D. Berghman
    Texas Bar No. 24082683
    Jay H. Ong
    Texas Bar No. 24028756
    Jacob J. King
    Texas Bar No. 21436951
    1717 West 6th Street, Suite 250
    Austin, Texas 78703
    Telephone: (512) 391-6100
    Facsimile:  (512) 391-6149
    E-mail:    tberghman@munsch.com
             jong@munsch.com

*Counsel for RIC (Austin), LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 6, 2026, a true and correct copy of the foregoing document and all exhibits attached thereto was served by electronically filing the same with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system, and on the parties shown on the attached service list, via first class U.S. Mail.[2]

*/s/ Jacob J. King*
Jacob J. King

---

[2]  To save photocopying and postage expenses, Munsch Hardt is not serving Exhibit "A" on all parties to this bankruptcy case receiving notice (only) by U.S. mail.  Any party wishing to obtain a copy of said Exhibit "A" may obtain one free of charge by contacting the undersigned counsel.