**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-10264-cgb** |
| **RIC (AUSTIN), LLC** | § | |
| | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |

### FIFTH FEE SUMMARY OF BLACKWELL & DUNCAN, PLLC

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses* (Docket. No. 83) ("Order"), Blackwell & Duncan, PLLC, ("B&D") hereby files this *Fifth Fee Summary* and requests compensation (80%) and reimbursement of expenses (100%) for the professional services rendered as Special Tax Counsel for RIC (Austin), LLC ("Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Bankruptcy Case"). In support of this Fee Summary, B&D relies on Invoice #42416 attached hereto as **Exhibit "A"** and incorporated herein by reference for all purposes, and respectfully states:

I.      **CLIENT**

RIC (Austin), LLC, the Debtor

II.      **REQUESTING FIRM**

Blackwell & Duncan, PLLC

III.      **TOTAL AMOUNT OF FEES REQUESTED**

a. Fees: $657.50
b. Expenses: $0.00
c. Pre-petition retainer, if any: 0.00
d. Time period covered: April 1, 2026 through April 31, 2026
e. Voluntary Reductions: $0.00

## IV.    BREAKOUT OF CURRENT APPLICATION

| Name | Capacity | Total Hours | Rate | Total |
|------|----------|------------:|------|------:|
| Melinda D. Blackwell | Partner | 0.30 | $415.00 | $124.50 |
| Doreen L. Lungren | Legal Assistant | 2.50 | $205.00 | $512.50 |
| Laura M. Nickol | Legal Assistant | 0.10 | $205.00 | $20.50 |
| | | **2.90** | | **$657.50** |

Minimum Fee Increment:     0.1

There were no expenses incurred during this fee Period.

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE SUMMARY: $0.00[1]

## V.    PRIOR FEE SUMMARIES / APPLICATIONS

The *First Fee Summary of Blackwell & Duncan, PLLC* for the time period of October 1, 2024 through January 31, 2025 (Docket No. 134) indicated that B&D incurred $1,114.50 in fees and $459.15 in expenses during the interim fee period for B&D's professional services.  B&D requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Second Fee Summary of Blackwell & Duncan, PLLC* for the time period from December 1, 2025 through January 31, 2026 (Docket No. 276) indicated that B&D incurred $1,325.00 in fees and $00.00 in expenses during the interim fee period for B&D's professional services.  B&D requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Third Fee Summary of Blackwell & Duncan, PLLC* for the time period from February 1, 2026 through February 28, 2026 (Docket No. 313) indicated that B&D incurred $537.00 in fees and $00.00 in expenses during the interim fee period for B&D's

---

[1] Certain amounts allocated for preparation of this Fee Summary have not been incurred during the time period applicable to this Fee Summary and therefore are not encompassed or requested pursuant to this Fee Summary but will be separately disclosed under a subsequent fee summary and/or application(s) for any requested payment thereof. Munsch Hardt reserves all rights with respect to same.

The amount allocated for the preparation of the *First Fee Summary of Blackwell & Duncan, PLLC* for the time period November 1, 2024 through January 31, 2025 (Docket No. 134) was 0.00 hours.

The amount allocated for the preparation of the *Second Fee Summary of Blackwell & Duncan, PLLC* for the time period December 1, 2025 through January 31, 2026 (Docket No. 276) was 0.00 hours.

The amount allocated for the preparation of the *Third Fee Summary of Blackwell & Duncan, PLLC* for the time period February 1, 2026 through February 28, 2026 (Docket No. 313) was 0.00 hours.

The amount allocated for the preparation of the *Fourth Fee Summary of Blackwell & Duncan, PLLC* for the time period March 1, 2026 through March 31, 2026 (Docket No. 374) was 0.00 hours.

---

professional services. B&D requested and received reimbursement for 80% of its fees and 100% of its expenses.

The *Fourth Fee Summary of Blackwell & Duncan, PLLC* for the time period from March 1, 2026 through March 31, 2026 (Docket No. 374) indicated that B&D incurred $3,018.25 in fees and $625.74 in expenses during the interim fee period for B&D's professional services. B&D requested and received reimbursement for 80% of its fees and 100% of its expenses.

**VI.  OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE**

Other administrative expense priority claims include fees to the Subchapter V Trustee, the Debtor's general bankruptcy counsel, and Debtor's financial consultant (HMP Advisory Holdings, LLC) and corresponding Chief Restructuring Officer. B&D is not aware of other administrative expense priority claims in this Bankruptcy Case. Allowance of this application is not anticipated to result in the Debtor's estate being unable to pay all co-equal or superior administrative claims in the Bankruptcy Case.

Dated: May 27, 2026

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jacob J. King*

Thomas D. Berghman
Texas Bar No. 24082683
Jay H. Ong
Texas Bar No. 24028756
Jacob J. King
Texas Bar No. 24136951
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
E-mail:   tberghman@munsch.com
          jong@munsch.com

*Counsel for RIC (Austin), LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 27, 2026, a true and correct copy of the foregoing document and all exhibits attached thereto was served by electronically filing the same with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system, and on the parties shown on the attached service list, via first class U.S. Mail.[2]

*/s/ Jacob J. King*
Jacob J. King

---

[2] To save photocopying and postage expenses, B&D is not serving Exhibit "A" on all parties to this bankruptcy case receiving notice (only) by U.S. mail. Any party wishing to obtain a copy of said Exhibit "A" may obtain one free of charge by contacting the undersigned counsel.