

500 N. Central Expressway, Suite 427
Plano, Texas 75074

| | |
|---|---|
| Invoice #: | 42416 |
| Date: | 05-01-2026 |

Greg Milligan
Harney Partners
8911 N. Capital of Texas Hwy., Suite 2120
Austin, TX 78759

RIC (Austin) LLC (Motorola) v. Travis Central Appraisal District;  D-1-GN-24-008408

Services

| Date | | Description | Quantity | Total |
|---|---|---|---|---|
| 04-07-26 | DLL | Prepare Plaintiff's First Request for Admissions, Request for Production and First Set of Interrogatories.  Prepare correspondence to opposing counsel forwarding same. | 2.50 | $512.50 |
| 04-08-26 | MDB | Review Plaintiff's discovery requests. | 0.30 | $124.50 |
| 04-29-26 | LMN | Forward draft ███████████. | 0.10 | $20.50 |

Services Subtotal: $657.50

| | |
|---|---|
| Total New Charges | $657.50 |
| Payment | $0.00 |
| Balance Due | $657.50 |

Operating Account Balance $0.00

Total Matter Balance $4,673.89

Please make all amounts payable to: Blackwell & Duncan, PLLC
Tax ID 46-1677715