2705 Bee Caves Road, Suite 200
Austin, Texas 78746

512-807-2900    office
512-807-2917    fax

Tax I.D. #   46-5312039

**DRENNER**
**GROUP**

Attn: Greg Milligan
RIC (Austin) LLC
8911 North Capital of Texas Highway
Suite 2120
Austin, TX  78759

May 13, 2026

| | |
|---|---|
| Statement No. | 40090 |
| Account No. | 2455.01 |
| Page: | 1 |

**RE: 3443 Ed Bluestein Boulevard (Tech 3443)**

***For Professional Services Rendered Through 04/30/2026***

Previous Balance                                                                                          $33,053.50

Description of Services

|  |  |  | Hours |
|---|---|---|---|
| 04/08/2026 | LMB | Worked on ███████████ per discussion with Steve Drenner. | 0.20 |
| 04/09/2026 | LMB | Conferenced with Quiddity regarding ████████████████. Worked on same. Conferenced with Steve Drenner regarding ████████████████. | 0.80 |
| | TAD | Conferenced with Quiddity regarding ██████████ Corresponded with team regarding meeting with Steve Drenner and availability. Continued ████████████████. | 1.80 |
| 04/10/2026 | LMB | Corresponded with Quiddity regarding ████████████. Prepared for same. | 0.30 |
| 04/13/2026 | TAD | Conferenced with Leah Bojo regarding ████████████████ Shared same via email in preparation for meeting. | 1.60 |
| 04/15/2026 | LMB | Reviewed comparison ████████████. Prepared for and participated in call with client and team regarding same. Worked on next steps per call. Corresponded with City staff ████████████. Discussed same with client. | 1.00 |
| | SOD | Participated in conference call with clients and other consultants regarding ████████████████ Worked on same. | 2.60 |
| | TAD | Prepared for and participated in client call. | 0.60 |
| 04/16/2026 | TAD | Prepared for and attended ████████████ held with legal and project team to discuss ████████████████ ████. | 1.00 |
| 04/21/2026 | LMB | Corresponded with City staff ████████████. Worked on same. | 0.30 |
| | TAD | Prepared meeting minutes, and shared same internally. | 0.40 |

RIC (Austin) LLC  
Account No.        2455.01  
RE:  3443 Ed Bluestein Boulevard (Tech 3443)

Statement Date: 05/13/2026  
Statement No.        40090  
Page No.        2

| Date | | Description | Hours | |
|---|---|---|---|---|
| 04/22/2026 | TAD | Conferenced internally regarding project and upcoming meeting with City Staff on Friday and next steps. | 0.30 | |
| 04/23/2026 | SOD | Worked on ███████████ | 1.50 | |
| 04/24/2026 | LMB | Worked on ███████████ | 0.20 | |
| | SOD | Worked on ███████████ | 3.00 | |
| 04/30/2026 | KBG | Conferenced with Leah Bojo and Temaria Davis on ███████████ ██████ | 0.30 | |
| | TAD | Conferenced with Leah Bojo and Katie Gengler regarding ██████████ ███████████ | 1.30 | |
| | LMB | Debriefed with Katie Gengler and Temaria Davis regarding ██████ ███████. Worked on application next steps. | 0.30 | |
| | | For Current Services Rendered | 17.50 | 11,369.50 |

### Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Stephen O. Drenner | 7.10 | $975.00 | $6,922.50 |
| Leah M. Bojo | 3.10 | 620.00 | 1,922.00 |
| Temaria Davis | 7.00 | 350.00 | 2,450.00 |
| Katie Gengler | 0.30 | 250.00 | 75.00 |

Total Current Work — 11,369.50

### Payments

| Date | Description | Amount |
|---|---|---|
| 04/16/2026 | Payment for December services. | -3,159.00 |
| 04/16/2026 | Payment for January services. | -6,567.50 |
| 04/16/2026 | Partial payment for February services. | -12,136.30 |
| | Total Payments | -21,862.80 |

Balance Due — $22,560.20

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 11,369.50 | 5,724.50 | 5,466.20 | 0.00 | 0.00 | 0.00 |

### Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 44,423.00 | 0.00 | 0.00 | 0.00 | 21,862.80 |

2705 Bee Caves Road, Suite 500
Austin, Texas 78746

512-807-2900   office
512-807-2917   fax

Tax I.D. #   46-5312039

**DRENNER GROUP**

Attn: Greg Milligan
RIC (Austin) LLC
8911 North Capital of Texas Highway
Suite 2120
Austin, TX   78759

May 13, 2026

| | |
|---|---:|
| Statement No. | 40091 |
| Account No. | 2455.02 |
| Page: | 1 |

### RE: Lobbying/3443 Ed Bluestein Boulevard (Tech 3443)

***For Professional Services Rendered Through 04/30/2026***

Description of Services

| | | | Hours | |
|---|---|---|---:|---:|
| 04/24/2026 | SOD | Participated in conference call with Brent Lloyd (City of Austin), Chris Johnson (City of Austin) and Leah Bojo ███████████████████. | 0.50 | |
| | LMB | Prepared for and participated in call with Christopher Johnson and Brent Lloyd, ████████████████████████████████ | 0.50 | |
| | | For Current Services Rendered | 1.00 | 797.50 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Stephen O. Drenner | 0.50 | $975.00 | $487.50 |
| Leah M. Bojo | 0.50 | 620.00 | 310.00 |

| | |
|---|---:|
| Total Current Work | 797.50 |
| Balance Due | $797.50 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---:|---:|---:|---:|---:|
| 797.50 | 0.00 | 0.00 | 0.00 | 0.00 |