

## Harney Partners

8911 Capital of Texas Highway, Suite 2120
Austin, TX 78759

# INVOICE

Invoice # 75104
Date: 05/06/2026
Due Upon Receipt

RIC (Austin) LLC

## 00343-RIC (Austin) LLC

## Advisory Services

### Services

| Date | Professional | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04/01/2026 | GM | Caryn Fuller deposition (2.5 at 50% = 1.3); review/revise motion █████ █████ (0.5) | 1.80 | $700.00 | $1,260.00 |
| 04/02/2026 | ED | Re-issue █████████ (0.1) | 0.10 | $450.00 | $45.00 |
| 04/02/2026 | EW | review ledger and send to S. Gordenko (0.2) | 0.20 | $600.00 | $120.00 |
| 04/02/2026 | EW | attend MSJ hearing (2.0) | 2.00 | $600.00 | $1,200.00 |
| 04/02/2026 | GM | Attend dueling MSJ hearing (2.0); A/P matters (0.2); memo to MHKH and E. White re: █████ █████████ (0.5); subcontractor discovery █████████ (0.4) | 3.10 | $700.00 | $2,170.00 |
| 04/03/2026 | EW | call with J. Ong, T. Berghman, G. Milligan | 1.00 | $600.00 | $600.00 |
| 04/03/2026 | GM | Teams with MHKH and E. White re: ████████████████████████ (1.0); finalize and approve Motion to Compel re: ████████████ (0.1); additional plan discovery (0.2); review subcontractor objection and confer with MHKH re: ███ (0.2) | 1.50 | $700.00 | $1,050.00 |
| 04/04/2026 | GM | Deposition and confirmation prep (1.3); further re: █████████ re: ███ (0.6); review notice of reset hearing for | 2.20 | $700.00 | $1,540.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (0.1); research with Secretary of State re: ██████████ (0.2) | | | |
| 04/05/2026 | GM | Confer with MHKH and research ██████ (0.4); start outline for depo prep with MHKH (0.2); strategy memo w/ XLS analysis re: ██████████████████ (0.4) | 1.00 | $700.00 | $700.00 |
| 04/06/2026 | EW | budget to actual analysis (0.2); emails with Sveta re: ██████████ (0.1) | 0.30 | $600.00 | $180.00 |
| 04/06/2026 | GM | Confer with MHKH for emergency hearing setting at 11am including Teams and work on potential testimony re: same (0.7); final prep for (0.3) and attend emergency hearing re: subcontractor discovery violations (1.2); review/revise order re: discovery dispute; confer with MHKH re: same (0.2); review file, identify hot docs, organize same for depo prep (2.7) | 5.10 | $700.00 | $3,570.00 |
| 04/07/2026 | EW | call with J. Ong and G. Milligan re: depositions (partial attendance) | 1.00 | $600.00 | $600.00 |
| 04/07/2026 | GM | Review J. Ong depo outline and research re: same (0.8); further re: same (1.0); meeting with J. Ong to prepare for deposition (3.0); further independent review re: same (0.5); confer with consultants re: █████████████████████ (0.2); voting deadline matters with MHKH and E. White (0.1); confer with MHKH and EW re: █████████████ (0.1); email with E. Derengowski re: Draw #47 (0.1) | 5.80 | $700.00 | $4,060.00 |
| 04/08/2026 | ED | Draw #47 review (1.3) | 1.30 | $450.00 | $585.00 |
| 04/08/2026 | EW | call with J. Ong (0.1); update budget (0.2) | 0.30 | $600.00 | $180.00 |
| 04/08/2026 | GM | Site visit with C. Montgomery re: █████████████████████ 2.5); industrial tract environmental ████████████ (0.1); review/approve T. Irion RFP; confer with MHKH re: same; research Schedules and docket re: same (0.4); review Panache plan objections, research ████████ (1.0); confirmation litigation with MHKH (0.2); confer with MHKH re: ████████████████ (0.3) | 4.50 | $700.00 | $3,150.00 |
| 04/09/2026 | GM | Draw #47 matters (0.1); confer with MHKH re: plan objections (0.1); email with MHKH re: granting voting extension to subs (0.1) | 0.30 | $700.00 | $210.00 |
| 04/10/2026 | ED | Issue Draw #47 payments (0.3) | 0.30 | $450.00 | $135.00 |

Invoice # 75104 - 05/06/2026

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/2026 | EW | call with J. Ong, T. Berghman, G. Milligan re: confirmation and deposition prep | 1.70 | $600.00 | $1,020.00 |
| 04/10/2026 | GM | Depo prep with MHKH and E. White (1.7) | 1.70 | $700.00 | $1,190.00 |
| 04/11/2026 | GM | Further discovery re: ▮▮▮▮▮ (1.8); further depo and confirmation prep, individually and with MHKH/EW (4.6); review subcontractor affidavits re: ▮▮▮▮▮ (0.3); Drenner matters with J. Ong (0.1); appraisal matters with JLL and MHKH (0.1); property tax protest discovery review (0.2); review updated discharge prevention plan from Quiddity and transmittal to City of Austin re: same (0.2) | 7.30 | $700.00 | $5,110.00 |
| 04/12/2026 | EW | deposition prep | 1.10 | $600.00 | $660.00 |
| 04/12/2026 | GM | Depo and confirmation prep (1.0); property tax protest matters ▮▮▮▮▮ (0.3); depo and confirmation prep (1.7); review/revise confirmation brief (1.0); depo and confirmation prep (0.6) | 4.60 | $700.00 | $3,220.00 |
| 04/13/2026 | EW | call with G. Milligan, J. Ong and T. Berghman (0.8); call with G. Milligan (0.2); review plan, projections, and other materials for deposition (2.3) | 3.30 | $600.00 | $1,980.00 |
| 04/13/2026 | ED | Enter additional draw #47 payments (0.3) | 0.30 | $450.00 | $135.00 |
| 04/13/2026 | GM | Review/revise confirmation brief; ▮▮▮▮▮ (2.0); attend pre-trial docket call (1.0); follow-on re: same with MHKH and EW re: same and additional confirmation/deposition matters (0.9); supplemental discovery re: ▮▮▮▮▮ (1.0); depo prep (0.5); further re: confirmation brief (0.3); P/C with E. White re: ▮▮▮▮▮ (4.0) | 10.00 | $700.00 | $7,000.00 |
| 04/14/2026 | EW | prepare for deposition, discussions with G. Milligan and J. Ong re: same (1.9); attend deposition of G. Milligan and E. White (6.0); debrief with G. Milligan and T. Berghman (0.4) | 8.30 | $600.00 | $4,980.00 |
| 04/14/2026 | GM | Final individual prep for depo (2.0); meeting with J. Ong and E. White prior to depositions (1.0); deposition of G. Milligan and E. White (6.0); follow-on with J. Ong and E. White re: same (0.2); follow-on with T. Berghman and E. White re: same (0.4); email with JLL re: appraisal matters (0.1) | 9.70 | $700.00 | $6,790.00 |

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/15/2026 | GM | Teams with Quiddity, Drenner Group, and C. Montgomery re: ██████████ ████████ (0.6); site maintenance matters with C. Montgomery (0.1); P/C with JLL re: updated appraisal and memo to MHKH re: same (0.4); witness and exhibit list matters with MHKH and E. White; research re: same (0.4); final review/ revisions to confirmation brief (2.0) | 3.50 | $700.00 | $2,450.00 |
| 04/16/2026 | EW | call with G. Milligan and Munsch re: confirmation brief (0.5) | 0.50 | $600.00 | $300.00 |
| 04/16/2026 | ED | Draw #48 analysis (0.5) | 0.50 | $450.00 | $225.00 |
| 04/16/2026 | GM | Further with JLL and MHKH re: ██████████ (0.4); further with Quiddity and City of Austin re: temporary discharge prevention proposal (0.1); review further MHKH edits to confirmation brief in preparation for call to finalize (0.5); Teams meeting with MHKH and E. White to finalize comments to confirmation brief, discuss W&E list and other confirmation matters (0.6); review draft final DIP order and P/C with T. Nix re: same (0.5) | 2.10 | $700.00 | $1,470.00 |
| 04/17/2026 | EW | draft and circulate March MOR and supporting exhibits | 1.20 | $600.00 | $720.00 |
| 04/17/2026 | EW | call with G. Milligan and Munsch (0.1, partial) | 0.10 | $600.00 | $60.00 |
| 04/17/2026 | EW | budget to actual analysis | 0.20 | $600.00 | $120.00 |
| 04/17/2026 | ED | Updates to Draw #48 and enter payments into Stretto (0.5) | 0.50 | $450.00 | $225.00 |
| 04/17/2026 | GM | Weekly standing call with MHKH and E. White (0.4); review correspondence between Quiddity and COA re: ██████████ (0.1); review/approve additional edits to final cash collateral order and email to MHKH re: same (0.1); final W&E list matters (0.4); confer with MHKH re: ██████████ (0.2) | 1.20 | $700.00 | $840.00 |
| 04/18/2026 | GM | Begin review of ██████████ ██████████ (0.5); process draw requests (0.4) | 0.90 | $700.00 | $630.00 |
| 04/19/2026 | GM | Review/research/revise Drenner report for March (0.5); trial prep (0.8); review/approve monthly budget-to-actual variance report (0.1) | 1.40 | $700.00 | $980.00 |
| 04/20/2026 | GM | Trial/confirmation prep (0.7); further with City and Quiddity re: ██████████ (0.1) | 0.80 | $700.00 | $560.00 |
| 04/22/2026 | EW | attend trial [breakfast with counsel (0.5); 9 -5.30, less 0.5 of calls in hallway] | 8.50 | $600.00 | $5,100.00 |
| 04/22/2026 | GM | Pre-trial prep with MHKH and E. White (1.0); | 9.70 | $700.00 | $6,790.00 |

| Date | | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | attend trial/confirmation (8.7) | | | |
| 04/23/2026 | EW | attend trial Day 2 [9.00 -7.00, less (1.0) of other calls in hallway] | 9.00 | $600.00 | $5,400.00 |
| 04/23/2026 | GM | Pre-trial prep with MHKH and E. White (1.0); attend trial/confirmation (10.0) | 11.00 | $700.00 | $7,700.00 |
| 04/24/2026 | EW | attend trial Day 3 [10.00 -3.00] | 5.00 | $600.00 | $3,000.00 |
| 04/24/2026 | GM | Review/revise ██████████ (0.7); attend trial/confirmation (5.0) | 5.70 | $700.00 | $3,990.00 |
| 04/25/2026 | GM | Review/revise direct examination script (4.0); other testimony prep (2.2) | 6.20 | $700.00 | $4,340.00 |
| 04/26/2026 | EW | call with G. Milligan, J. Ong and T. Berghman to prepare for trial | 2.30 | $600.00 | $1,380.00 |
| 04/26/2026 | GM | Solo direct testimony prep (1.0); Teams with MHKH and E. White re: ████████ (2.3); further revisions and ████ (1.5); final revisions and ████ (1.5) | 6.30 | $700.00 | $4,410.00 |
| 04/27/2026 | EW | prepare for potential testimony (0.9); attend trial day 4 [9am - 6.45pm] | 10.90 | $600.00 | $6,540.00 |
| 04/27/2026 | GM | Daily prep meeting with MHKH (1.0); attend trial/ confirmation (9.8) | 10.80 | $700.00 | $7,560.00 |
| 04/28/2026 | EW | attend trial day 5 with debrief with Munsch Hardt after [9:45 - 4.30 with 45 min call on another matter] | 6.00 | $600.00 | $3,600.00 |
| 04/28/2026 | GM | Attend trial/confirmation (6.0); debrief and next steps with MHKH and E. White (1.0) | 7.00 | $700.00 | $4,900.00 |
| 04/29/2026 | GM | A/P matters (0.1) | 0.10 | $700.00 | $70.00 |
| 04/30/2026 | ED | Draw #49 analysis (1.3) | 1.30 | $450.00 | $585.00 |
| 04/30/2026 | GM | ████████ (0.3) | 0.30 | $700.00 | $210.00 |

| | | |
|---|---|---|
| Quantity Subtotal | | 192.8 |
| Services Subtotal | | $127,595.00 |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 04/24/2026 | Transportation costs to trial: Parking (4/22) $30 Lyft (4/23) $17.69 | 1.00 | $66.67 | $66.67 |

Lyft (4/24) $18.98

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 04/28/2026 | Transportation costs to trial:<br>Lyft (4/27) $13.97<br>Lyft (4/28) $22.79 | 1.00 | $36.76 | $36.76 |

| | | **Expenses Subtotal** | **$103.43** |
|---|---|---|---|

| Professional | Quantity | Rate | Total |
|---|---|---|---|
| Edward Derengowski | 4.3 | $450.00 | $1,935.00 |
| Greg Milligan | 125.6 | $700.00 | $87,920.00 |
| Erik White | 62.9 | $600.00 | $37,740.00 |
| | **Quantity Total** | | **192.8** |
| | **Subtotal** | | **$127,698.43** |
| | **Total** | | **$127,698.43** |

Please make all amounts payable to: Harney Partners

Payment is due upon receipt.

