

Ross Tower
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Main  214.855.7500
Fax  214.855.7584
munsch.com

RIC (Austin), LLC
Rompsen (Roemaster) Holdings, Inc.
Attn: Peter Oelbaum
162 Cumberland St., Ste. 300
Toronto, ON M5R3N-5
CA - CANADA

| | |
|---|---|
| Invoice Date: | May 7, 2026 |
| Invoice Number: | 10589074 |
| Matter Number: | 022816.00003 |

*For Professional Services through **April 30, 2026***

**Client:** RIC (Austin), LLC
**Matter:** Chapter 11 – Subchapter V

| | | |
|---|---|---|
| Total Fees | $ | 310,359.00 |
| Total Costs | $ | 28,407.40 |
| **TOTAL THIS INVOICE** | $ | **338,766.40** |
| Previous Balance | $ | 295,945.04 |
| **Total Balance Due** | $ | **634,711.44** |



Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

2 of 27
May 7, 2026

**Fee Detail**

**Task Code:** 01      General Case Administration / Bankruptcy Advice

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/02/26 | TDB | Coordinate standing call timin ██████████████ ████████████ (.3); plan agenda for post-petition budget inclusion in upcoming production (.1) | 0.40 | 300.00 |
| 04/03/26 | JHO | Prepare for and conduct weekly status / strategy call with CRO, T. Berghman and E. White. | 1.30 | 1,027.00 |
| 04/06/26 | HJV | Attention to calendaring motion to compel hearing. | 0.10 | 28.00 |
| 04/06/26 | JHO | Confer with CRO, E. White and T. Berghman regarding scheduling. | 0.10 | No Charge |
| 04/08/26 | HJV | Review and analyze order granting motion to compel; attention to calendaring deadlines regarding same. | 0.20 | 56.00 |
| 04/15/26 | HJV | Attention to updating calendar regarding canceled depositions of subcontractors per J. Ong's request. Emails with court reporter regarding canceled depositions (.1). | 0.30 | 84.00 |
| 04/15/26 | HJV | Attention to downloading and organizing exhibits received from Panache Parties for the confirmation hearing. | 0.20 | 56.00 |
| 04/16/26 | HJV | Attention to updating calendar regarding subcontractors' depositions. | 0.20 | 56.00 |
| 04/21/26 | TDB | Address SOFA amendment with J. Ong, B. Bass | 0.20 | 150.00 |
| 04/23/26 | WAB | Reviewed internal query regarding ████████████ ███████ Prepared and distributed response thereto. | 0.20 | 166.00 |
| 04/23/26 | HJV | Emails to team regarding transcripts (.1). Prepare transcript request; finalize and file same (.4). | 0.50 | 140.00 |
| 04/24/26 | HJV | Prepare transcript request for day 2 of the confirmation hearing; finalize and file same. | 0.40 | 112.00 |
| 04/26/26 | JHO | Correspond with CRO, T. Berghman and E. White regarding P. Oelbaum request for site visit. | 0.10 | No Charge |
| 04/27/26 | HJV | Prepare, finalize and file Confirmation Hearing Day 3 transcript request (.5). Attention to payment of the trial transcript (day 2) (.2). | 0.70 | 196.00 |
| 04/28/26 | HJV | Prepare and file transcript request for day 4 confirmation hearing (.5). Communications with court reporters regarding transcripts and receipt of 4/22 hearing transcript (.5). | 1.00 | 280.00 |
| 04/29/26 | HJV | Prepare transcript request for Day 5 of the confirmation hearing; attention to filing same (.3). Attention to payments of transcript for previously filed transcript requests (.4). | 0.70 | 196.00 |
| 04/30/26 | JHO | Confer with T. Berghman, CRO and E. White regarding PIR and scheduling and expense coordination. | 0.10 | 79.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

3 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/30/26 | HJV | Emails with T. Berghman regarding transcripts | 0.10 | 28.00 |
| | | **Total for 01** | **6.80** | **2,954.00** |

**Task Code:    02              Cash Collateral / Postpetition Financing**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/08/26 | JHO | Review draft variance report and correspond with CRO, T. Berghman and E. White regarding same and regarding budget updating for final hearing (.3). Begin reviewing Panache Parties' final DIP loan objection and forward to CRO, T. Berghman and E. White (.2). | 0.50 | 395.00 |
| 04/09/26 | TDB | Review RIC Austin DIP variance report and ████████████ ████████████ circulate follow-ups (.3); | 0.30 | 225.00 |
| 04/09/26 | JHO | Correspond with E. White regarding budget documentation and begin addressing final DIP financing order (.3). Correspond with K. Hirsch and T. Berghman to forward latest variance report (.1). | 0.40 | 316.00 |
| 04/13/26 | TDB | Review RIC DIP Final Order/Loan Agreement threads to confirm ████████████████████ (.2) | 0.10 | 75.00 |
| 04/13/26 | JHO | Formulate, prepare and compile exhibits for final DIP financing hearing (.7). Correspond with D. Unseth, K. Hirsch and with T. Berghman and CRO, to coordinate final updating and approval of proposed Final DIP Order (.3). | 1.00 | 790.00 |
| 04/15/26 | JHO | Coordinate with D. Unseth regarding updating and final approvals for proposed final DIP financing order. | 0.50 | 395.00 |
| 04/16/26 | TDB | Correspondence with all counsel regarding final DIP order | 0.20 | 150.00 |
| 04/16/26 | JHO | Review lender / D. Unseth updated proposed final DIP financing order, render responsive revisions to same, correspond with CRO regarding his questions / comments, coordinate Order and hearing approach with CRO, E. White and T. Berghman, and correspond with D. Unseth regarding responsive comments. | 0.60 | 474.00 |
| 04/17/26 | TDB | Correspondence with all counsel regarding finalizing DIP order | 0.20 | 150.00 |
| 04/17/26 | JHO | Finalize DIP Order with D. Unseth and CRO, generate order and redline exhibits (with B. Bass) for confirmation hearing and coordinate with J. King. | 0.30 | 237.00 |
| 04/26/26 | JHO | Review draft variance report, E. White and CRO correspondence regarding same, and transmit to K. Hirsch. | 0.10 | 79.00 |
| | | **Total for 02** | **4.20** | **3,286.00** |

**Task Code:    04              Schedules, SOFA, 341 Meeting and US Trustee Communications**

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

4 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/18/26 | JHO | Confer with J. King and B. Bass regarding amended schedules initiative. | 0.10 | No Charge |
| 04/20/26 | JHO | Coordinate MOR filing and Amended SOFA. | 0.30 | No Charge |
| 04/20/26 | BAB | Review and finalize the March Monthly Operating Report. | 0.30 | 147.00 |
| 04/20/26 | BAB | Review ██████████████████████████████████ . | 0.30 | 147.00 |
| 04/21/26 | JHO | Correspond with B. Bass regarding draft notice of SOFA amendment and review same. | 0.10 | No Charge |
| 04/21/26 | JHO | Continue coordinating amended SOFA with B. Bass and T. Berghman. | 0.10 | 79.00 |
| 04/21/26 | HJV | Various communications with B. Bass regarding amended SOFA (.3). Prepare amended SOFA (.9). | 1.20 | 336.00 |
| 04/21/26 | BAB | Review ██████████████████████████████████ . | 0.90 | 441.00 |
| 04/27/26 | JHO | Coordinate filing of amended SOFA. | 0.10 | 79.00 |
| 04/27/26 | BAB | Circulate Amended SOFA to G. Milligan for review and signature and finalize same. | 0.30 | 147.00 |
| | | **Total for 04** | **3.70** | **1,376.00** |

**Task Code:    05          Employment and Fee Applications**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/26 | JHO | Administer Blackwell & Duncan invoice with B. Bass and CRO. | 0.10 | 79.00 |
| 04/04/26 | JJK | Review negative notice on fee summaries and update T. Berghman regarding the same (.1). | 0.10 | 45.00 |
| 04/10/26 | JHO | Confer with CRO regarding Drenner Group engagement administration. | 0.10 | 79.00 |
| 04/10/26 | JJK | Correspondence with H. Valentine and T. Berghman regarding fee summaries (.1). | 0.10 | 45.00 |
| 04/10/26 | HJV | Work on Munsch Hardt's 12th fee summary. Email to team regarding same. | 0.50 | 140.00 |
| 04/11/26 | JHO | Confer with CRO regarding Drenner Group and HMP engagements. | 0.10 | No Charge |
| 04/12/26 | JHO | Correspond with CRO and T. Berghma ████████████ ████████████████████ (.2). Correspond with K. Tucker, CRO, J. King and B. Bass regarding ████████████ ████████████ (.1). | 0.30 | 237.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

5 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/26 | HJV | Emails with Blackwell & Duncan and Drenner Group regarding March invoices (.2). Revise Munsch Hardt's thirteenth fee summary (.1). Receipt and review Drenner Group's March invoice (.1). Prepare Drenner's second fee summary (.2). Receipt and review Blackwell and Duncan's March invoice (.1). Prepare Blackwell & Duncan's fourth fee summary (.3). | 1.00 | 280.00 |
| 04/19/26 | JJK | Review and redact invoices for fee summaries (.9). | 0.90 | 405.00 |
| 04/21/26 | JHO | Review entered order allowing E. Terry compensation and forward to CRO. | 0.10 | No Charge |
| 04/27/26 | JJK | Prepare fee summary for MHKH (.2); prepare Drenner invoice and fee summary (.1); prepare Blackwell & Duncan invoice and fee summary (.2); redact HMP invoice (.3). | 0.80 | 360.00 |
| 04/29/26 | HJV | Prepare HMP's 13th fee summary. | 0.60 | 168.00 |
| | | **Total for 05** | **4.70** | **1,838.00** |

**Task Code:    07          Plan and Disclosure Statement**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/26 | JJK | Prepare motion to compel and ███████████ (3.3); correspondences with J. Ong regarding the same (.3); correspondence with counsel for the subcontractors regarding motion to compel (.1); review ████████ (1.7); correspondence with J. Ong and T. Berghman regarding plan discovery to Panache (.1); prepare RFP to Panache pursuant to confirmation (.9). | 6.40 | 2,880.00 |
| 04/01/26 | JHO | Coordinate motion to compel subcontractor discovery, ███████████ 2.1). Confer with J. King and T. Berghman regarding potential related supplemental discovery (.1). | 2.20 | 1,738.00 |
| 04/02/26 | JHO | Correspond with CRO, E. White, T. Berghman, B. Bass and J. King regarding ███████ (.7). Correspond with T. Berghman, CRO, J. Gaither and E. White regarding ████████ (.2). | 0.90 | 711.00 |
| 04/02/26 | JJK | Review data base for communications (.1); schedule depositions pursuant to plan confirmation (.1); confer with B. Bass regarding document search pursuant to motion to compel (.2); confer with J. Ong regarding motion to compel (.4); prepare subpoenas (.3). | 1.20 | 540.00 |
| 04/02/26 | BAB | Confer with J. Ong and J. King regarding ███████████. | 1.80 | 882.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

6 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/03/26 | JJK | Finalize motion to compel and circulate for approval (.2); prepare additional RFPs pursuant to confirmation (.6); mail RFPs (.2). | 1.00 | 450.00 |
| 04/03/26 | BAB | Review and finalize the Motion to Compel and ████████ ████████. | 0.90 | 441.00 |
| 04/03/26 | BAB | Draft and revise Third Request for Production for Vesta Texas and coordinate with M. Sobeck regarding Third Request for Production for AFMN and A. Zarafshani. | 0.80 | 392.00 |
| 04/03/26 | JHO | Correspond with L. Cato, CRO, T. Berghman and J. Gaither regarding production status (.1). ████████ (1.2). Assist with finalization, filing and service of motion to compel and motion to expedite, Court conference, correspond with V. Driver, E. Weaver, N. Jasso, T. Berghman, B. Bass, J. King, CRO and E. White regarding same and deposition schedule, and review Subcontractors' objections (1). CRO / E. White deposition preparation, including with T. Berghman and CRO and begin reviewing analysis of ████████ (.8). | 3.10 | 2,449.00 |
| 04/03/26 | TDB | Confer by email with J. Ong, J. King, and B. Bass regarding RFP strategy for subcontractors and Panache parties (.4); review and approve motion to compel subcontractor discovery responses and direct filing (.5); forward emergency motion to compel and motion for emergency hearing to G. Milligan and E. White with commentary (.1); review and authorize distribution of backup RFPs to subcontractors (.1); confer with J. Ong regarding discovery dispute with V. Driver and subcontractors' claim of no responsive documents (.2); Review and direct preparation of document production from Disco review platform; correspond with L. Cato and J. Ong regarding responsive documents, privilege tags, and QC of production set (.6); ████████ (.7) | 2.60 | 1,950.00 |
| 04/04/26 | JJK | Correspondence regarding served RFPs (.1); provide all RFPs to Panache's counsel (.1); ████████ (1.2). | 1.40 | 630.00 |
| 04/04/26 | JHO | Work on deposition preparation manual and analysis for CRO and E. White (3.3). Confer with J. King to confirm service of plan related RFPS on Panache parties (.1). | 3.40 | 2,686.00 |
| 04/04/26 | TDB | Review correspondence from G. Milligan and E. White ████████ (.2); review and confer by email with J. Ong and G. Milligan regarding ████████ (.2); review second set of RFPs to A. Zarafshani, AFMN Investments, and Vesta Texas and coordinate service with J. King (.3); review correspondence with J. Ong, J. King, B. Bass, and V. Driver regarding motion to expedite hearing, discovery disputes, and | 1.40 | 1,050.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | service of RFPs (.3); review correspondence from K. Glover regarding mailing of discovery documents (.1); address various other outstanding discovery matters (.3) | | |
| 04/05/26 | JHO | Continue working on deposition preparation manual for CRO and E. White (3.6). Confer with CRO and T. Berghman regarding Subcontractor claims (.1). | 3.70 | 2,923.00 |
| 04/05/26 | TDB | Coordinate deposition preparation with G. Milligan and J. Ong, document/exhibit management (.3); confer with J. King regarding subcontractor depositions (.2); analyze ███████████████████████████ (.4) | 0.90 | 675.00 |
| 04/06/26 | BAB | Draft, circulate to J. Ong for approval, and finalize the Notice of Emergency Hearing (.3); Draft Witness and Exhibit List, compile exhibits, circulate to J. Ong for approval, and finalize the Witness and Exhibit List for the Emergency Hearing (.8). Circulate exhibits to R. Farrar, S. Wood, N. Jasso, V. Driver, and A. Ciccone (.1). | 1.20 | 588.00 |
| 04/06/26 | JJK | Correspondence with J. Ong regarding expedited hearing (.1); correspondence with L. Adcock regarding estate claims (.2); prepare analysis █████████████████ ent to T. Berghman (.5); prepare witness and exhibit list for hearing (.2); review RFPs to determine ██████████████████ ████████████████ (.2); provide ballot to T. Berghman (.1); review documents ██████████████ ████████████████ 1.7); correspondence to T. Berghman regarding the same (.1); create spreadsheet of ████████████████ (1.8). | 4.90 | 2,205.00 |
| 04/06/26 | JHO | Review R. Farrar setting notice on motion to compel; review and authorize notice of hearing; initiate, review, revise and coordinate filing and service of W&E list and exhibits; coordinate potential procurement of document production vendor; prepare for hearing and coordinate with T. Berghman, CRO and B. Bass, attend same, and conduct post-hearing discussion with T. Berghman and CRO (4). Revise and conform proposed order to rulings, coordinate same, formulation of key search terms and revisions / finalization / authorization with CRO and T. Berghman, and prepare and transmit email forwarding terms and proposed order to V. Driver and R. Turner (.7). Confer with T. Berghman, CRO, E. White, J. King and J. Starks regarding plan solicitation (.2). | 4.90 | 3,871.00 |
| 04/06/26 | JHO | Confer with L. Adcock, T. Berghman, J. King and B. Bass regarding ████████████████ ████████ (.1). Complete preparing ████████████████ ████ .2). | 1.30 | 1,027.00 |
| 04/06/26 | TDB | Coordinate RIC production set with L. Cato and LitSupport, confirm Bates range and non-privileged filters and prepare/forward production link, including corrections (.5); review and comment on revised proposed order tracking court's ruling (.2); revised proposed order review/comments (.2); witness/exhibit notice and circulation (.1); Address plan- | 1.50 | 1,125.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

8 of 27
May 7, 2026

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | related ████████████████████████; confirm receipt and coordinate handling with team (review/route ballots and related communications) (.5) | | |
| 04/06/26 | TDB | Coordinate deposition preparation, including ████████ with G. Milligan and J. Ong (.8); set up shared folder workflow and identify hot docs vs. exhibit sets (.2); request latest subs deposition outline from J. King and coordinate enhancements (.2); review ████████████████ analysis for incorporation into outlines (.2); ██████████████████████████████████ (.4) ; attend strategy conference call with J. Ong, G. Milligan (.5); attend hearing on motion to compel and debrief with J. Ong following same (1); address creditor voting issues (1.2) | 4.50 | 3,375.00 |
| 04/06/26 | BAB | Prepare for and attend hearing on the Emergency Motion to Compel. | 1.90 | No Charge |
| 04/07/26 | TDB | Provide and process plan ballots for Travis County and RMLP (.2); review and analysis of voting matters (.4); Review adversary docket entry in Panache v. Romspen regarding ████████████████ (.2); review deposition transcripts (.2) | 1.00 | 750.00 |
| 04/07/26 | JHO | Prepare for and conduct deposition preparation meeting with CRO and E. White (3.3). Plan voting correspondence and coordination with J. McCoy, J. Gaither, J. Starks, K. Hirsch, T. Irion, T. Berghman, J. King, B. Bass, CRO and E. White (.4). Confer with V. Driver and R. Turner regarding proposed order on motion to compel and upload same (.1). | 3.80 | 3,002.00 |
| 04/07/26 | BAB | Confer with J. Ong regarding ballots and voting solicitation, review the Second Amended Plan regarding voting classes, and circulate requested ballots to J. Ong. | 0.80 | 392.00 |
| 04/08/26 | JHO | Call to A. Gonzales, Spire Consulting (.1). Plan confirmation trial discussion with T. Berghman CRO, E. White and J. King (.3). Plan voting correspondence with T. Berghman, J. Gaither, CRO, E. White and J. King (.2). Plan discovery correspondence J. Gaither, L. Cato, S. Gordenko, T. Berghman, CRO, E. White and J. King (.6). Confer with J. King regarding subcontractor depositions (.3). Begin reviewing Panache Parties' objection to confirmation and correspond with CRO, T. Berghman and E. White regarding same (.4). | 1.90 | 1,501.00 |
| 04/08/26 | TDB | Review order regarding motion in RIC (Austin) main case and circulate internally to J. Ong and T. Berghman (.2); review and file-note Panache Parties' limited objection to final DIP order and related ECF notifications (.4); coordinate deposition-preparation scheduling with G. Milligan, J. Ong, and E. White (.1); correspond with e-discovery vendor on coding and de-duplication scope for RIC/Panache production (.2) | 0.90 | 675.00 |
| 04/08/26 | TDB | Review and analysis of Panache plan objection and extensive research in connection with same | 2.70 | 2,025.00 |
| 04/08/26 | TDB | Conference call with K. Hirsch regarding trial matters (.7) | 0.70 | 525.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

9 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/08/26 | JJK | Confer with ████████████████████ (.1); attention to correspondence ████████████ (.1); correspondence regarding ████████████ (.1); prepare RFP to creditor (.5); correspondence regarding discovery review (.1); prepare demand letter to creditor (.4); coordinate examinations of subcontractors (.2); review document analysis to prepare for depositions (.3); confer with T. Berghman regarding Panache discovery deficiencies (.2); correspondence to T. BErghman outlining the same (.1); review A. Zarafshani depositions (.3). | 2.40 | 1,080.00 |
| 04/09/26 | TDB | ██████████████ (.3); ██████ (.3); ██████ (.4); ██████ (.5); .5) | 2.00 | 1,500.00 |
| 04/09/26 | JJK | ████████ ts (.1); ██████████ (.2); strategy conference with T. Berghman regarding ████████████ (1). | 1.30 | 585.00 |
| 04/09/26 | TDB | Prepare draft confirmation brief | 2.50 | 1,875.00 |
| 04/09/26 | JHO | Complete ████████████████ (1.2). Correspond with CRO, T. Berghman, T. Irion and S. Gordenko ██████ (.2). Plan voting correspondence ██████ (.2). Correspond with S. Lee, A. Gonzales, B. Ranton, T. Berghman and L. Adcock regarding ██████ (.7). Coordinate plan related discovery with T. Berghman, CRO , E. White and J. King (.2). | 2.50 | 1,975.00 |
| 04/10/26 | JJK | Review production from subcontractors (1.2); correspondence with J. Ong regarding depositions (.1); correspondence with V. Driver to confirm deposition dates (.1); correspondence and conference with T. Berghman regarding Panache discovery deficiencies (.2); collect documents relevant to privilege dispute and provide to T. Berghman (.6). | 2.20 | 990.00 |
| 04/10/26 | TDB | Prepare for and attend conference call with J. Gaither (.4) | 0.40 | 300.00 |
| 04/10/26 | TDB | Review R. Turner correspondence ██████████ (.3); confer with J. King regarding 2004 exam scheduling, ██████████ (.3); prepare for and attend conference call with J. Ong, G. Milligan regarding deposition preparation (1.4); confer with J. King regarding Panache discovery deficiencies (.3) | 2.30 | 1,725.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/10/26 | JHO | Continue preparing ███████████████ (3.3). Correspond with B. Ranton regarding ██████ (.1). Correspond with CRO, J. Gaither and T. Berghman regarding plan discovery (.1). Correspond with R. Turner, T. Berghman CRO, E. White and J. King regarding ████████████ (.9). Continue plan / confirmation order provisions coordination and implementation with J. Wertz, T. Berghman, CRO and J. King (.3). Correspond with J. Rudd, J. King and R. Turner regarding subcontractor exam schedule (.2). | 4.90 | 3,871.00 |
| 04/10/26 | JHO | Order motion to compel hearing transcript (.1 - NO CHARGE). | 0.10 | No Charge |
| 04/10/26 | BAB | Correspond with J. Ong and T. Berghman regarding section ███████████ begin initial research. | 0.60 | 294.00 |
| 04/11/26 | JHO | ████████████████ (1.4). ████████ 1.2). Confer with T. Berghman and CRO regarding plan related discovery / production (.1). Confer with T. Berghman and CRO regarding ballots and subcontractor production (.1). Correspond with CRO and S. Ferraris regarding updated valuation initiative (.1). | 2.90 | 2,291.00 |
| 04/11/26 | TDB | ████████████████ (.3); correspondence with same regarding trial exhibit matters (.4); coordinate supplemental document production (.3); correspondence with J. Ong, J. King regarding subcontractor deposition matters (.2); ████████ (.3); coordinate with JLL on appraisal update/timing and trial coverage (.2); request Sprouse Shrader Smith records for claim diligence (.2); | 1.70 | 1,275.00 |
| 04/11/26 | TDB | Prepare draft confirmation brief | 8.90 | 6,675.00 |
| 04/12/26 | JJK | Review documents, create spreadsheets, and create deposition outlines to prepare for depositions (3.5). | 3.50 | No Charge |
| 04/12/26 | TDB | Review and address subcontractor discovery matters with MHKH, Harney teams (.3); coordinate with JLL on appraisal report delivery (.3); address plan projections issues with Harney, MHKH teams (.2); review documents in connection with rebuttal exhibit matters (.7); coordinate proof-of-funds requirements with G. Milligan and J. Ong (.2); circulate draft confirmation brief ████████████ (.2); initial review | 2.60 | 1,950.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

11 of 27
May 7, 2026

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | of subcontractor-production (.2); prepare and circulate RIC W&E draft Excel list; request additions via reply-all (.5) | | |
| 04/12/26 | TDB | Finalize draft confirmation brief and circulate same to Harney, J. Ong, J. King (6.3); start preparing W&E list for confirmation (.7) | 7.00 | 5,250.00 |
| 04/12/26 | JHO | Correspond with E. White regarding deposition preparation (.1). ███████████████ (.1). Correspond with CRO and T. Berghman regarding plan evidence (.1). Compile and produce subcontractor production to K. Hirsch, C. Curtis, C. Roy, R. Horton, J. Rudd and J. Hanna (.2). | 0.50 | 395.00 |
| 04/13/26 | TDB | Coordinate ShareFile links for RIC photos with J. Ong, G. Milligan, T. Berghman, E. White, and J. King (.2); review vendor subs/invoice forward regarding RIC vendors (.2); finalize supplemental production and send to J. Gaither and coordinate credentials/Bates stamping (1.5); confer with G. Milligan and team on budget and plan projections and assemble related materials (.2); analyze GSM deposition question threads in connection with witness preparation (1); review draw matters in connection with estate claims investigation (.6) | 3.70 | 2,775.00 |
| 04/13/26 | JJK | Correspondence with H. Valentine regarding document production (.1) ████████████████ (.2); confer with T. Berghman, J. Ong, G. Milligan, and E. White regarding ███████████████ (.7); review AFMN objection to plan (.4); review case law pursuant to plan confirmation (.2); correspondences with J. Ong regarding ████████████ (.2); confer with J. Ong regarding deposition scripts (.2); review romspen trial brief (.2); attend pretrial conference call with all counsel (.5); confer with J. Ong regarding subcontractor depositions (.2); prepare memorandum ██████████████ (2). | 4.90 | 2,205.00 |
| 04/13/26 | JHO | Formulate, prepare and assist with strategizing, compiling and administering exhibits for confirmation hearing (.8). Correspond with CRO, T. Berghman, E. White and J. King to strategize and coordinate confirmation hearing arguments and brief (.4). ████████████████████████ (1.2). Additional deposition preparation and correspond with CRO, T. Berghman, and E. White regarding same (1.3). | 3.70 | 2,923.00 |
| 04/13/26 | BAB | Continue to conduct research regarding section 544(b) and begin drafting memorandum regarding same. | 2.00 | 980.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

12 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/14/26 | TDB | Coordinate on RIC Austin supplemental production with L. Cato and C. Riddell; confirm Bates range and ShareFile delivery (.2); send updated Bates-stamped link to J. Gaither and confirm access (.2); review JLL valuation (.8); finalize analysis of draws/subcontractor accounts in connection with estate claims investigation and confer with J. King, J. Ong regarding same (.7); █████████████ ████████ (.2) | 2.10 | 1,575.00 |
| 04/14/26 | JHO | Prepare for and defend CRO and E. White depositions, and conduct post deposition discussions with reporter, J. Gaither, CRO, E. White and T. Berghman (7.5). Correspond with CRO, E. White, T. Berghman and J. King regarding ███████ ████████████████████████████ ████████████████████████████ (.5). Correspond with A. Gonzales regarding ██████████████ ███████ .2). Correspond with J. Atkinson and CRO regarding updating JLL appraisal (.1). Work on confirmation W&E list with T. Berghman, CRO, E. White and J. King (.2). | 8.50 | 6,715.00 |
| 04/14/26 | BAB | Conduct research and draft memorandum for the Debtor's Response to Objections. | 1.00 | 490.00 |
| 04/14/26 | BAB | Compile Panache and Rompsen expert reports and circulate same to J. Ong | 0.20 | 98.00 |
| 04/14/26 | TDB | Prepare for and attend Milligan/White depositions (6.3); debrief regarding same (.6) | 6.90 | 5,175.00 |
| 04/14/26 | JJK | Prepare review ██████████████ (1.8); prepare memorandum regarding the same and send to J. Ong and T. Berghman (.9); confer with T. Berghman regarding depositions and plan (.4); prepare witness and exhibit list for confirmation (1.1); confer with opposing counsel regarding privilege log (.3). | 4.50 | 2,025.00 |
| 04/14/26 | BAB | Assist with deposition coordination and logistics. | 0.30 | 147.00 |
| 04/15/26 | TDB | Review and coordinate on witness/exhibit list with J. Ong, G. Milligan, J. King, and E. White (.5); review Data Room access and activity reports for inclusion in exhibits (.2); review DIP order materials and scheduling communications (.2); review budget and plan projections status and next steps (.3); review plan/ballot/brief materials for confirmation (.4); Review Panache exhibit links and instructions, coordinate local repository set-up, and confirm accessibility (.2); review pretrial order filing and attached materials (.8); review RFP responses served to RIC (Austin), LLC (.4); confer with B. Bass, J. Ong regarding ballot summary (.2); continue preparing draft confirmation brief and correspondence with Harney, MHKH teams regarding same (4.3) | 7.60 | 5,700.00 |
| 04/15/26 | JHO | Coordinate plan tabulation report with T. Berghman and B. Bass (.1). Work on confirmation brief, W&E List, exhibits, and confirmation preparation, including with T. Berghman, E. | 4.80 | 3,792.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

13 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | White, CRO, C. Esterhuysen, C. Lee and J. King (3.5). ███████████ (1). Correspond with J. Gaither and T. Berghman regarding plan discovery (.1). Correspond with CRO and S. Ferraris regarding updating JLL appraisal (.1). | | |
| 04/15/26 | JHO | Administe ███████████ (.1). | 0.10 | No Charge |
| 04/15/26 | JJK | Confer with T. Berghman regarding ██████████ (.2); prepare exhibits for witness and exhibit list in sharefile (1.5); review bank statement production for completeness (.8); proof and revise confirmation brief (3.2). | 5.70 | 2,565.00 |
| 04/15/26 | BAB | Review Ballots and begin drafting the Debtor's Ballot Summary and the Declaration of Thomas Berghman, as Ballot Agent, regarding Solicitation and Ballot Tabulation. | 1.40 | 686.00 |
| 04/16/26 | TDB | Direct A. Mays on filing sequence for ballot summary and declaration; address fix confirmation (.3); review ECF notices for ballot summary and declaration and confirm docketing (.2); review/confirm plan-requested language and confirmation-order inserts (.2); receive link and password for responses to second RFP and coordinate production set gap (.2) | 0.90 | 675.00 |
| 04/16/26 | TDB | Finalize draft brief (7); Strategy conference call with Harney, J. Ong, J. King regarding (.6) | 7.60 | 5,700.00 |
| 04/16/26 | JJK | Attention to correspondences regarding the confirmation brief (.2); prepare witness and exhibit list for confirmation (2); correspondence with H. Valentine regarding filing of witness and exhibit list (.1); correspondence with opposing counsel regarding production link (.1); prepare confirmation brief (.4); prepare rebuttal exhibits (.1); correspondence regarding exhibit list (.1); Confer with G. Milligan, E. White, T. Berghman, and J. Ong regarding exhibit list, confirmation brief, and trial strategy (.7). | 3.70 | 1,665.00 |
| 04/16/26 | JHO | Complete review, revision, comments coordination and filing of confirmation brief, including with T. Berghman, E. White, CRO, B. Bass and J. King (4.2). Overview review JLL updated appraisal and correspond with CRO, E. White, S. Ferraris and T. Berghman regarding same (.7). Correspond with T. Berghman, CRO, E. White and J. King regarding W&E list, exhibits and confirmation order and work on list and exhibits (.8). Work on witness scripts and trial preparation and correspond with CRO, T. Berghman and E. White regarding strategies (2.2). Review and revise draft balloting report and supporting T. Berghman declaration, coordinate same with Berghman and B. Bass and coordinate filing and service (.6). Administer plan related discovery and production with CRO, E. White, T. Berghman, H. Valentine, A. Mays, M. Young, J. King and J. Gaither (.2). | 8.70 | 6,873.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

14 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/16/26 | BAB | Continue drafting the Debtor's Ballot Summary and the Declaration of Thomas Berghman, as Ballot Agent, regarding Solicitation and Ballot Tabulation and circulate draft to T. Berghman and J. Ong for review. Coordinate finalization and filing of same (.4). | 1.60 | 784.00 |
| 04/16/26 | BAB | Conduct targeted legal research ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 3.40 | 1,666.00 |
| 04/17/26 | TDB | Multiple strategy correspondence throughout day with Harney, MHKH teams regarding confirmation matters (.9); Correspondence with Irion regarding subpoena and review responses/document production (.2) | 1.10 | 825.00 |
| 04/17/26 | JJK | Prepare witness and exhibit list (.1); confer with G. Milligan, J. Ong, and E. White regarding final trial preparation (.4); prepare witness and exhibit list and all exhibits (2.7); file and email witness and exhibit list (.2). | 3.40 | 1,530.00 |
| 04/17/26 | TDB | Work with MHKH, Harney teams to finalize exhibits | 1.40 | 1,050.00 |
| 04/17/26 | BAB | Coordinate with J. King regarding finalization of confirmation hearing exhibits and review and finalize exhibits for circulation (.9). Coordinate with J. King regarding confidential exhibits and compliance with applicable local rules (.3). | 1.20 | 588.00 |
| 04/17/26 | JHO | Work on W&E list, exhibits and rebuttal exhibits, coordinate with T. Berghman, J. King, A. Mays, B. Bass, CRO and E. White to update, populate and finalize same and address filing process and administration of confidential exhibits and confirm filing (2.5). Continue preparing for plan confirmation (and adversary) trial(s), including on weekly conference call with CRO, T. Berghman, E. White., J. King and C. Esterhuysen (2.7). Correspond with CRO and E. White regarding their deposition transcripts (.1). Review Panache Parties W&E List and targeted exhibits, and correspond with T. Berghman, CRO, E. White and J. Gaither regarding designations (.6). ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (.1). | 6.00 | 4,740.00 |
| 04/18/26 | TDB | Correspondence with MHKH, Harney teams regarding exhibits, trial preparation (.3); review RMLP/Romspen trial exhibits transmission (.1); review Gaither deposition requests and plan Monday follow-up (.2); confer by email regarding plan requested language with opposing counsel (.2); | 0.80 | 600.00 |
| 04/18/26 | JHO | Correspond with J. Wertz, B. Butler, T. Berghman and J. King regarding modified plan language (.1). Correspond with J. King, T. Berghman, CRO and E. White regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (.8). | 0.90 | 711.00 |
| 04/18/26 | JJK | Review production for panache (1.1); review client file from Sprouse Shrader (.3). | 1.40 | 630.00 |
| 04/19/26 | TDB | Multiple correspondence throughout day regarding exhibits, trial preparation matters with Harney, MHKH teams (.7) | 0.70 | 525.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

15 of 27
May 7, 2026

| 04/19/26 | JHO | Prepare for confirmation / trial and correspond with T. Berghman regarding same. | 0.90 | 711.00 |
|---|---|---|---|---|
| 04/19/26 | JJK | Review exhibits for trial (.3). | 0.30 | 135.00 |
| 04/20/26 | TDB | Review amended exhibit links and direct repository/binder updates with J. Ong, B. Bass, H. Valentine (.3); coordinate internally on amended links and file access logistics (.2); review counterparties' amended exhibit list discrepancies and assess impact on trial prep, including request for cross-reference table (.4); review email agreement on preadmission exceptions and corresponding issues list (.2); review First Amended Joint Pretrial Order excerpts and comparison metadata (0.3); review Findings and Conclusions redline (0.3); prepare for and attend exhibits meet/confer (.5); meet/confer with Gaither regarding confirmation exhibits and related correspondence (.5) | 2.70 | 2,025.00 |
| 04/20/26 | JJK | Attention to correspondence regarding final orders, trial preparation, and other trial matters (.1); confer with counsel regarding exhibits (.4); correspondence with J. Ong and G. Milligan regarding trial preparation (.1). | 0.60 | 270.00 |
| 04/20/26 | JHO | Prepare for confirmation / trial, and correspond with CRO, T. Berghman, E. White, J. King, B. Bass, H. Valentine and S. Dumas regarding same (5.4). Confer with L. Adcock and T. Berghman regarding █████████ (.1). Discuss plan exhibits administration with J. Gaither and T. Berghman (.2). | 5.70 | 4,503.00 |
| 04/20/26 | BAB | Assist with trial preparation including review and organization of exhibits and confer and coordinate with J. Ong regarding cross-examination and applicable rebuttal exhibits | 1.00 | 490.00 |
| 04/21/26 | JJK | Correspondence with J. Ong regarding trial scheduling (.1). | 0.10 | 45.00 |
| 04/21/26 | JJK | Travel to Austin for trial (4.1) | 4.10 | No Charge |
| 04/21/26 | JHO | Prepare for plan confirmation and related trial (3). Correspond with J. Rudd, C. Curtis, R. Horton, J. Gaither, J. Fain, R. Horton, J. Hanna, C. Roy, T. Berghman and J. King to coordinate witness scheduling / order (.2). | 3.20 | 2,528.00 |
| 04/21/26 | BAB | Compile exhibits and exhibit binders and prepare for Confirmation of the Second Amended Plan, final approval of the DIP motion, and for the related adversary proceeding. | 2.50 | No Charge |
| 04/21/26 | TDB | Travel to Austin (4); multiple correspondence and calls with ██████████████████████ ion (.8); finalize opening argument preparation (3); prepare Woodham cross (1) | 8.80 | 6,600.00 |
| 04/22/26 | JHO | Prepare for travel to and represent Debtor at plan confirmation, DIP financing hearing (and related adversary trial) proceedings, and return to office, including pre-hearing, midday and post hearing correspondence and meetings with CRO, E. White, T. Berghman, J. King and B. Bass (9.5). Work on A. Zarafshani cross examination script (.8). | 10.30 | 8,137.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

16 of 27
May 7, 2026

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 04/22/26 | JJK | Prepare for trial and meetings with G. Milligan, E. White, J. Ong, and T. Berghman (3.2); attend trial and assist in examination of witnesses and documents (6.8) (No Charge 3.0). | 7.00 | 3,150.00 |
| 04/22/26 | BAB | Attend pre-hearing meeting with J. Ong, T. Berghman, E. White, G. Milligan and J. King (.4); Prepare for and finalize exhibits and exhibit binders, travel to and attend trial for Confirmation of the Second Amended Plan, final approval of the DIP motion, and for the related adversary proceeding (9.6) (No Charge 6.0). | 4.10 | 2,009.00 |
| 04/22/26 | TDB | Prepare for and attend first day of trial, including delivering opening statement and cross-examination of Woodham, pre-trial meeting with Harney, MHKH teams, and debrief (9.3) | 9.30 | 6,975.00 |
| 04/23/26 | JHO | Prepare for and represent Debtor in Day 2 trials, including pre-hearing, pre-attendance and post-hearing discussions with T. Berghman, CRO, E. White, J. King and B. Bass, and return (5.8). Work on A. Zarafshani cross examination script (2). | 7.80 | 6,162.00 |
| 04/23/26 | JJK | Prepare for trial and meetings with G. Milligan, E. White, J. Ong, and T. Berghman (1.7); attend trial and assist in examination of witnesses and documents (8.7) (No Charge 3.0). | 7.40 | 3,330.00 |
| 04/23/26 | TDB | Pre-trial breakfast meeting with Harney, MHKH teams (1); attend day two of trial (10); debrief with team, related correspondence (.3); continue work on direct testimony of G. Milligan (2) | 13.30 | 9,975.00 |
| 04/23/26 | JHO | ███████████████████████. | 0.70 | No Charge |
| 04/23/26 | BAB | Prepare for and attend trial for Confirmation of the Second Amended Plan, final approval of the DIP motion, and for the related adversary proceeding (6.2) (No Charge 3.1). | 3.10 | 1,519.00 |
| 04/24/26 | JHO | Complete preparing Zarafshani cross examination script, prepare for today's hearings, travel to and represent Debtor at same, conduct brief post-hearing discussion with CRO, T. Berghman, E. White, J. King and B. Bass, and return (9.9). Correspond with C. Montgomery regarding trial and potential testimony (.1). | 10.00 | 7,900.00 |
| 04/24/26 | JJK | Prepare for trial and meetings (.5); attend trial and assist in examination of witnesses and documents (5.1); travel to Dallas (4.1) (No Charge 4.1). | 5.60 | 2,520.00 |
| 04/24/26 | TDB | Prepare for and attend third day of trial (6.8); continue preparing G. Milligan direct testimony (3.3) | 10.10 | 7,575.00 |
| 04/24/26 | BAB | Prepare for, travel to and attend trial for Confirmation of the Second Amended Plan, final approval of the DIP motion, and for the related adversary proceeding (7.1) (No Charge 4.0) | 3.10 | 1,519.00 |
| 04/25/26 | JHO | Correspond with T. Berghman, CRO, E. White and B. Bass regarding upcoming testimony (.7). | 0.70 | 553.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/25/26 | TDB | Correspondence with MHKH, Harney teams regarding continued trial preparation throughout day (.7); finalize GSM draft script and Correspondence with same regarding same (1.7) | 2.40 | 1,800.00 |
| 04/26/26 | JHO | Confer with J. Wertz regarding plan confirmation proceedings, developments, proposed confirmation order, and CTRMA language. | 0.20 | 158.00 |
| 04/26/26 | JJK | Travel to Austin for trial (4.1) (No Charge 4.1); review solicited plan and correspondence with J. Ong regarding the same (.2). | 0.20 | 90.00 |
| 04/26/26 | TDB | Prepare for and attend conference call with Harney, J. Ong regarding trial preparation (2.3); continue work on witness direct and multiple related calls and correspondence (3.3) | 5.70 | 4,275.00 |
| 04/26/26 | JHO | Correspond with T. Berghman, CRO, and E. White regarding upcoming testimony, prepare for and attend planning session with them, and follow up coordination (2.4). ██████████ (.1). ██████████ (.1). | 2.60 | 2,054.00 |
| 04/26/26 | BAB | Conduct legal research ████████████████. | 1.40 | 686.00 |
| 04/27/26 | JHO | Administer plan confirmation / DIP hearing and adversary proceeding trial documents. | 0.20 | No Charge |
| 04/27/26 | TDB | Finalize preparation for G. Milligan direction (.7); pre-trial breakfast meeting with J. Ong, G. Milligan, J. King (.8); attend and prosecute fourth day of trial (10.3) | 11.80 | 8,850.00 |
| 04/27/26 | JJK | Prepare for trial with client and T. Berghman and have strategy meetings during breaks (2.1); attend trial and assist in tracking exhibits and identifying issues (8.4) (No Charge 3.0). | 7.50 | 3,375.00 |
| 04/27/26 | JHO | Prepare for, travel to and attend planning meeting with T. Berghman, CRO, E. White and J. King, travel to and attend plan confirmation (and related DIP Financing motion and adversary trial), and return (10.5). | 10.50 | 8,295.00 |
| 04/27/26 | BAB | Conduct legal research regarding ████████████ and provide summary of same to J. Ong and T. Berghman. | 2.30 | 1,127.00 |
| 04/27/26 | BAB | Attend trial for Confirmation of the Second Amended Plan, final approval of the DIP motion, and for the related adversary proceeding (No Charge). | 4.30 | No Charge |
| 04/28/26 | JJK | Attend trial and provide support for final evidence and closing (5.6); ████████████████ (.9); travel back to Dallas (4.1) (No Charge) | 6.50 | 2,925.00 |
| 04/28/26 | TDB | Prepare for last day of trial and prosecute same (8.3); debrief with Harney, MHKH teams regarding same and discuss briefing issues (.4) | 8.70 | 6,525.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

18 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/28/26 | JHO | Prepare for travel to and attend final day of plan confirmation, related DIP Financing hearing and adversary trial, attend to notice of rebuttal exhibits, conduct post-trial discussions with T. Berghman, CRO, E. White, B. Bass and J. King, follow up correspondence with C. Roy and R. Farrar, and return. | 6.50 | 5,135.00 |
| 04/28/26 | BAB | Travel to and attend trial for Confirmation of the Second Amended Plan, final approval of the DIP motion, and for the related adversary proceeding (6.6) (No Charge 3.0). Revise and finalize the Debtor's Notice of Rebuttal Exhibits (.1). | 3.70 | 1,813.00 |
| 04/29/26 | JJK | Prepare confirmation order (.9). | 0.90 | 405.00 |
| 04/29/26 | JHO | Correspond with T. Berghman and J. King regarding confirmation order provisions. | 0.10 | 79.00 |
| 04/29/26 | TDB | Transit to Dallas from Austin following trial | 3.00 | 2,250.00 |
| 04/30/26 | TDB | Coordinate decommissioning of e-discovery platform (.2) | 0.20 | 150.00 |
| 04/30/26 | JJK | Prepare the confirmation order (2.1); research ██████ ██████████████ (.8). | 2.90 | 1,305.00 |
| | | **Total for 07** | **416.20** | **269,830.00** |

**Task Code:   08            Claims Administration / Objections**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/07/26 | JHO | Claim reconciliation correspondence with K. Hirsch, C. Curtis, CRO, T. Berghman and E. White. | 0.20 | 158.00 |
| 04/13/26 | JHO | Correspond with K. Hirsh regarding draw request relating to pending bankruptcy claims. | 0.10 | 79.00 |
| | | **Total for 08** | **0.30** | **237.00** |

**Task Code:   09            Other Contested Matters**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/04/26 | TDB | ████████████████████████████ (.1) | 0.10 | 75.00 |
| 04/13/26 | HJV | Analyze document production received from Austin CG, Texas Air, and Summer Legacy; attention to organizing same. | 0.40 | 112.00 |
| | | **Total for 09** | **0.50** | **187.00** |

**Task Code:   12            Adversary Proceedings / Litigation**

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

19 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/01/26 | TDB | Review and coordinate RIC (Austin) subcontractor discovery traffic with J. Ong and J. King, including motion-to-compel package, expedited hearing references, and deposition-date locking (.8); review client feedback from G. Milligan on draft motion (.2); review related notices/subpoenas excerpts for scope and service certifications (.2) | 1.20 | 900.00 |
| 04/01/26 | BAB | Attend deposition of Caryn Fuller. | 1.60 | No Charge |
| 04/01/26 | JHO | Administer C. Fuller deposition with T. Berghman, CRO and B. Bass, prepare for and attend same and administer transcript order (4.4). ███████████████ (.1). Begin preparing for tomorrow's hearings on summary judgment and correspond with R. Farrar and T. Berghman regarding same (.3). | 4.70 | 3,713.00 |
| 04/02/26 | JHO | Prepare for, travel to and attend hearings on MSJs, brief post-hearing conference with CRO and E. White, and return (3). | 3.00 | 2,370.00 |
| 04/02/26 | TDB | Attend MSJ hearing and related correspondence (1.8) | 1.80 | 1,350.00 |
| 04/02/26 | TDB | Doc review | 2.50 | 1,875.00 |
| 04/02/26 | BAB | Assist J. Ong in administration and preparation for the hearing, | 0.50 | 245.00 |
| 04/03/26 | JRR | Review and analyze correspondence from the municipal court regarding environmental appearance | 0.50 | 320.00 |
| 04/03/26 | MJS | Revised Second Requests for Production to Vesta, Zarafshani, and AFMN. | 0.70 | 294.00 |
| 04/03/26 | MJS | Conferred with internal team regarding revising Second Requests for Production to Vesta, Zarafshani, and AFMN. | 0.10 | 42.00 |
| 04/03/26 | JHO | Administer discovery matters with CRO, T. Berghman, E. White, H. Valentine and A. Mays (.1). Review, revise and assist in coordinating additional requests for production from Panache parties and related parties with T. Berghman, J. King, CRO and B. Bass (.8). | 0.90 | 711.00 |
| 04/04/26 | JHO | Correspond with CRO regarding reset date in regulatory proceeding, review and calendar same (.1). Confer with CRO regarding valuation analyses. | 0.20 | 158.00 |
| 04/05/26 | TDB | Quality control document production and finalize same | 1.30 | 975.00 |
| 04/06/26 | HJV | Review deposition and exhibits regarding Jeffrey Kuehn and organize same. | 0.10 | 28.00 |
| 04/06/26 | LRA | Telephone conference and email correspondence ███ ████████████████████████ (.6); email correspondence with Thomas Berghman regarding same (.2). | 0.80 | 480.00 |
| 04/06/26 | JHO | Review agreed motion to extend time to submit joint pretrial order and order granting same (.1). ██████████████ █████████ (.1). Correspond with L. Graham regarding document production (.1). | 0.30 | 237.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

20 of 27
May 7, 2026

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/07/26 | LRA | Exchange additional emails with consultants regarding ███████ (.5); Review ███████ (.5) | 1.00 | 600.00 |
| 04/07/26 | JHO | Administer discovery matters with CRO, T. Berghman, E. White, H. Valentine and A. Mays (.1). Review Panache Parties' statement of consent to final disposition (.1). Correspond with CRO and J. Ray regarding regulatory proceeding (.1). | 0.30 | 237.00 |
| 04/08/26 | LRA | Telephone conference and email correspondence with litigation team ███████ (.4); ███████ ). | 1.00 | 600.00 |
| 04/08/26 | JHO | Administer discovery matters with A. Mays, L. Adcock, and T. Berghman. | 0.10 | 79.00 |
| 04/08/26 | JRR | ███████ | 0.40 | 256.00 |
| 04/09/26 | LRA | Email correspondence with litigation team ███████ (.3); work on review of ███████ (.3) | 0.60 | 360.00 |
| 04/09/26 | JHO | Correspond with K. Hirsch, T. Berghman to coordinate docket call status / scheduling conference (.1). Correspond with T. Davis and CRO to coordinate Drenner Group engagement (.1). Begin reviewing dueling proposed findings and conclusions, joint pretrial order, Romspen party brief (1.5). | 1.70 | 1,343.00 |
| 04/10/26 | LRA | Email correspondence with Jay Ong and Thomas Berghman ███████ . | 0.20 | 120.00 |
| 04/10/26 | HJV | Update docket with recent filings. | 0.50 | 140.00 |
| 04/10/26 | JHO | Correspond with T. Berghman and C. Curtis regarding ███████ (.2). Correspond with T. Berghman, K. Hirsch, J. Gaither, R. Horton and J. Fain regarding status / litigation conference scheduling (.1). Continue coordinating Drenner group engagement / regulatory proceeding administration with T. Davis (.1). Confer with L. Adcock and T. Berghman regarding Panache / Subcontractor litigation matters (.1). | 0.50 | 395.00 |
| 04/12/26 | LRA | Review tagged documents from PROD003 set to identify ███████ | 3.50 | 2,100.00 |
| 04/12/26 | JHO | Correspond with CRO and J. Lammert regarding tax dispute (.1). Administer discovery matters with CRO, E. White, T. Berghman, J. King, H. Valentine and A. Mays (.1). | 0.10 | 79.00 |
| 04/13/26 | TDB | Prepare for and attend conference docket call (1.2); meet/confer regarding trial matters (.6); Strategy conference call with J. Ong regarding trial matters (.3) | 2.10 | 1,575.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

21 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/26 | HJV | Receipt and review deposition transcripts and exhibits received from court reporter (.2). Attention to downloading and organizing same (.5). Review and download pictures from Greg Milligan (.2). Emails with team regarding same (.2). | 1.10 | 308.00 |
| 04/13/26 | JHO | Prepare for and attend Docket call, and follow up discussion with CRO, T. Berghman and E. White (1.8). Attend to discovery matters (.1). Correspond with ████████████ ████████ (.1). Prepare for and attend conference call with K. Hirsch, J. Gaither, J. Fain, C. Curtis, R. Horton, and T. Berghman to ████████████████ (.7). | 2.70 | 2,133.00 |
| 04/14/26 | JHO | Administer discovery matters, including with A. Mays and T. Berghman (.1). Correspond with K. Hirsch regarding ████████ (.1). ████████ (.1). | 0.30 | 237.00 |
| 04/14/26 | LRA | Email correspondence with e-discovery vendor regarding assistance with document review to expedite certain review matters. | 0.20 | 120.00 |
| 04/15/26 | JHO | Review Panache Parties' W&E list and administer list / exhibits with C. Curtis, S. Dumas, H. Valentine, J. King, B. Bass, and correspond with T. Berghman regarding Romspen exhibits (.6). Correspond with CRO and C. Montgomery regarding possible trial attendance (.1). Correspond with CRO and L. Bojo regarding Drenner Group engagement status and upcoming report (.2). | 0.90 | 711.00 |
| 04/15/26 | LRA | Prepare for and participate in call with ████████████████ (.9); follow-up call with Jay Ong regarding same (.1); email correspondence with another prospective consultant regarding call to discuss qualifications and background (.2) | 1.20 | 720.00 |
| 04/16/26 | JHO | Initial review of Romspen W&E List, correspond with T. Berghman, CRO, E. White and J. King regarding same and administer underlying incoming exhibits (.3). Correspond with C. Montgomery and CRO regarding litigation party witness designations and trial attendance (.1). | 0.40 | 316.00 |
| 04/16/26 | BAB | Draft the template for the Drenner Group Status Report for March 2026 and circulate template to J. Ong. | 0.40 | 196.00 |
| 04/17/26 | LRA | Prepare for and participate in call with another consultant group regarding background of matter, consultants qualifications, and potential engagement (1.0); follow-up call with Jay Ong to discuss same and comparison to other consultant candidates (.1). | 1.10 | 660.00 |
| 04/17/26 | HJV | Attention to updating docket with recent filings (.2). Attention to download and organizing exhibits received from Romspen (.4). | 0.60 | 168.00 |
| 04/17/26 | LRA | Receipt and review of reports from potential consultants from other matters to review and consider as part of consultant selection process. | 0.50 | 300.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

22 of 27
May 7, 2026

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/17/26 | JHO | Review, revise, supplement and coordinate Drenner Group status report with B. Bass and CRO (.7). Exhibit, deposition and party exhibit call administration with H. Valentine, A. Mays and T. Berghman (.1). | 0.80 | 632.00 |
| 04/18/26 | JHO | Administer incoming Romspen and Panache Party trial (and confirmation) exhibits with H. Valentine. | 0.10 | 79.00 |
| 04/20/26 | JHO | Review and incorporate CRO's revisions into proposed Drenner Group report and coordinate transmission with B. Bass (.1). Prepare for, coordinate with T. Berghman, and attend exhibits conference call with K. Hirsch, C. Curtis, Berghman, Gaither, J. Hanna, R. Horton et al. and follow up correspondence with and regarding same (.6). | 0.70 | 553.00 |
| 04/20/26 | JHO | Administer discovery matters. | 0.10 | No Charge |
| 04/20/26 | HJV | Download and organize multiple batches of trial exhibits received from Romspen and Panache Parties (.9). Download and organize large document production received from Sprouse Shrader (.3). Call with J. Ong regarding title report (.1); review and analyze production regarding title report (.7). | 2.00 | 560.00 |
| 04/20/26 | BAB | Finalize and serve the Debtor's Drenner Group Status Report. | 0.20 | 98.00 |
| 04/21/26 | JHO | Correspond with K. Hirsch, C. Curtis, J. Hanna, J. Fain and R. Farrar regarding exhibit administration / coordination and related issues (.5). Correspond with C. Montgomery to answer his question regarding potential witness timing (.1). | 0.60 | 474.00 |
| 04/22/26 | LRA | Receipt and review of additional CV and qualifications info from consultant in connection with potential engagement. | 0.30 | 180.00 |
| 04/25/26 | JHO | Review K. Hirsch correspondence regarding trial designations. | 0.20 | 158.00 |
| 04/26/26 | JHO | Correspond with T. Berghman and K. Hirsch regarding recent trial testimony and remaining proceedings. | 0.30 | 237.00 |
| | | **Total for 12** | **46.90** | **30,422.00** |

**Task Code:**   15        Tax Issues

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/12/26 | TDB | Review assignment-of-contracts thread for property tax services (Assessment Tech to J. Lammert to Silver Oaks) (.1); | 0.10 | 75.00 |
| 04/13/26 | JHO | Correspond with J. Lammert and CRO regarding tax disputes. | 0.10 | 79.00 |
| 04/14/26 | TDB | Correspondence with Lammert regarding tax matters | 0.10 | 75.00 |
| | | **Total for 15** | **0.30** | **229.00** |
| | | **Total** | **483.60** | **$310,359.00** |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

23 of 27
May 7, 2026

## Timekeeper Summary

| Timekeeper Title | Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Shareholder | James R. Ray | JRR | 640.00 | 0.90 | 576.00 |
| Shareholder | Jay Ong | JHO | 790.00 | 151.80 | 119,922.00 |
| Shareholder | Logan R. Adcock | LRA | 600.00 | 10.40 | 6,240.00 |
| Shareholder | Thomas D. Berghman | TDB | 750.00 | 163.00 | 122,250.00 |
| Shareholder | Walter A. Buchanan | WAB | 830.00 | 0.20 | 166.00 |
| Associate | Beverly A. Bass | BAB | 490.00 | 38.80 | 19,012.00 |
| Associate | Jacob J. King | JJK | 450.00 | 85.30 | 38,385.00 |
| Associate | Marisol J. Sobek | MJS | 420.00 | 0.80 | 336.00 |
| Paralegal | Heather J. Valentine | HJV | 280.00 | 12.40 | 3,472.00 |
| | | | **Total** | **463.60** | **$310,359.00** |

## Bill No Charge Summary

| Timekeeper Title | Name | Initials | Hours | Amount |
|---|---|---|---|---|
| Shareholder | Jay Ong | JHO | 2.10 | 1,659.00 |
| Associate | Beverly A. Bass | BAB | 10.30 | 5,047.00 |
| Associate | Jacob J. King | JJK | 7.60 | 3,420.00 |
| | | **Total** | **20.00** | **$10,126.00** |

## Cost Detail

| Date | Description | Amount |
|---|---|---|
| 04/30/26 | UBEO LLC - Outside Copy Service - Digital Black and White Prints, Digital Color Prints, Tabs, Binders 2", Binders 3" | 9,650.31 |
| 04/29/26 | Heather J. Valentine - Transcripts: H Valentine; Access Transcripts,  LLC - Hearing transcript for Day 5. Inv #18586 | 1,140.75 |
| 04/29/26 | Heather J. Valentine - Transcripts: H Valentine; Access Transcripts,  LLC - 4/27 Day 4 Hearing Transcript. Inv #18585 | 1,930.50 |
| 04/28/26 | Copies of Court Transcripts Heather J. Valentine - Transcripts: H Valentine; Access Transcripts,  LLC - 4/28 hearing transcript (balance). Inv  #18642 | 134.55 |
| 04/28/26 | Heather J. Valentine - Transcripts: H Valentine; Access Transcripts  LLC: Day 1 hearing transcript. | 379.60 |
| 04/28/26 | Beverly A. Bass - Parking: B Bass; Parking while attending hearing. 4/28 | 9.45 |
| 04/28/26 | Beverly A. Bass - Parking: B Bass; Parking while attending hearing. 4/28 | 1.30 |
| 04/28/26 | Beverly A. Bass - Parking: B Bass; Parking while attending hearing. 4/28 | 8.55 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

| Date | Description | Amount |
|---|---|---|
| 04/28/26 | Jacob J. King - Lodging: J King; Court hearing in Austin - Hotel. 4/26-28 | 1,697.99 |
| 04/28/26 | Jay Ong - Parking: J Ong; Parking while attending hearing. 4/28 | 32.95 |
| 04/28/26 | Jacob J. King - Lodging: J King; Court trial - hotel tax charges while in Wilmington, DE. 4/26-27 | 83.50 |
| 04/28/26 | Jacob J. King - Hotel - Parking: J King; Court trial - Hotel Parking in Ausitn. 4.26-27 | 127.74 |
| 04/28/26 | Jay Ong - Meals Outside Office: J Ong; Capital A - Planning lunch for hearing. Gregory Milligan -  Harney Partners, Erik White - Harney Partners,  Jay Ong, Beverly Bass, Jacob King | 60.88 |
| 04/28/26 | Jay Ong - Parking: J Ong; Hotel Parking while attending hearing. 4/28 | 27.06 |
| 04/27/26 | Mainstay Legal - Mailings - Mailout Copies & Postage | 485.64 |
| 04/27/26 | Copies of Court Transcripts Heather J. Valentine - Transcripts: H Valentine; Access Transcripts,  LLC - 4/27 hearing transcript (balance). Inv  #18641 | 23.40 |
| 04/27/26 | Beverly A. Bass - Parking: B Bass; Parking while attending hearing. 4/27 | 9.55 |
| 04/27/26 | Jay Ong - Parking: J Ong; Parking while attending hearing. 4/27 | 39.50 |
| 04/27/26 | Jay Ong - Meals Outside Office: J Ong; Capital A - Planning breakfast before hearing. Erik White -  Harney Partners, Gregory Milligan - Harney  Partners, Jay Ong, Thomas Berghman, Beverly Bass | 75.79 |
| 04/24/26 | Jay Ong - Parking: J Ong; Parking while attending hearing. 4/24 | 22.75 |
| 04/24/26 | Heather J. Valentine - Transcripts: H Valentine; Access Transcripts,  LLC - Trial Transcript - Day 2 (4/24/26) Inv #18567 | 1,883.70 |
| 04/24/26 | Beverly A. Bass - Parking: B Bass; Parking fee while attending  hearing. 4/24 | 19.30 |
| 04/24/26 | Jacob J. King - Lodging: J King; Court hearing in Austin - Hotel. 4/21-24 | 2,310.68 |
| 04/23/26 | Beverly A. Bass - Parking: B Bass; Parking fee while attending  hearing. 4/23 | 39.30 |
| 04/23/26 | Jacob J. King - Hotel - Meals Outside Office: J King; Court hearing in Austin - hotel meals. 4/22-23 | 134.09 |
| 04/23/26 | Copies of Court Transcripts Heather J. Valentine - Transcripts: H Valentine; Access Transcripts,  LLC - Remaining balance of 4/23 hearing  transcript. Inv #18622 | 87.75 |
| 04/22/26 | Jay Ong - Parking: J Ong; Parking while attending hearing. 4/22 | 22.00 |
| 04/22/26 | Jay Ong - Outside Copy Service: J Ong; Public Records Fee for copy  of deed of trust. 4/22 | 7.00 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

25 of 27
May 7, 2026

| Date | Description | Amount |
|---|---|---|
| 04/22/26 | Beverly A. Bass - Parking: B Bass; Parking fee while attending  hearing. 4/22 | 39.30 |
| 04/22/26 | Jay Ong - Parking: J Ong; Parking for hearing. 4/22 | 39.50 |
| 04/16/26 | Veritext - Deposition - Transcript of Erik Michael White and Gregory Scott Milligan depositions taken 04/14/26 | 3,428.50 |
| 04/14/26 | Jay Ong - Meals Outside Office: J Ong; Moderna Bar & Pizzeria - Lunch during deposition. Gregory  Milligan - Harney Partners, Erik White - Harney  Partners, Jay Ong | 78.90 |
| 04/13/26 | Jay Ong - Transcripts: J Ong; Access Transcripts LLC: Transcript of 4/6/26 hearing. Inv #18503 | 228.15 |
| 04/07/26 | U.S. Courts: PACER - Pacer Research – Charges incurred during the period 01/01/26 – 03/31/26 | 86.20 |
| 04/03/26 | Magna Legal Services LLC - Copies of Court Transcripts - Transcript of Amanda Woodham deposition taken 03/10/26 | 1,821.40 |
| 04/01/26 | Jay Ong - Outside Copy Service: J Ong; Texas SOS - Obtain copy of  Deed of Trust. 4/1 | 1.03 |
| 04/01/26 | 42.38 GB Active for April - Data Hosting Service (CS Disco) | 847.54 |
| 04/01/26 | 61.10 GB Active for April - Data Hosting Service (CS Disco) | 1,221.94 |
| 03/25/26 | Jay Ong - Parking: J Ong; Parking while attending hearing. 3/25 | 8.75 |
| 03/02/26 | Thomas Berghman - Meals Outside Office: T Berghman; The Corner  Outside - Strategy lunch while in Austin to debrief from hearing and plan next steps. Erik  White - Harney Partners, Greg Milligan - Harney  Partners, Thomas Berghman, Jay Ong | 147.86 |
| 03/02/26 | Jay Ong - Parking: J Ong; Parking while attending hearing. 3/2 | 12.75 |
| | **Total** | **$28,407.40** |

**Cost Summary**

| Description | Amount |
|---|---|
| Parking/Cab/Mileage | 459.75 |
| Outside Copy Service | 9,658.34 |
| Meals-100% | 497.52 |
| Mailings | 485.64 |
| Copies of Court Transcripts | 7,629.80 |
| Deposition | 3,428.50 |
| Pacer Research | 86.20 |
| Travel Expenses | 4,092.17 |

Munsch Hardt Kopf & Harr, P.C.
Matter Number: 022816.00003
Invoice Number: 10589074
Client: RIC (Austin), LLC
Matter Description: Chapter 11 – Subchapter V

26 of 27
May 7, 2026

| Description | Amount |
|---|---|
| Data Hosting Service | 2,069.48 |
| **Total** | **$28,407.40** |

## Task Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 01 | General Case Administration / Bankruptcy Advice | 6.80 | 2,954.00 |
| 02 | Cash Collateral / Postpetition Financing | 4.20 | 3,286.00 |
| 04 | Schedules, SOFA, 341 Meeting and US Trustee Communications | 3.70 | 1,376.00 |
| 05 | Employment and Fee Applications | 4.70 | 1,838.00 |
| 07 | Plan and Disclosure Statement | 416.20 | 269,830.00 |
| 08 | Claims Administration / Objections | 0.30 | 237.00 |
| 09 | Other Contested Matters | 0.50 | 187.00 |
| 12 | Adversary Proceedings / Litigation | 46.90 | 30,422.00 |
| 15 | Tax Issues | 0.30 | 229.00 |
| | **Total** | **483.60** | **$310,359.00** |

## Outstanding Invoices

| Invoice Date | Invoice Number | Invoice Total | Payments | Total Balance |
|---|---|---|---|---|
| 06/06/25 | 10559300 | 29,506.97 | 27,370.79 | 2,136.18 |
| 12/10/25 | 10576353 | 218,045.94 | 175,122.74 | 42,923.20 |
| 01/15/26 | 10578717 | 110,005.60 | 88,539.40 | 21,466.20 |
| 02/11/26 | 10581092 | 172,650.65 | 137,794.13 | 34,856.52 |
| 03/11/26 | 10583863 | 190,204.19 | 153,152.59 | 37,051.60 |
| 04/10/26 | 10586684 | 157,511.34 | 0.00 | 157,511.34 |
| | | | **Total** | **$295,945.04** |



**MUNSCH HARDT**
DALLAS / HOUSTON / AUSTIN

Ross Tower
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Main  214.855.7500
Fax  214.855.7584
munsch.com

RIC (Austin), LLC
Rompsen (Roemaster) Holdings, Inc.
Attn: Peter Oelbaum
162 Cumberland St., Ste. 300
Toronto, ON M5R3N-5
CA - CANADA

| | |
|---|---|
| Invoice Date: | May 7, 2026 |
| Invoice Number: | 10589074 |
| Matter Number: | 022816.00003 |

*For Professional Services through **April 30, 2026***

**Client:**  RIC (Austin), LLC
**Matter:**  Chapter 11 – Subchapter V

| | |
|---|---|
| Total Fees | $ 310,359.00 |
| Total Costs | $ 28,407.40 |
| **TOTAL THIS INVOICE** | **$ 338,766.40** |
| Previous Balance | $ 295,945.04 |
| **Total Balance Due** | **$ 634,711.44** |

**ACH and Wire Instructions:**
BOKF, NA (FFC Bank of Texas, NA)
ABA Routing Number: 111014325
Account Number: 2880510762
Swift Code: BAOKUS44

**Remittance Address:**
Accounting
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 4000
Dallas, TX 75201-6605

Include Client or Matter Number and Invoice Number with remittance.

Payments by credit card or eCheck: https://www.munsch.com/payment. A 2.5% service fee will be added to credit card payments.

**MH Federal ID Number:** 75-2096964

**For billing inquiries, please contact accounting@munsch.com or (214) 740-5198.**