**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 24-10264-cgb** |
| | § | |
| **RIC (AUSTIN) LLC** | § | |
| | § | |
| **REORGANIZED DEBTOR.** | § | **Chapter 11** |

# NOTICE OF EFFECTIVE DATE AND PLAN DEADLINES

**PLEASE TAKE NOTICE** that, on May 21, 2026 (the "Confirmation Date"), the Bankruptcy Court entered its *Order Confirming and Approving the Debtor's Combined Disclosure Statement and Second Amended Plan of Reorganization* [Docket No. 388] (the "Confirmation Order"), pursuant to which it confirmed the *Debtor's Combined Disclosure Statement and Second Amended Plan of Reorganization* [Docket No. 294-2] (the "Plan").[1]

**PLEASE TAKE FURTHER NOTICE** that in accordance with section 2.5.2.8 of the Plan the Closing of the Equity Purchase transaction occurred on May 29, 2026. Accordingly, under section 2.9 of the Plan, the Effective Date of the Plan is **June 4, 2026**.

**PLEASE TAKE FURTHER NOTICE** of the following deadlines under the Plan and Confirmation Order:

| Date | Description |
|---|---|
| June 22, 2026 | Deadline to file proofs of claims arising from the rejection of any executory contract or unexpired lease |
| July 20, 2026 | Deadline to file applications for compensation by professional persons (responses to any such applications due 21 days after the filing of such application) |
| July 20, 2026 | Deadline to file applications for allowance and payment of administrative expenses (responses to any such application due 21 days after the filing of such application) |

[1] Capitalized terms used and not otherwise defined herein have the same definitions as are set forth in the Plan.

| | |
|---|---|
| July 20, 2026 | Deadline to object to claims (responses to any such objections due 30 days after the filing of such objection) |

RESPECTFULLY SUBMITTED this 8th day of June 2026.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas D. Berghman*
Thomas D. Berghman
Texas Bar No. 24082683
Jay H. Ong
Texas Bar No. 24028756
Jacob J. King
Texas Bar No. 24136951
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
E-mail: tberghman@munsch.com
jong@munsch.com
jking@munsch.com

*Counsel for RIC (Austin) LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on June 8, 2026, he caused to be served true and correct copies of this Notice via the Bankruptcy Court's CM/ECF noticing system on all parties entitled to notice thereof, and, on the same date, he personally served this Notice by U.S. First Class mail on the addresses in the attached Service List.

By: */s/ Thomas D. Berghman*
Thomas D. Berghman