**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❏ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     **12/17**

Month:      _____

Date report filed:    _____
MM / DD / YYYY

Line of business: _____

NAISC code:    _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:    _____

Original signature of responsible party    _____

Printed name of responsible party    _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ❏ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ❏ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ❏ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ❏ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ❏ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ❏ |

Debtor Name  _____     Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?     ❑   ❑   ❑

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❑   ❑   ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

**−** $ _____

Report the total from *Exhibit D* here.

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

**+** $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

**=** $ _____

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

   *(Exhibit E)*

Debtor Name  _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____

27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____

30. How much have you paid this month in other professional fees?  $ _____

31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | **−** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____

36. Total projected cash disbursements for the next month:  **-** $ _____

37. Total projected net cash flow for the next month:  **=** $ _____

Debtor Name  _____          Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❏   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏   39.   Bank reconciliation reports for each account.

❏   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏   41.   Budget, projection, or forecast reports.

❏   42.   Project, job costing, or work-in-progress reports.

**RIC (Austin) Inc.**
**Balance Sheet**
May 31, 2026
**Unaudited**

|  | May 2026 |
|---|---|
| **ASSETS** | |
| Current assets: | |
| Cash | 6,100,158 |
| Reserved Cash - CTRMA Settlement | 0 |
| Other Receivables | 0 |
| Claims Receivable | 11,047,960 |
| Inventory Land | 35,680,043 |
| Inventory Building | 63,256,402 |
| WIP 1 Development Costs | 44,508,776 |
| Total current assets | 160,593,339 |
| Fixed assets: | |
| | 0 |
| Other assets: | |
| Due From Shareholder | 1,000 |
| | 1,000 |
| | 160,594,339 |
| **LIABILITY AND SHAREHOLDER'S EQUITY** | |
| Current liabilities: | |
| Accounts Payable | 54,818 |
| Total current liabilities | 54,818 |
| Long term liabilities: | |
| Promissory Note Due to RMLP 88642 | 4,500,000 |
| Mortgage Payable RMLP 8864 | 88,146,534 |
| Mortgage Payable RMLP 88641 | 51,444,027 |
| Debt payable Panache | 11,047,960 |
| | 155,138,521 |
| Shareholder's equity: | |
| Equity Capital | 5,401,000 |
| Total shareholder's equity | 5,401,000 |
| | 160,594,339 |

**TriState Capital Bank**
300 718 Street STE 2700
Pittsburgh PA 15219



Member FDIC

Period Covered:
May 01, 2026 - May 31, 2026
Page 1 of 7

Gregory Scott Milligan
8911 N. Capital of Texas Highway
Suite 2120
Austin TX 78759

| | |
|---|---|
| Case Number | 24-10264 |
| Case Name | RIC (AUSTIN), LLC DEBTOR |
| Trustee Number | 631344 |
| Trustee Name | Gregory Scott Milligan TRUSTEE |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▉5295 | $1,066,567.39 | $6,109,725.09 |
| **Total** | | **$1,066,567.39** | **$6,109,725.09** |

## TRUSTEE CHECKING                    Account Number: ▉5295

| | | | |
|---|---|---|---|
| Enclosures | 15 | **Beginning Balance** | **$1,066,567.39** |
| | | + Total Additions | $5,409,596.65 |
| | | - Total Subtractions | $366,438.95 |
| | | **Ending Balance** | **$6,109,725.09** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 1270 | 05-22 | $697.80 |
| 1281* | 05-22 | $697.80 |
| 1283* | 05-01 | $108.77 |
| 1284 | 05-01 | $9,890.96 |
| 1292* | 05-21 | $3,534.37 |
| 1293 | 05-06 | $345.32 |
| 1294 | 05-22 | $697.80 |
| 1295 | 05-11 | $42,266.80 |
| 1296 | 05-11 | $100.81 |
| 1297 | 05-07 | $1,305.76 |
| 1298 | 05-12 | $11,796.39 |
| 1299 | 05-12 | $1,333.62 |
| 1300 | 05-14 | $136.43 |
| 1302* | 05-27 | $3,040.34 |
| 1304* | 05-27 | $34,278.58 |

**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219



Period Covered:
May 01, 2026 - May 31, 2026
Page 2 of 7

## Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| 05-20 | OUTGOING WIRE TO MUNSCH HARDT KOPF & HARR, PC 596324 | $128,306.14 |
| 05-20 | OUTGOING WIRE TO HARNEY PARTNE RS 596325 | $33,372.00 |
| 05-20 | OUTGOING WIRE TO THE MONTGOMER Y DESIGN CONSULTANCY 596327 | $15,805.44 |
| 05-20 | OUTGOING WIRE TO RANGER SECURI TY AGENCY LLC 596326 | $78,173.82 |
| 05-29 | BANK & TECH FEE | $550.00 |

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| 05-04 | CUSTOMER DEPOSIT | $9,596.65 |
| 05-26 | INCOMING WIRE FROM ROMSPEN INV ESTMENT CORPORATION 97852429 | $5,400,000.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-30 | $1,066,567.39 | 05-01 | $1,056,567.66 | 05-04 | $1,066,164.31 |
| 05-06 | $1,065,818.99 | 05-07 | $1,064,513.23 | 05-11 | $1,022,145.62 |
| 05-12 | $1,009,015.61 | 05-14 | $1,008,879.18 | 05-20 | $753,221.78 |
| 05-21 | $749,687.41 | 05-22 | $747,594.01 | 05-26 | $6,147,594.01 |
| 05-27 | $6,110,275.09 | 05-29 | $6,109,725.09 | | |

**TriState Capital Bank**
300 Fifth Avenue, Ste. 2700
Pittsburgh PA 15219


Member
**FDIC**

Period Covered:
May 01, 2026 - May 31, 2026
Page 3 of 7

| | | |
|---|---|---|
| 05/22/2026 | 1270 | $697.80 |
| 05/22/2026 | 1281 | $697.80 |
| 05/01/2026 | 1283 | $108.77 |
| 05/01/2026 | 1284 | $9,890.96 |



Period Covered:
May 01, 2026 - May 31, 2026
Page 4 of 7

---

RIC (AUSTIN), LLC
Debtor in Possession
Austin, TX 78732

TriState Capital Bank
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

1292

VOID AFTER 90 DAYS

Debtor
RIC (AUSTIN), LLC (24-10264)

Date  05/01/2026

Tech 4554 Tree and Brush Clean Up, Washout Remediation - Initial Deposit

$  *******3,534.37

——Three Thousand Five Hundred Thirty Four Dollars and 37/100

Pay to the Order of  D.A.D.'s Lawn Services
PO Box 95
Manchaca, TX 78652

Greg Milligan

| 05/21/2026 | 1292 | $3,534.37 | | 05/21/2026 | 1292 | $3,534.37 |

---

RIC (AUSTIN), LLC
Debtor in Possession
Austin, TX 78732

TriState Capital Bank
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

1293

VOID AFTER 90 DAYS

Debtor
RIC (AUSTIN), LLC (24-10264)

Date  05/01/2026

Acct # 240830; Inv # 698345, 69x244, 69x232

$  *********345.32

—— Three Hundred Forty Five Dollars and 32/100

Pay to the Order of  The Bug Master
1912 Smith Road
Austin, TX 78721

Greg Milligan

Location Code: 1

| 05/06/2026 | 1293 | $345.32 | | 05/06/2026 | 1293 | $345.32 |

---

RIC (AUSTIN), LLC
Debtor in Possession
Austin, TX 78732

TriState Capital Bank
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

1294

VOID AFTER 90 DAYS

Debtor
RIC (AUSTIN), LLC (24-10264)

Date  05/01/2026

RIC Austin / 3443 Ed Bluestein; 20200

$  ********697.80

—— Six Hundred Ninety Seven Dollars and 80/100

Pay to the Order of  Austin Porta Potty Rentals
212 N Blue Ridge Pkwy
Cedar Park, TX 78613

Greg Milligan

FOR MOBILE DEPOSIT ONLY

| 05/22/2026 | 1294 | $697.80 | | 05/22/2026 | 1294 | $697.80 |

---

RIC (AUSTIN), LLC
Debtor in Possession
Austin, TX 78732

TriState Capital Bank
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

1295

VOID AFTER 90 DAYS

Debtor
RIC (AUSTIN), LLC (24-10264)

Date  05/01/2026

Inv #: ARIV1054128; ARIV1054115; ARIV1054108

$  ******42,266.80

——Forty Two Thousand Two Hundred Sixty Six Dollars and 80/100

Pay to the Order of  Quiddity Engineering
P. O. Box 991
Houston, TX 77001

Greg Milligan

| 05/11/2026 | 1295 | $42,266.80 | | 05/11/2026 | 1295 | $42,266.80 |

**TriState Capital Bank**
Pittsburgh PA 15219

Member FDIC

Period Covered:
May 01, 2026 - May 31, 2026
Page 5 of 7



05/11/2026 1296 $100.81



05/11/2026 1296 $100.81



05/07/2026 1297 $1,305.76



05/07/2026 1297 $1,305.76



05/12/2026 1298 $11,796.39



05/12/2026 1298 $11,796.39



05/12/2026 1299 $1,333.62



05/12/2026 1299 $1,333.62

**TriState Capital Bank**
Pittsburgh PA 15219



| 05/14/2026 | 1300 | $136.43 | | 05/14/2026 | 1300 | $136.43 |
| 05/27/2026 | 1302 | $3,040.34 | | 05/27/2026 | 1302 | $3,040.34 |
| 05/27/2026 | 1304 | $34,278.58 | | 05/27/2026 | 1304 | $34,278.58 |



**TriState Capital Bank**
One Oxford Center, Ste 2700
Pittsburgh PA 15219

Member
**FDIC**

## ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 30 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com

RIC (Austin) LLC

Case No 24-10264-cgb

**MOR Exhibit C**

*May 2026*

## CASH RECEIPTS

| Date | Amount | Purpose |
|---|---|---|
| 5/4/26 | $9,596.65 | Refund of overpayment from Eric Terry, Subchapter V Trustee |
| 5/26/26 | $5,400,000.00 | Proceeds of Equity Auction |
| | **$5,409,596.65** | |

RIC (Austin) LLC

Case No 24-10264-cgb

**MOR Exhibit D**

*May 2026*

**CASH DISBURSEMENTS**

| Date | Amount | Purpose | Clear Date |
|---|---|---|---|
| 5/1/26 | $3,534.37 | D.A.D.'s Lawn Services | 5/21/26 |
| 5/1/26 | $345.32 | The Bug Master | 5/6/26 |
| 5/1/26 | $697.80 | Austin Porta Potty Rentals | 5/22/26 |
| 5/1/26 | $42,266.80 | Quiddity Engineering | 5/11/26 |
| 5/1/26 | $100.81 | Texas Gas Service | 5/11/26 |
| 5/1/26 | $1,305.76 | Airco Mechanical Ltd | 5/7/26 |
| 5/6/26 | $11,796.39 | City of Austin | 5/12/26 |
| 5/6/26 | $1,333.62 | City of Austin | 5/12/26 |
| 5/6/26 | $136.43 | Texas Disposal Systems | 5/14/26 |
| 5/6/26 | $34.99 | ATX Alarm Company | 6/2/26 |
| 5/19/26 | $3,040.34 | Blackwell & Duncan, PLLC | 5/27/26 |
| 5/19/26 | $4,579.60 | Drenner Group | 6/3/26 |
| 5/19/26 | $34,278.58 | Koetter Fire Protection | 5/27/26 |
| 5/20/26 | $128,306.14 | Munsch Hardt Kopf & Harr, PC | 5/20/26 |
| 5/20/26 | $33,372.00 | Harney Partners | 5/20/26 |
| 5/20/26 | $78,173.82 | Ranger Security Agency LLC | 5/20/26 |
| 5/20/26 | $15,805.44 | The Montgomery Design Consultancy | 5/20/26 |
| 5/21/26 | $4,952.44 | Hundl Green Environmental Services, LLC | 6/1/26 |
| 5/29/26 | $550.00 | TriState Capital Bank | 5/29/26 |

**$364,610.65**

RIC (Austin) LLC

Case No 24-10264-cgb

**MOR Exhibit E**

*May 2026*

## ACCOUNTS PAYABLE

| Invoice Date | Due Date | Vendor | Invoice Amount | Notes |
|---|---|---|---|---|
| | | Austin Porta Potty Rentals | 697.80 | |
| | | Hundl Green Environmental Services | 9,718.65 | |
| | | Koetter Fire Protection | 100.00 | |
| | | Pro-Vigil | 20,211.74 | |
| | | Quiddity | 23,647.70 | |
| | | Texas Gas Service | 96.95 | |
| | | The Bug Master | 345.32 | |
| | | | **54,818.16** | |

RIC (Austin) LLC

Case No 24-10264-cgb

**MOR Exhibit F**

*May 2026*

## ACCOUNTS RECEIVABLE

*[none]*