# EXHIBIT A

2705 Bee Caves Road, Suite 400
Austin, Texas 78746

512-807-2900 office
512-807-2917 fax

Tax I.D. # 46-5312039

**DRENNER GROUP**

Attn: Greg Milligan
RIC (Austin) LLC
8911 North Capital of Texas Highway
Suite 2120
Austin, TX 78759

January 12, 2026

Statement No. 38839
Account No. 2455.01
Page: 1

**RE: 3443 Ed Bluestein Boulevard (Tech 3443)**

***For Professional Services Rendered Through 12/31/2025***

Description of Services

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/2025 | SOD | Discussed fact issues and City process with Jay Ong. Worked on same. | 1.40 | |
| 12/16/2025 | LMB | Conferenced with client and team regarding Due Diligence and site status. Worked on next steps for same. | 0.90 | |
| | SOD | Participated in conference call with client and legal team regarding entitlement issues and strategy, Worked on same. | 1.00 | |
| 12/17/2025 | TAD | Attended to status and next steps. Conferenced with Leah Bojo regarding project scope. | 0.50 | |
| | LMB | Discussed project overview and vesting needs with Temaria Davis. | 0.30 | |
| | | For Current Services Rendered | 4.10 | 3,159.00 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Stephen O. Drenner | 2.40 | $950.00 | $2,280.00 |
| Leah M. Bojo | 1.20 | 595.00 | 714.00 |
| Temaria Davis | 0.50 | 330.00 | 165.00 |

| | |
|---|---|
| Total Current Work | 3,159.00 |
| Balance Due | $3,159.00 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 3,159.00 | 0.00 | 0.00 | 0.00 | 0.00 |

2705 Bee Caves Road, Suite 100
Austin, Texas 78746

512-807-2900 office
512-807-2917 fax

Tax I.D. # 46-5312039

**DRENNER GROUP**

Attn: Cale Montgomery
RIC (Austin) LLC
8911 North Capital of Texas Highway
Suite 2120
Austin, TX 78759

February 12, 2026

Statement No. 39150
Account No. 2455.01
Page: 1

**RE: 3443 Ed Bluestein Boulevard (Tech 3443)**

***For Professional Services Rendered Through 01/31/2026***

Previous Balance $3,159.00

Description of Services

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 01/16/2026 | LMB | Conferenced with Temaria Davis regarding strategy for code violation satisfaction. Conferenced with City attorney regarding next steps to remedy. | 1.10 | |
| | SOD | Participated in conference call with clients and City representatives regarding process for resolving violations. Talked with clients regarding same. Worked on same. | 1.50 | |
| | TAD | Attended client meeting to review upcoming meeting with the City and next steps. Conferenced with Leah Bojo regarding project next steps. Researched code Notice of Violations and potential next steps. | 3.70 | |
| 01/22/2026 | LMB | Corresponded with Austin Watershed Protection regarding meeting and next steps for site mitigation process. Participated in call with client and team to understand history of site. Reviewed latest notice of violation. | 1.20 | |
| | TAD | Reviewed documents shared by project team and existing plans in preparation for meeting with the City. | 1.30 | |
| 01/23/2026 | LMB | Debriefed with Temaria Davis regarding status and next steps. Corresponded with City staff regarding same. | 0.30 | |
| | TAD | Attended to project correspondence regarding compliance meeting. Conferenced with Leah Bojo regarding same. | 0.50 | |
| 01/24/2026 | LMB | Continued preparing for meeting with Austin Watershed Protection staff. | 0.20 | |
| 01/29/2026 | LMB | Corresponded with Heather Chaffin and Christine Barton-Holmes regarding site plan extension described by the owner. Worked on same. | 0.40 | |
| | TAD | Attended to project correspondence from Heather Chaffin regarding site plan number. Looked up the Site Development Permit and requested prior documentation. | 1.00 | |
| 01/30/2026 | TAD | Attended meeting to review project next steps with the Austin Watershed Protection Department and Austin City Attorney's Office. | 1.00 | |
| | LMB | Prepared for and conferenced with Austin Watershed Protection staff regarding site violations and permitting next steps. Worked on same. | 0.80 | |
| | | For Current Services Rendered | 13.00 | 6,567.50 |

RIC (Austin) LLC
Account No. 2455.01
RE: 3443 Ed Bluestein Boulevard (Tech 3443)

Statement Date: 02/12/2026
Statement No. 39150


Hours

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Stephen O. Drenner | 1.50 | $975.00 | $1,462.50 |
| Leah M. Bojo | 4.00 | 620.00 | 2,480.00 |
| Temaria Davis | 7.50 | 350.00 | 2,625.00 |

Total Current Work 6,567.50

Balance Due $9,726.50

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 6,567.50 | 3,159.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 9,726.50 | 0.00 | 0.00 | 0.00 | 0.00 |

2705 Bee Caves Road, Suite 100
Austin, Texas 78746

512-807-2900 office
512-807-2917 fax

Tax I.D. # 46-5312039

**DRENNER GROUP**

Attn: Greg Milligan
RIC (Austin) LLC
8911 North Capital of Texas Highway
Suite 2120
Austin, TX 78759

March 12, 2026

Statement No. 39466
Account No. 2455.01
Page: 1

**RE: 3443 Ed Bluestein Boulevard (Tech 3443)**

***For Professional Services Rendered Through 02/28/2026***

Previous Balance $9,726.50

Description of Services

| Date | | Description | Hours |
|---|---|---|---|
| 02/04/2026 | LMB | Prepared for and conferenced with client and team regarding site and remediation strategy. Worked on vesting and transportation variance response. | 1.30 |
| | TAD | Reviewed vested rights and set schedule internally. Began review of the same. | 1.50 |
| 02/06/2026 | TAD | Attended to continued vested rights research. Reviewed status of previous site plans. | 2.30 |
| 02/10/2026 | TAD | Continued Vested Rights research, reviewed subdivision and zoning applications and created a project timeline. Shared timeline internally for review. | 3.70 |
| 02/11/2026 | LMB | Reviewed permit timeline for potential vesting options. Worked on same and summary for client. | 0.50 |
| 02/12/2026 | LMB | Corresponded with Quiddity regarding vesting and public roads. Worked on same. | 0.70 |
| | TAD | Attended to project correspondence regarding subdivision meeting. Continued review of vested rights documents, Reviewed summary shared by Leah Bojo for hearing and provided feedback on same. | 1.70 |
| 02/13/2026 | LMB | Reviewed LI-PDA rezoning for potential to vest. Conferenced with Steve Drenner regarding same. Worked on subdivision public roads issue. | 0.80 |
| | TAD | Attended meeting with City Of Austin regarding resubmission requirements and private roads. Completed meeting notes and shared same with Leah Bojo along with concerns regarding the private roads. | 1.50 |
| 02/16/2026 | LMB | Reviewed recording of subdivision meeting between Quiddity and City staff. Reviewed state statute and worked on strategy for same. Attended to vested rights next steps. Sent summary of current status to client per request. Drafted email to City staff regarding same. Reviewed vesting items provided by Cale Montegomery. | 1.80 |
| 02/17/2026 | LMB | Corresponded with client regarding applications and preparation for 2/18 court hearing. Discussed same with Steve Drenner. | 0.40 |

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| | KBG | Spoke with Leah Bojo regarding vested rights petition. Worked on application and supplemental information. | 1.60 | |
| 02/18/2026 | KBG | Worked on vested rights petition and supplemental information. | 3.10 | |
| 02/19/2026 | LMB | Attended to vested rights application submittal and private roads request from City subdivision staff. | 0.20 | |
| | KBG | Conferenced with Leah Bojo regarding current status. Finalized vested rights petition and supplemental documents for submission. | 3.20 | |
| | TAD | Reviewed vested rights petition and application materials. | 0.50 | |
| 02/20/2026 | LMB | Prepared for and conferenced with client regarding public verses private streets. Reviewed and provided comment to vested rights application. | 0.80 | |
| | KBG | Attended meeting with Leah Bojo and Transportation Review staff regarding preliminary plan and right-of-way. Prepared vested rights application summary letter. | 3.30 | |
| 02/22/2026 | LMB | Reviewed and provided comment to vested rights application summary letter. | 0.40 | |
| 02/23/2026 | LMB | Conferenced with Quiddity regarding TPW meeting about private vs. public streets and connectivity. Worked on revisions to vested rights application. | 0.30 | |
| | KBG | Coordinated comments on vested rights with Leah Bojo. Revised application letter with additional information. | 0.60 | |
| | TAD | Attended meeting with Quiddity regarding public and private roads. Reviewed updated vested rights application. | 1.50 | |
| 02/25/2026 | KBG | Attended meeting regarding vested rights and roadway. | 0.50 | |
| | LMB | Worked on vested rights application and strategy. Discussed vesting and public streets strategy with Quiddity. | 1.10 | |
| | TAD | Attended meeting with Quiddity regarding vested rights and public roadways. Shared vested rights checklist internally. Reviewed Preliminary Plan and Subdivision options. | 2.00 | |
| 02/26/2026 | LMB | Conferenced with Steve Drenner regarding vesting strategy. Worked on same. | 0.30 | |
| | SOD | Talked with Leah Bojo regarding progress toward permitting remedial work and vesting issues. Worked on same. | 1.70 | |
| 02/27/2026 | LMB | Prepared for and conference with client regarding status and next steps before next court date. | 0.40 | |
| | SOD | Participated in conference call with client representatives and Leah Bojo regarding status of progress and next steps, especially with respect to vesting issues and preliminary plan. Worked on same. | 2.20 | |
| | | For Current Services Rendered | 39.90 | 17,602.50 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Stephen O. Drenner | 3.90 | $975.00 | $3,802.50 |
| Leah M. Bojo | 9.00 | 620.00 | 5,580.00 |
| Temaria Davis | 14.70 | 350.00 | 5,145.00 |
| Katie Gengler | 12.30 | 250.00 | 3,075.00 |

Total Current Work 17,602.50

Balance Due $27,329.00

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 24,170.00 | 3,159.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 27,329.00 | 0.00 | 0.00 | 0.00 | 0.00 |

2705 Bee Caves Road, Suite 100
Austin, Texas 78746

512-807-2900 office
512-807-2917 fax

Tax I.D. # 46-5312039

**DRENNER GROUP**

April 10, 2026

Attn: Greg Milligan
RIC (Austin) LLC
8911 North Capital of Texas Highway
Suite 2120
Austin, TX 78759

Statement No. 39784
Account No. 2455.01
Page: 1

**RE: 3443 Ed Bluestein Boulevard (Tech 3443)**

***For Professional Services Rendered Through 03/31/2026***

Previous Balance $27,329.00

Description of Services

| | | | Hours |
|---|---|---|---|
| 03/02/2026 | LMB | Reviewed and provided comment to vested rights application for submittal. | 0.40 |
| | KBG | Conferenced with Leah Bojo and Temaria Davis regarding vested rights petition. | 0.10 |
| | TAD | Reviewed project correspondence related and coordinated internally regarding land use status, entitlement considerations, and next steps. | 0.50 |
| 03/03/2026 | TAD | Conferenced with Leah Bojo and Katie Gengler regarding vested rights petition. Reviewed zoning case specifics and application package for clarity. | 1.80 |
| 03/04/2026 | TAD | Reviewed correspondence related to land use status and entitlements approach. Clarification of the appropriate City review pathway. Corresponded internally to confirm a viable path forward before additional submittals by the civil engineer. | 1.30 |
| 03/05/2026 | LMB | Conferenced with Gemsong Ryan regarding update and vesting question. | 0.20 |
| 03/12/2026 | LMB | Debriefed with Steve Drenner regarding discussion with Terry Irion. | 0.50 |
| | SOD | Had long telephone conversation with Terry Irion permitting history for site. Worked on same. | 1.50 |
| 03/13/2026 | LMB | Worked on vested rights and site work next steps with Temaria Davis. Summarized same for client. | 0.60 |
| | TAD | Reviewed vested rights and site work progression with Leah Bojo. Researched historic aerials to determine site changes, prepared list of questions regarding soil movement and placement. | 2.80 |
| 03/18/2026 | LMB | Worked on next steps for City meeting to discuss short- and long-term site remediation. | 0.20 |
| 03/19/2026 | LMB | Participated in meeting with City staff regarding interim stabilization strategy. | 0.70 |
| | TAD | Attended meeting with City Staff to discuss interim stabilization strategy. Prepared meeting minutes. | 1.00 |
| 03/24/2026 | TAD | Reviewed project correspondence from client. | 0.10 |

| | Hours | |
|---|---|---|
| For Current Services Rendered | 11.70 | 5,724.50 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Stephen O. Drenner | 1.50 | $975.00 | $1,462.50 |
| Leah M. Bojo | 2.60 | 620.00 | 1,612.00 |
| Temaria Davis | 7.50 | 350.00 | 2,625.00 |
| Katie Gengler | 0.10 | 250.00 | 25.00 |

| | |
|---|---|
| Total Current Work | 5,724.50 |
| Balance Due | $33,053.50 |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 23,327.00 | 6,567.50 | 3,159.00 | 0.00 | 0.00 | 0.00 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 33,053.50 | 0.00 | 0.00 | 0.00 | 0.00 |

2705 Bee Caves Road, Suite 100
Austin, Texas 78746

512-807-2900 office
512-807-2917 fax

Tax I.D. # 46-5312039

**DRENNER GROUP**

Attn: Greg Milligan
RIC (Austin) LLC
8911 North Capital of Texas Highway
Suite 2120
Austin, TX 78759

May 13, 2026

Statement No. 40090
Account No. 2455.01
Page: 1

**RE: 3443 Ed Bluestein Boulevard (Tech 3443)**

***For Professional Services Rendered Through 04/30/2026***

Previous Balance $33,053.50

<u>Description of Services</u>

| Date | | Description | Hours |
|---|---|---|---|
| 04/08/2026 | LMB | Worked on vested rights strategy per discussion with Steve Drenner. | 0.20 |
| 04/09/2026 | LMB | Conferenced with Quiddity regarding vested rights application and status. Worked on same. Conferenced with Steve Drenner regarding comparison of old and new Preliminary plan and impact of new rules. | 0.80 |
| | TAD | Conferenced with Quiddity regarding vested rights application. Corresponded with team regarding meeting with Steve Drenner and availability. Continued historic review to document previous site conditions. | 1.80 |
| 04/10/2026 | LMB | Corresponded with Quiddity regarding exhibits in advance of group call. Prepared for same. | 0.30 |
| 04/13/2026 | TAD | Conferenced with Leah Bojo regarding Vested Rights and shared reasons it was still needed for the Site Development Permit. Shared same via email in preparation for meeting. | 1.60 |
| 04/15/2026 | LMB | Reviewed comparison of regulations for vesting discussion. Prepared for and participated in call with client and team regarding same. Worked on next steps per call. Corresponded with City staff regarding vesting meeting. Discussed same with client. | 1.00 |
| | SOD | Participated in conference call with clients and other consultants regarding vesting issues and strategy for working with the City of Austin on restoration plan. Worked on same. | 2.60 |
| | TAD | Prepared for and participated in client call. | 0.60 |
| 04/16/2026 | TAD | Prepared for and attended Vested rights strategy meeting held with legal and project team to discuss next steps on the vested rights application for 3443 Ed Bluestein. | 1.00 |
| 04/21/2026 | LMB | Corresponded with City staff regarding vested rights discussion. Worked on same. | 0.30 |
| | TAD | Prepared meeting minutes, and shared same internally. | 0.40 |

RIC (Austin) LLC
Account No. 2455.01
RE: 3443 Ed Bluestein Boulevard (Tech 3443)

Statement Date: 05/13/2026
Statement No. 40090


| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/22/2026 | TAD | Conferenced internally regarding project and upcoming meeting with City Staff on Friday and next steps. | 0.30 | |
| 04/23/2026 | SOD | Worked on grandfathering argument. | 1.50 | |
| 04/24/2026 | LMB | Worked on vesting strategy and support. | 0.20 | |
| | SOD | Worked on historical support for vesting arguments. | 3.00 | |
| 04/30/2026 | KBG | Conferenced with Leah Bojo and Temaria Davis on next steps for Vested Rights application. | 0.30 | |
| | TAD | Conferenced with Leah Bojo and Katie Gengler regarding the vested rights application. Continued research of historic aerials. | 1.30 | |
| | LMB | Debriefed with Katie Gengler and Temaria Davis regarding vesting meeting with City staff. Worked on application next steps. | 0.30 | |
| | | For Current Services Rendered | 17.50 | 11,369.50 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Stephen O. Drenner | 7.10 | $975.00 | $6,922.50 |
| Leah M. Bojo | 3.10 | 620.00 | 1,922.00 |
| Temaria Davis | 7.00 | 350.00 | 2,450.00 |
| Katie Gengler | 0.30 | 250.00 | 75.00 |

Total Current Work 11,369.50

Payments

| Date | Description | Amount |
|---|---|---|
| 04/16/2026 | Payment for December services. | -3,159.00 |
| 04/16/2026 | Payment for January services. | -6,567.50 |
| 04/16/2026 | Partial payment for February services. | -12,136.30 |
| | Total Payments | -21,862.80 |

Balance Due $22,560.20

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 11,369.50 | 5,724.50 | 5,466.20 | 0.00 | 0.00 | 0.00 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 44,423.00 | 0.00 | 0.00 | 0.00 | 21,862.80 |

2705 Bee Caves Road, Suite 100
Austin, Texas 78746

512-807-2900 office
512-807-2917 fax

Tax I.D. # 46-5312039

**DRENNER GROUP**

Attn: Greg Milligan
RIC (Austin) LLC
8911 North Capital of Texas Highway
Suite 2120
Austin, TX 78759

May 13, 2026

Statement No. 40091
Account No. 2455.02
Page: 1

**RE: Lobbying/3443 Ed Bluestein Boulevard (Tech 3443)**

***For Professional Services Rendered Through 04/30/2026***

Description of Services

| | | | Hours | |
|---|---|---|---|---|
| 04/24/2026 | SOD | Participated in conference call with Brent Lloyd (City of Austin), Chris Johnson (City of Austin) and Leah Bojo regarding vesting arguments. | 0.50 | |
| | LMB | Prepared for and participated in call with Christopher Johnson and Brent Lloyd, Austin Development Services Department, regarding vesting strategy and support. | 0.50 | |
| | | For Current Services Rendered | 1.00 | 797.50 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Stephen O. Drenner | 0.50 | $975.00 | $487.50 |
| Leah M. Bojo | 0.50 | 620.00 | 310.00 |

| | |
|---|---|
| Total Current Work | 797.50 |
| Balance Due | $797.50 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 797.50 | 0.00 | 0.00 | 0.00 | 0.00 |

2705 Bee Caves Road, Suite 100
Austin, Texas 78746

512-807-2900 office
512-807-2917 fax

Tax I.D. # 46-5312039

**DRENNER GROUP**

Attn: Greg Milligan
RIC (Austin) LLC
8911 North Capital of Texas Highway
Suite 2120
Austin, TX 78759

June 11, 2026

Statement No. 40504
Account No. 2455.01
Page: 1

**RE: 3443 Ed Bluestein Boulevard (Tech 3443)**

***For Professional Services Rendered Through 06/03/2026***

Previous Balance $22,560.20

Description of Services

| | | | Hours |
|---|---|---|---|
| 05/01/2026 | KBG | Reviewed updated materials to incorporate into Vested Rights application. Worked on Property Profile aerials and revisions to the vesting letter. | 1.30 |
| | TAD | Continued review of historic documents to strengthen the vested rights application. Review of updated applications and summary letter to the City. | 1.70 |
| 05/04/2026 | LMB | Conferenced with Quiddity regarding vested rights and preliminary versus final plat. Reviewed and responded to comment response notes from civil engineer meeting with City staff. | 0.40 |
| | TAD | Continued work on vested rights application and background documents. | 1.20 |
| 05/05/2026 | LMB | Attended to status and next steps for vesting application. Worked on same. | 0.20 |
| 05/06/2026 | TAD | Reviewed updated vested rights application, researched additional aerials. | 1.70 |
| 05/07/2026 | LMB | Worked on vested rights application next steps. Discussed same and timeline for submittal with Temaria Davis and Katie Gengler. Worked on same. Corresponded with Quiddity regarding same and next steps. Responded to Quiddity correspondence regarding Austin Water Utility issue with on-site water looping. | 0.90 |
| | TAD | Continued review of the vested rights applications. Attended internal meeting to share findings and review progression of the development of the site. Reviewed historic aerials found. Requested and reviewed TCEQ records for the site cleanup and incorporated the information into the vested rights application. Discovered aerials from 1970 to 2022. | 4.40 |
| | KBG | Attended meeting with Leah Bojo and Temaria Davis to discuss next steps. | 0.50 |
| 05/11/2026 | TAD | Continued work on vesting right application summary letter and supporting documents.. | 3.20 |
| 05/12/2026 | TAD | Performed extensive review of TCEQ documents and Voluntary Cleanup program documentation. Finalized summary for vested rights application and shared same internally for review. | 2.10 |

| | | | Hours | |
|---|---|---|---|---|
| 05/13/2026 | LMB | Worked on vested rights next steps. | 0.20 | |
| | TAD | Continued work on vested rights application. | 1.00 | |
| 05/14/2026 | TAD | Continued work on vested rights application. | 1.00 | |
| 05/19/2026 | LMB | Reviewed and revised vested rights application for submittal. | 1.30 | |
| 05/20/2026 | LMB | Conferenced with Steve Drenner regarding vested rights application. | 0.20 | |
| | SOD | Talked with Leah Bojo regarding vested rights application. Worked on same. | 0.70 | |
| 05/21/2026 | SOD | Reviewed and revised vesting application letter. | 1.20 | |
| 05/22/2026 | TAD | Corresponded with Katie Gengler regarding vested right exhibits and next steps. | 1.00 | |
| 05/26/2026 | LMB | Revised vested rights summary letter per Steve Drenner's comments. Worked on submittal. Prepared for and participated in call with client. | 2.10 | |
| | TAD | Reviewed correspondence regarding updated exhibits. Conferenced with Katie Gengler regarding same. Reviewed updated application materials. | 1.00 | |
| | KBG | Revised application forms to align with the updated Vested Rights letter. | 1.10 | |
| 06/03/2026 | LMB | Updated vested rights letter per Quiddity feedback. | 0.70 | |
| | KBG | Prepared final documents for submission. | 1.10 | |
| | TAD | Attended to final documents for vested rights. | 0.50 | |
| | | For Current Services Rendered | 30.70 | 13,152.50 |

Fee Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Stephen O. Drenner | 1.90 | $975.00 | $1,852.50 |
| Leah M. Bojo | 6.00 | 620.00 | 3,720.00 |
| Temaria Davis | 18.80 | 350.00 | 6,580.00 |
| Katie Gengler | 4.00 | 250.00 | 1,000.00 |

Total Current Work 13,152.50

Payments

| | | |
|---|---|---|
| 06/02/2026 | Partial payment for February services. | -4,579.60 |

Balance Due $31,133.10

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 24,522.00 | 0.00 | 5,724.50 | 886.60 | 0.00 | 0.00 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 57,575.50 | 0.00 | 0.00 | 0.00 | 26,442.40 |

2705 Bee Caves Road, Suite 100
Austin, Texas 78746

512-807-2900 office
512-807-2917 fax

Tax I.D. # 46-5312039

**DRENNER GROUP**

June 11, 2026

Attn: Greg Milligan
RIC (Austin) LLC
8911 North Capital of Texas Highway
Suite 2120
Austin, TX 78759

Statement No. 40505
Account No. 2455.02
Page: 1

**RE: Lobbying/3443 Ed Bluestein Boulevard (Tech 3443)**

***For Professional Services Rendered Through 06/03/2026***

| | |
|---|---|
| Previous Balance | $797.50 |
| Balance Due | $797.50 |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 797.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 797.50 | 0.00 | 0.00 | 0.00 | 0.00 |