**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-10264-cgb** |
| | § | |
| **RIC (AUSTIN), LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Justin D. Hanna, formerly of the law firm of Bryan Cave Leighton Paisner LLP ("BCLP"), as counsel for Romspen Mortgage Limited Partnership ("RMLP"), is hereby withdrawn.  Justin D. Hanna is no longer associated with BCLP.  Accordingly, Mr. Hanna's name and email address may be removed from the CM/ECF noticing list and any other service lists in this case.

Kyle S. Hirsch, R. Luke Graham, and Jacob Maskovich, also of the law firm BCLP, shall maintain their appearance as counsel for RMLP and remain on all noticing and service lists.

Dated: July 24, 2026

Respectfully submitted,

By: */s/ Kyle S. Hirsch*
**BRYAN CAVE LEIGHTON PAISNER LLP**
Kyle S. Hirsch, Texas Bar No. 24117262
R. Luke Graham, Texas Bar No. 24127305
2200 Ross Ave., Suite 4600E
Dallas, Texas 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
Jacob Maskovich, *pro hac vice*
2 North Central Avenue, Suite 2100
Phoenix, AZ 85004
(602) 364-7000 (Telephone)
(602) 364-7070 (Facsimile)
Email: kyle.hirsch@bclplaw.com
luke.graham@bclplaw.com
jacob.maskovich@bclplaw.com
**ATTORNEYS FOR ROMSPEN MORTGAGE LIMITED PARTNERSHIP**

Consented to by:
/s/ *Justin D. Hanna* (with consent)
Justin D. Hanna, Texas Bar No. 24095726
CONDON TOBIN SLADEK SPARKS NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
(214) 265-3800 (Telephone)
(214) 691-6311 (Facsimile)
Email: jhanna@condontobin.com

## CERTIFICATE OF SERVICE

I certify that on July 24, 2026, a true and correct copy of the foregoing to was served on the following via the Court's ECF filing system:

Thomas D. Berghman on behalf of Attorney Munsch Hardt Kopf & Harr, P.C.
tberghman@munsch.com,
amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas D. Berghman on behalf of Debtor RIC (Austin) LLC
tberghman@munsch.com,
amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas D. Berghman on behalf of Interested Party Harney Partners
tberghman@munsch.com,
amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas D. Berghman on behalf of Plaintiff RIC (Austin), LLC

tberghman@munsch.com,
amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Beau Butler on behalf of Interested Party Central Texas Regional Mobility Authority
bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;nwhite@jw.com

Daniel H. Byrne on behalf of Interested Party Adam Zarafshani
dbyrne@fritzbyrne.law

Jeffrey S. Chapman on behalf of Petitioning Creditor Panache Development & Construction, Inc.
jeff@chapmanfirmtx.com

Jeffrey S. Chapman on behalf of Plaintiff Panache Development & Construction, Inc.
jeff@chapmanfirmtx.com

Catherine A. Curtis on behalf of 3rd Pty Defendant Adam Zarafshani
Catherine.Curtis@WickPhillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis on behalf of Counter Defendant AFMN Investments, LLC
Catherine.Curtis@WickPhillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis on behalf of Counter Defendant Panache Development & Construction, Inc.
Catherine.Curtis@WickPhillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis on behalf of Interested Party AFMN Investments, LLC

Catherine.Curtis@WickPhillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis on behalf of Interested Party Adam Zarafshani
Catherine.Curtis@WickPhillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis on behalf of Petitioning Creditor Panache Development & Construction, Inc.
Catherine.Curtis@WickPhillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis on behalf of Plaintiff AFMN Investments, LLC
Catherine.Curtis@WickPhillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis on behalf of Plaintiff Panache Development & Construction, Inc.
Catherine.Curtis@WickPhillips.com, brenda.ramirez@wickphillips.com

Catherine A. Curtis on behalf of Plaintiff Vesta Texas, LLC
Catherine.Curtis@WickPhillips.com, brenda.ramirez@wickphillips.com

Vickie L. Driver on behalf of Creditor CG Construction Services, Inc.
vickie@driversteplaw.com, elisa@driversteplaw.com,5760377420@filings.docketbird.com

Vickie L. Driver on behalf of Creditor Summer Legacy, Inc.
vickie@driversteplaw.com, elisa@driversteplaw.com,5760377420@filings.docketbird.com

Vickie L. Driver on behalf of Creditor Texas Air Industries
vickie@driversteplaw.com, elisa@driversteplaw.com,5760377420@filings.docketbird.com

Jacob Fain on behalf of 3rd Pty Defendant Adam Zarafshani
jacob.fain@wickphillips.com, samantha.tandy@wickphillips.com;CourtMail@wickphillips.com

Jacob Fain on behalf of Counter Defendant AFMN Investments, LLC
jacob.fain@wickphillips.com, samantha.tandy@wickphillips.com;CourtMail@wickphillips.com

Jacob Fain on behalf of Counter Defendant Panache Development & Construction, Inc.
jacob.fain@wickphillips.com, samantha.tandy@wickphillips.com;CourtMail@wickphillips.com

Jacob Fain on behalf of Plaintiff AFMN Investments, LLC
jacob.fain@wickphillips.com, samantha.tandy@wickphillips.com;CourtMail@wickphillips.com

Jacob Fain on behalf of Plaintiff Panache Development & Construction, Inc.
jacob.fain@wickphillips.com, samantha.tandy@wickphillips.com;CourtMail@wickphillips.com

John Gaither on behalf of Interested Party AFMN Investments, LLC
john.gaither@wickphillips.com,
brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com

John Gaither on behalf of Interested Party Vesta Texas, LLC
john.gaither@wickphillips.com,
brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com

John Gaither on behalf of Petitioning Creditor Panache Development & Construction, Inc.
john.gaither@wickphillips.com,
brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com

Jessica Lanoue Hanzlik on behalf of U.S. Trustee United States Trustee - AU12
Jessica.L.Hanzlik@usdoj.gov, omar.e.jones@usdoj.gov;adrian.duran@usdoj.gov

B. Russell Horton on behalf of 3rd Pty Defendant Adam Zarafshani
rhorton@gbkh.com, kseabolt@gbkh.com

B. Russell Horton on behalf of Counter Defendant AFMN Investments, LLC
rhorton@gbkh.com, kseabolt@gbkh.com

B. Russell Horton on behalf of Interested Party Adam Zarafshani
rhorton@gbkh.com, kseabolt@gbkh.com

B. Russell Horton on behalf of Plaintiff AFMN Investments, LLC
rhorton@gbkh.com, kseabolt@gbkh.com

B. Russell Horton on behalf of Plaintiff Vesta Texas, LLC
rhorton@gbkh.com, kseabolt@gbkh.com

Jacob J King on behalf of Attorney Munsch Hardt Kopf & Harr, P.C.
jking@munsch.com, CourtMail@munsch.com

Jacob J King on behalf of Debtor RIC (Austin) LLC
jking@munsch.com, CourtMail@munsch.com

Jacob J King on behalf of Interested Party Blackwell & Duncan
jking@munsch.com, CourtMail@munsch.com

Jacob J King on behalf of Interested Party Drenner Group
jking@munsch.com, CourtMail@munsch.com

Jacob J King on behalf of Interested Party Harney Partners
jking@munsch.com, CourtMail@munsch.com

Kell C. Mercer on behalf of 3rd Pty Defendant Adam Zarafshani
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Counter Defendant Panache Development & Construction, Inc.

kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Petitioning Creditor Panache Development & Construction, Inc.
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Plaintiff AFMN Investments, LLC
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Plaintiff Panache Development & Construction, Inc.
kell.mercer@mercer-law-pc.com

Kell C. Mercer on behalf of Plaintiff Vesta Texas, LLC
kell.mercer@mercer-law-pc.com

Jay Ong on behalf of Debtor RIC (Austin) LLC
jong@munsch.com,amays@munsch.com;jay-ong-4326@ecf.pacerpro.com;CourtMail@munsch.com

Jay Ong on behalf of Plaintiff RIC (Austin), LLC
jong@munsch.com,amays@munsch.com;jay-ong-4326@ecf.pacerpro.com;CourtMail@munsch.com

Jonathan Petree on behalf of Attorney Munsch Hardt Kopf & Harr, P.C.
jpetree@munsch.com

Jonathan Petree on behalf of Debtor RIC (Austin) LLC
jpetree@munsch.com

Jonathan Petree on behalf of Interested Party Harney Partners
jpetree@munsch.com

John C. Roy on behalf of 3rd Pty Defendant Adam Zarafshani
croy@krcl.com, ajezisek@krcl.com;rboley@krcl.com

John C. Roy on behalf of Counter Defendant AFMN Investments, LLC
croy@krcl.com, ajezisek@krcl.com;rboley@krcl.com

John C. Roy on behalf of Counter Defendant Panache Development & Construction, Inc.
croy@krcl.com, ajezisek@krcl.com;rboley@krcl.com

John C. Roy on behalf of Counter Defendant Vesta Texas, LLC
croy@krcl.com, ajezisek@krcl.com;rboley@krcl.com

John C. Roy on behalf of Interested Party Vesta Texas, LLC
croy@krcl.com, ajezisek@krcl.com;rboley@krcl.com

Jason M. Rudd on behalf of 3rd Pty Defendant Adam Zarafshani
jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd on behalf of Counter Defendant AFMN Investments, LLC
jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd on behalf of Counter Defendant Panache Development & Construction, Inc.
jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd on behalf of Interested Party AFMN Investments, LLC
jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd on behalf of Interested Party Adam Zarafshani
jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd on behalf of Petitioning Creditor Panache Development & Construction, Inc.
jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd on behalf of Plaintiff AFMN Investments, LLC
jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd on behalf of Plaintiff Panache Development & Construction, Inc.
jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason A. Starks on behalf of Creditor Travis County
bkecf@traviscountytx.gov

Christina Walton Stephenson on behalf of Creditor CG Construction Services, Inc.
crissie@driversteplaw.com, elisa@driversteplaw.com,4998993420@filings.docketbird.com

Christina Walton Stephenson on behalf of Creditor Summer Legacy, Inc.
crissie@driversteplaw.com, elisa@driversteplaw.com,4998993420@filings.docketbird.com

Christina Walton Stephenson on behalf of Creditor Texas Air Industries
crissie@driversteplaw.com, elisa@driversteplaw.com,4998993420@filings.docketbird.com

Eric Terry
eric@ericterrylaw.com, ebterry@ecf.axosfs.com

Eric Terry on behalf of Trustee Eric Terry
eric@ericterrylaw.com, ebterry@ecf.axosfs.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov,
gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov;Christy.S.Simmons@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Gary W. Wright on behalf of U.S. Trustee United States Trustee - AU12
gary.wright3@usdoj.gov

And via email or mail to:

Justin D. Hanna
CONDON TOBIN SLADEK SPARKS NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
(214) 265-3800 (Telephone)
(214) 691-6311 (Facsimile)
Email: jhanna@condontobin.com

Casey Roy, Esq.
KANE RUSSELL COLEMAN LOGAN PC
401 Congress Avenue, Suite 2100
Austin, Texas 78701
croy@krcl.com

Sydney Elizabeth Dumas
Development & Construction, Inc.
Wick Phillips Gould & Martin LLP
100 Throckmorton St #1500
Fort Worth, TX 76102

*/s/ Kyle S. Hirsch*