**The court has reviewed the filing at Dkt. No. 414 and finds any additional language unwarranted. These professional fees were not objected to, and by this order are awarded under section 330 of the Code and related provisions. This order has whatever effect such an order does and should haveno more or less.**

**The relief described hereinbelow is SO ORDERED.**

**Signed August 19, 2026.**

**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-10264-cgb** |
| **RIC (AUSTIN), LLC** | § | |
| | § | **Chapter 11** |
| **Reorganized Debtor.** | § | |

**ORDER GRANTING FOURTH AND FINAL APPLICATION OF MUNSCH HARDT KOPF & HARR, P.C. FOR THE ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR THE DEBTOR AND REQUEST FOR PAYMENT OF SAME**

CAME ON FOR CONSIDERATION, the *Fourth and Final Application of Munsch Hardt Kopf & Harr, P.C. for the Allowance of Fees and Reimbursement of Expenses as Attorneys for the Debtor and Request for Payment of Same* (the "Application"),[1] filed by Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") as counsel to RIC (Austin), LLC (the "Debtor"), the reorganized debtor in the above-styled bankruptcy case (the "Bankruptcy Case").

[1] Capitalized terms used and not otherwise defined herein have the same definitions as are set forth in the Application.

Having considered the Application and the entire record before it, the Court finds and concludes[2] that: (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and a matter that arises exclusively under the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, as to which the Court accordingly has the power consistent with the United States Constitution to enter interim and/or final orders; (iii) proper and adequate notice of the Application and an opportunity for a hearing on the Application has been given and no other or further notice is necessary; (iv) no objections to the Application have been filed, or any such objections have been overruled in their entirety for the reasons stated by the Court on the record; and (v) good and sufficient cause exists for approving the relief requested in the Application as set forth herein. It is therefore:

ORDERED that the Application is APPROVED on a final basis, and Munsch Hardt is hereby allowed compensation for professional fees incurred as counsel to the Debtor in this Bankruptcy Case in the amount of $1,819,022.50, and reimbursement for expenses in the amount of $114,198.54, corresponding to the Subject Period of April 2, 2024 through and including June 4, 2026; it is further

ORDERED that the reorganized Debtor is authorized and directed to pay to Munsch Hardt $325,953.72 comprising the outstanding, unpaid balance of all unpaid fees and expenses approved in the preceding paragraph; it is further

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* FED. R. BANKR. P. 7052.

ORDERED that the reorganized Debtor and Munsch Hardt, in their discretion, may apply the remaining retainer to post-effective date engagement services, provided that the outstanding balance of all unpaid fees and expenses is paid in full; it is further

ORDERED that the reorganized Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; it is further

ORDERED that, notwithstanding anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order is immediately effective and enforceable upon its entry; it is further

ORDERED that the Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

Order Respectfully Submitted by:

*/s/ Thomas D. Berghman*
Thomas D. Berghman
Texas Bar No. 24082683
Jay H. Ong
Texas Bar No. 24028756
Jacob J. King
Texas Bar No. 24136951
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149

***Counsel for RIC (Austin), LLC***